United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **North Country HealthCare, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-0663432** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2920 N. 4th Street** <br> **Flagstaff, AZ 86004** <br> Number, Street, City, State & ZIP Code | **P.O. Box 3630** <br> **Flagstaff, AZ 86003** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Coconino** <br> County | **Location of principal assets, if different from principal place of business** <br> **See attached list** <br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL)   **www.northcountryhealthcare.org**

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6214__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☑ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 19, 2025**
MM / DD / YYYY

X **/s/ Anne Newland**
Signature of authorized representative of debtor

**Anne Newland**
Printed name

_____
Email Address of debtor

Title  **CEO**

**18. Signature of attorney**

X **/s/ Philip J. Giles**
Signature of attorney for debtor

Date  **December 19, 2025**
MM / DD / YYYY

**Philip J. Giles 30340**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1025**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone  **602-256-6000**      Email address  **pgiles@bkfirmaz.com**

**30340 AZ**
Bar number and State

Location of principal assets:

2920 N. 4th St., Flagstaff, AZ 86004
2109 Navajo Blvd., Holbrook, AZ 86025
488 S. Mountain Ave., Springerville, AZ 85938
2620 E. Show Low Rd., Suite 1, Show Low, AZ 85901
620 W. Lee St., Winslow, AZ 86047
1120 W. University Ave., Suite 101, Flagstaff, AZ 86001
2585 Miracle Mile, Suites South ½ of 112, 113, 114, 115, 116 and 117, Bullhead City, AZ 86442
5200 E. Cortland Blvd., Suite A 1-6, Flagstaff, AZ 86004
3505 Western Ave, Suite B, Kingman, AZ 86401
2090 N. Smoketree Ave., Lake Havasu City, AZ 86405
1501 S. Yale St., Bldg 2, Suites 251 and 252, Flagstaff, AZ 86001
1 Clinic Road, Grand Canyon, AZ 86023.
126 E. Main St., Suite B, Payson, AZ 85541
1510 Stockton Hill Rd., Kingman, AZ 86401

**Fill in this information to identify the case:**

Debtor name    **North Country HealthCare, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2025**     X **/s/ Anne Newland**
Signature of individual signing on behalf of debtor

**Anne Newland**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **North Country HealthCare, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **National Alliance 1628 Browning Road Columbia, SC 29226** | | self-insurance claims payable for employee or employee dependent claims | Contingent | | | **$1,500,000.00** |
| **McKesson Medical-Surgical Inc. P.O. Box 51020 Los Angeles, CA 90051-5320** | | vendor debt | | | | **$1,494,940.42** |
| **Ascend Management Inc. P.O. Box 8181 Carol Stream, IL 60197-8181** | | vendor debt | | | | **$509,000.00** |
| **AB Staffing Solutions 3451 S. Mercy Road, Suite 102 Gilbert, AZ 85297** | | vendor debt | | | | **$357,741.25** |
| **VVC Holding LLC P.O. Box 840952 Dallas, TX 75284-0952** | | vendor debt | | | | **$325,082.08** |
| **Life Insurance Company of North America P.O. Box 782447 Philadelphia, PA 19178-2447** | | vendor debt | | | | **$202,415.70** |
| **True North ITG, Inc. 16504 9th Avenue SE, Suite 203 Bothell, WA 98012** | | vendor debt | | | | **$189,629.94** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sanofi Pasteur, Inc. 12458 Collections Center Drive Chicago, IL 60693** | | vendor debt | | | | $164,339.15 |
| **ASD Healthcare Amerisource Bergen P.O. Box 100741 Pasadena, CA 91189-0741** | | vendor debt | | | | $163,152.09 |
| **JPMorgan Chase Bank NA P.O. Box 15918 Mail Suite DE11-1404 Wilmington, DE 19850** | | credit card | | | | $157,427.56 |
| **Patterson Dental Supply, Inc. P.O. Box 732865 Dallas, TX 75373** | | vendor debt | | | | $149,128.66 |
| **All Medical Personnel P.O. Box 931896 Atlanta, GA 31196-3189** | | vendor debt | | | | $138,812.45 |
| **Cardinal Health 7000 Cardinal Place Dublin, OH 43017** | | vendor debt | | | | $124,664.51 |
| **Priority Healthcare Dist dba CuraScript SD P.O. Box 978510 Dallas, TX 75397-8510** | | vendor debt | | | | $104,291.94 |
| **Nuvem P.O. Box 8067 Carol Stream, IL 60197-8067** | | vendor debt | | | | $98,504.43 |
| **Entisys360 P.O. Box 889426 Los Angeles, CA 90088-9426** | | vendor debt | | | | $85,375.98 |
| **The Vitality Group LLC 062278 Collections Center Drive Chicago, IL 60693-0622** | | vendor debt | | | | $80,190.37 |
| **Mountain Fresh Cleaning 3249 W. Lois Lane Flagstaff, AZ 86001** | | vendor debt | | | | $77,905.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Proper Connections P.O. Box 888 Pine Plains, NY 12567** | | **vendor debt** | | | | **$75,000.00** |
| **ENA Healthcare Services, LLC P.O. Box 201431 Dallas, TX 75320-1431** | | **vendor debt** | | | | **$57,732.28** |

Debtor name      **North Country HealthCare, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF ARIZONA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................      $      **30,600,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................      $      **18,525,570.15**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................      $      **49,125,570.15**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................      $      **11,270,900.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................      $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................      +$      **7,952,952.44**

4.  Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b      $      **19,223,852.44**

Debtor name __**North Country HealthCare, Inc.**__

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$13,625.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **JPMorgan Chase - Restricted Caskey (Restricted account from endowment used for Angel program) contains $46,581.64** | **Brokerage** | 9293 | **$0.00** |
| 3.2.  **JPMorgan Chase** | **Brokerage** | 0356 | **$1,427,032.21** |
| 3.3.  **JPMorgan Chase** | **Checking** | 8904 | **$226,659.89** |
| 3.4.  **JPMorgan Chase** | **Savings** | 1817 | **$623,247.13** |
| 3.5.  **JPMorgan Chase** | **Checking** | 3385 | **$29,750.40** |

| | | | |
|---|---|---|---|
| 3.6. | **JPMorgan Chase** | **Checking** | 4337 | **$834.86** |
| 3.7. | **BMO Bank** | **Checking** | 3290 | **$1,929.19** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$2,323,078.68** |

---

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposits** | **$103,526.00** |
| 7.2. | **Pre-paid insurance** | **$32,112.00** |
| 7.3. | **Pre-paid rent** | **$92,351.62** |
| 7.4. | **Other pre-paids (primarily includes various software amortized over license period)** | **$652,578.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.    **Total of Part 2.**

     Add lines 7 through 8. Copy the total to line 81.    | **$880,567.62** |

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **23,467,639.42** | - | **10,472,711.02** = .... | **$12,994,928.40** |

---

| 11a. 90 days old or less: | **1,362,129.43** | - | **0.00** | = .... | **$1,362,129.43** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **607,970.87** | - | **0.00** | = .... | **$607,970.87** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **49,655.15** | - | **0.00** | = .... | **$49,655.15** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$15,014,683.85**

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| **15.** | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:  % of ownership | | |
| 15.1. | **North Country Healthcare Foundation (separate non-profit) - very limited activity and no assets**   **100** % | | **$0.00** |
| **16.** | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| **17.** | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** | | | | |

**21.**    **Finished goods, including goods held for resale**

**22.**    **Other inventory or supplies**

| Medical inventory | | $0.00 | Liquidation | $35,000.00 |
|---|---|---|---|---|
| **Pharmacy Inventory - cannot liquidate outside of ordinary course sales in the pharmacy** | | $250,000.00 | Liquidation | $0.00 |
| Dental inventory | | $135,598.53 | Liquidation | $10,000.00 |

**23.**    **Total of Part 5.**

     Add lines 19 through 22. Copy the total to line 84.      **$45,000.00**

**24.**    **Is any of the property listed in Part 5 perishable?**

☐ No

■ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

■ Yes. Book value    316,400.00    Valuation method    Cost    Current Value    80,000.00

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Leasehold improvements | Unknown | N/A | Unknown |
| **Office furniture** | $26,465.00 | Liquidation | $8,000.00 |
| **40.** **Office fixtures** Office fixtures | $97,002.00 | Liquidation | $0.00 |

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Other fixed assets | $56,935.00 | Liquidation | $0.00 |
| Right of use Asset - equipment | $23,000.00 | Liquidation | $0.00 |
| Voluson Expert 18 BT25 USA, Convex Array Probe with GE Highest Perf XDClear, RAB6D RT 4D Convexprobe, RIC59D Real Time 4D Micro Probe, Wi-Fi Bluetooth USB Stick, B/W Printer, Viewpoint Modality LIC (leased) | $0.00 | N/A | $0.00 |
| Office equipment | $82,946.00 | Liquidation | $39,500.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

            $47,500.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2022 Honda VIN 7204** | $0.00 | FMV | $26,074.00 |
| 47.2.   **2024 GMC Sierra pickup truck VIN 8481** | $0.00 | FMV | $18,826.00 |
| 47.3.   **2019 Toyota Prius VIN 2729** | $0.00 | FMV | $15,238.00 |
| 47.4.   **2016 Honda CRV VIN 8126** | $0.00 | FMV | $9,947.00 |
| 47.5.   **2016 Honda CRV VIN 4045** | $0.00 | FMV | $16,395.00 |
| 47.6.   **2019 Freightliner VIN 3998**<br>**Mobile medical unit** | Unknown | Liquidation | $35,000.00 |

| 47.7. | **2014 Honda CRV VIN 0554** | $0.00 | **FMV** | $7,931.00 |
|---|---|---|---|---|
| 47.8. | **2014 Toyota Sienna VIN 1310** | $0.00 | **FMV** | $8,743.00 |
| 47.9. | **2015 Toyota Sienna VIN 7303** | $0.00 | **FMV** | $11,209.00 |
| 47.10. | **2018 Mercedez VIN 8674**<br>**Mobile medical unit** | Unknown | **Liquidation** | $45,000.00 |
| 47.11. | **2006 Ford F250 VIN 0588** | $0.00 | **FMV** | $5,795.00 |
| 47.12. | **2019 Chevrolet Colorado pickup truck**<br>**VIN 3850** | $0.00 | **FMV** | $14,582.00 |
| 47.13. | **Pharmacy-Independent Permit**<br>**Expires 10/31/2027** | Unknown | **N/A** | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Medical equipment | $24,273.92 | **Liquidation** | Unknown |
| Dental equipment | $372,992.78 | **Liquidation** | Unknown |
| Pharmacy equipment | $10,048.42 | **Liquidation** | Unknown |
| Snow blade attachment | Unknown | **Liquidation** | $0.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $214,740.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property at 2920 North 4th Street, Flagstaff, AZ 86004 41,200 sq. ft. and 3,100 sq. ft. learning center**<br><br>**Debtor does not concede appraisal accurately reflects fair market value.** | Fee simple | $11,171,983.07 | Appraisal | $16,600,000.00 |
| 55.2. **Real property at 2109 Navajo Blvd., Holbrook AZ 86025 10,900 sq. ft.**<br><br>**Debtor does not concede appraisal accurately reflects fair market value.** | Fee simple | $2,337,225.28 | Appraisal | $3,680,000.00 |
| 55.3. **Real property at 488 South Mountain Ave., Springerville, AZ 85938 10,900 sq. ft.**<br><br>**Debtor does not concede appraisal accurately reflects fair market value.** | Fee simple | $2,430,264.24 | Appraisal | $3,420,000.00 |
| 55.4. **Real property at 2650 E. Show Low Lake Rd., Suite 1, Show Low, AZ 85901**<br><br>**Debtor does not concede appraisal accurately reflects fair market value.** | Fee simple | $943,126.60 | Appraisal | $4,610,000.00 |

| | | | | |
|---|---|---|---|---|
| 55.5. | **Real property at 620 W. Lee St., Winslow, AZ 86047 7,300 sq. ft.** **Debtor does not concede appraisal accurately reflects fair market value.** | Fee simple | $276,156.00 | Appraisal | $1,900,000.00 |
| 55.6. | **Leased property at 1120 W. University Avenue, Suite 101, Flagstaff, AZ 86001** | Leasehold interest | $263,305.39 | N/A | Unknown |
| 55.7. | **Leased property at 2585 Miracle Mile, Suite South 1/2 of 112, 113, 114, 115, 116 and 117, Bullhead City, AZ 86442** | Leasehold interest | $61,082.74 | N/A | Unknown |
| 55.8. | **Leased property at 5200 E. Cortland Blvd., Suite A 1-6, Flagstaff, AZ 86004** | Leasehold interest | $620,039.07 | N/A | Unknown |
| 55.9. | **Leased property at 2090 N. Smoketree Avenue, Lake Havasu City, AZ 86405** | Leasehold interest | $376,237.95 | N/A | Unknown |
| 55.10. | **Leased property at 1501 S. Yale Street, Building 2, Suites 251 and 252, Flagstaff, AZ 86001** | Leasehold interest | $128,735.82 | N/A | Unknown |
| 55.11. | **Leased property at 1 Clinic Road, Grand Canyon, AZ 86023** | Leasehold interest | Unknown | N/A | Unknown |
| 55.12. | **Leased property at 126 E. Main St., Suite B, Payson, AZ 85541** | Leasehold interest | $144,157.53 | N/A | Unknown |
| 55.13. | **Leased property at 1510 Stockton Hill Road, Kingham, AZ 86401** | Leasehold interest | $849,052.39 | N/A | Unknown |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document       Page 18 of 180

| 55.14. | **Leased property at 300 South Sixth Street, Williams, AZ** | **Leasehold interest** | **Unknown** | N/A | **Unknown** |
| 55.15. | **Condominium located at 2525 Eva Loop, Flagstaff, AZ 86004** | | **$125,439.00** | FMV | **$390,000.00** |
| 55.16. | **Lease of real property at 3505 Western Avenue, Suite B, Kingman, AZ 86401** | **Leasehold interest** | **$0.00** | N/A | **Unknown** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$30,600,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** nchcaz.org; northcountryhealthcare.org | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |

**Outpatient Treatment Center licenses with the Arizona Department of Health Services for:**
**620 W Lee Street, Winslow, AZ**
**300 S. 6th Street, Williams, AZ**
**2650 Show Low Lake Road, Show Low, AZ**
**1120 W. University Avenue, Suite 101, Flagstaff, AZ**
**3505 Western Avenue, Suite B, Kingman, AZ**
**2585 Miracle Mile, Suites 114-116, Bullhead City, AZ**
**2090 North Smoke Tree Avenue, Havasu City, AZ**
**2109 Navajo Blvd., Holbrook, AZ**
**126 East Main Street, Suite B, Payson, AZ**
**488 South Mountain Avenue, Springerville, AZ**
**1510 N. Stockton Hill Road, Kingman, AZ**
**1 Clinic Road, Grand Canyon, AZ**
**2920 North Fourth Street, Flagstaff, AZ**
**1501 South Yale Street, Suite 252, Flagstaff, AZ**          **$0.00**                              **Unknown**

| 63. | **Customer lists, mailing lists, or other compilations** **Patients, grantors, and insurers (categories: Medicaid, Medicare, Commercial)** | **$0.00** | **Unknown** |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,323,078.68 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $880,567.62 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,014,683.85 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $47,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $214,740.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................................> | | $30,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $18,525,570.15 | + 91b. $30,600,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $49,125,570.15 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1  Avatar Hawthorne Potfolio LLC**
Creditor's Name

**1200 Westlake Avenue N., Suite 1006**
**Seattle, WA 98109**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/24/2024**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real property at 2920 N. 4th Street, Flagstaff, Arizona and 2650 E. Show Low Lake Road, Show Low, Arizona, 620 Lee Street, Winslow, Arizona, 612 West Lee Street, Winslow, Arizona, and all personal property contained therein**

**Describe the lien**
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$7,000,000.00**      Column B: **$23,110,000.00**

---

**2.2  Cardinal Health 110, LLC**
Creditor's Name

**7000 Cardinal Place**
**Dublin, OH 43017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/3/2023**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$270,900.00**      Column B: **Unknown**

---

Case 3:25-bk-12293-DPC   Doc 1   Filed 12/19/25   Entered 12/19/25 13:26:29   Desc
Main Document      Page 22 of 180

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **ChoiceHealth Finance** | | | Unknown | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Voluson Expert 18 BT25 USA, Convex Array Probe with GE Highest Perf XDClear, RAB6D RT 4D Convexprobe, RIC59D Real Time 4D Micro Probe, Wi-Fi Bluetooth USB Stick, B/W Printer, Viewpoint Modality LIC (leased)**

**1310 Madrid Street**
**Marshall, MN 56258**
Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/18/2025**
**Last 4 digits of account number**
**9786**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Health Resources and Services Admin** | | | Unknown | $18,570,000.00 |
|---|---|---|---|---|---|

Creditor's Name
**Attn: Federal Assistance Management**
**5600 Fishers Lane**
**Rockville, MD 20857**

**Describe debtor's property that is subject to a lien**
**620 W. Lee Street, Winslow, AZ and 2920 N. 4th Street, Flagstaff, AZ, Springerville and Holbrook**

Creditor's mailing address

**Describe the lien**
**Encumbrance/Subordination Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/23/2024**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **JPMorgan Chase Bank** | Describe debtor's property that is subject to a lien | $4,000,000.00 | Unknown |
|---|---|---|---|---|

---

Name

Creditor's Name

**All assets including brokerage account**

**P.O. Box 33035**
**Louisville, KY 40232-9891**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/10/2009 and 3/3/2025**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $11,270,900. 00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JPMorgan Chase Bank**<br>**P.O. Box 650632**<br>**Dallas, TX 75265-0632** | Line 2.5 | |
| **JPMorgan Chase Bank NA**<br>**P.O. Box 15918**<br>**Mail Suite DE11-1404**<br>**Wilmington, DE 19850** | Line 2.5 | **6889** |

---

Debtor name **North Country HealthCare, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Arlene Sanchez Rodriguez**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Colleen Savage**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
30975
Main Document     Page 25 of 180

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Emmalyne Musser**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

�made No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Eugenia Higley**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Gayle Parrish-Walker**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/19/2025**

Basis for the claim:
**payroll taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document      Page 26 of 180

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Samantha Withers**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Savanna Spry**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Syzanne Barrow**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|------|---------------------------------------------|----------------------------------------------|-------------|-------------|

**Tatum Carlson**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)
■ No
☐ Yes

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Terilyn Brasher**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tiffany Hull**
**c/o Aaron Thomas Martin**
**11811 N. Tatum Blvd., #3031**
**Phoenix, AZ 85028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | **$5,648.26** |

**AAF-McQuay, Inc.**
**24828 Network Place**
**Chicago, IL 60673-1248**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | **$357,741.25** |
|---|---|---|

**AB Staffing Solutions**
**3451 S. Mercy Road, Suite 102**
**Gilbert, AZ 85297**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | **$6,925.20** |
|---|---|---|

**Abila**
**P.O. Box 737451**
**Dallas, TX 75373**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,380.00 |

**ACGME**
**29376 Network Place**
**Chicago, IL 60673-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |

**ACM Flagstaff Ink, LLC**
**dba Money in the Mail**
**3800 Western Drive, Suite I**
**Cottonwood, AZ 86326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,787.00 |

**Aegis Security, Inc.**
**3830 E. Huntington Drive 113**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,540.00 |

**Affiliate Merchandise Group dba GMerch**
**108 Madison Street**
**Saint Louis, MO 63102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,620.00 |

**Agassiz Landscape Group LLC**
**P.O. Box 147**
**Flagstaff, AZ 86002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,804.25 |

**Agiliti Surgical Equipment Repair, Inc.**
**P.O. Box 856526**
**Minneapolis, MN 55485-6526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,654.60 |

**Air Control Home Services**
**2571 W. Kiowa Blvd.**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  vendor debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,748.28** |
|---|---|---|---|

**Airgas USA, LLC**
**P.O. BOx 102289**
**Pasadena, CA 91189-2289**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,891.45** |
|---|---|---|---|

**ALD Telecom**
**8020 E. Gelding Drive, #107**
**Scottsdale, AZ 85260**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Alean Honie**
**P.O. Box 965**
**Second Mesa, AZ 86043**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **scholarship payment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Alex Reyes**
**2578 Tovar Trail, #11**
**Flagstaff, AZ 86005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **scholarship payment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138,812.45** |
|---|---|---|---|

**All Medical Personnel**
**P.O. Box 931896**
**Atlanta, GA 31196-3189**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**All Stages Carpet Care**
**901 W. Saddle Lane**
**Payson, AZ 85541**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.68** |
|---|---|---|---|

**Alsco Uniforms**
**4707 W. Camelbadk Road**
**Phoenix, AZ 85031**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696.00 |
|---|---|---|---|

**ALTA Language Services, Inc.**
**P.O. Box 96303**
**Charlotte, NC 28296-0303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,605.46 |
|---|---|---|---|

**Amazon Business**
**410 Terry Ave North**
**Seattle, WA 98109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**American Association of Teaching**
**Health Centers**
**P.O. Box 1452**
**Annandale, VA 22003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**American Proficiency Institute**
**Dept. 9526**
**P.O. Box 30516**
**Lansing, MI 48909-8016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

**Americas Pest Control**
**1850 Pinion Tree Drive**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AmeriGas Propane LP**
**P.O. Box 7155**
**Pasadena, CA 91109-7155**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,426.32 |
|---|---|---|---|

**Another Plumbing Company Inc.**
**P.O. Box 22246**
**Flagstaff, AZ 86002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **North Country HealthCare, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.25**

Nonpriority creditor's name and mailing address

**Antigua Anesthesia Management**
**P.O. Box 69348**
**Baltimore, MD 21264-9348**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$286.74**

---

**3.26**

Nonpriority creditor's name and mailing address

**Aquarium Center**
**2532 N. 4th St., #312**
**Flagstaff, AZ 86004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$403.60**

---

**3.27**

Nonpriority creditor's name and mailing address

**Arizona Academy of Family Physicians**
**P.O. Box 74235**
**New River, AZ 85087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,098.93**

---

**3.28**

Nonpriority creditor's name and mailing address

**Arizona Association of Community Health Centers, Inc.**
**3838 N. Central Ave., #1600**
**Phoenix, AZ 85012-1950**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$39,393.85**

---

**3.29**

Nonpriority creditor's name and mailing address

**Arizona Control Specialists Inc.**
**1755 E. Robin Lane**
**Phoenix, AZ 85024**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$5,211.00**

---

**3.30**

Nonpriority creditor's name and mailing address

**Arizona Daily Sun**
**P.O. Box 674915**
**Dallas, TX 75267-4915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$2,651.83**

---

**3.31**

Nonpriority creditor's name and mailing address

**Arizona Oncology Associates PC**
**P.O. Box 910221**
**Dallas, TX 75391-0221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$23,431.49**

---

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document      Page 32 of 180

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.00 |
|---|---|---|---|
| | **Armour Self Storage**<br>**3025 E. Industrial Drive**<br>**0, AZ 86004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,536.50 |
|---|---|---|---|
| | **Arrowhead Dental Laboratories, Inc.**<br>**11170 S. State Street**<br>**Sandy, UT 84070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509,000.00 |
|---|---|---|---|
| | **Ascend Management Inc.**<br>**P.O. Box 8181**<br>**Carol Stream, IL 60197-8181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,152.09 |
|---|---|---|---|
| | **ASD Healthcare Amerisource Bergen**<br>**P.O. Box 100741**<br>**Pasadena, CA 91189-0741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,043.32 |
|---|---|---|---|
| | **Assa Abloy Entrance Systems US Inc.**<br>**1900 Airport Road**<br>**Monroe, NC 28110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694.54 |
|---|---|---|---|
| | **Assured Document Destruction**<br>**145 E. Warm Springs Road**<br>**Las Vegas, NV 89119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | **AT Still University of Health Sciences**<br>**5850 E. Circle Drive**<br>**Mesa, AZ 85206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __vendor debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document     Page 33 of 180

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Atomic Pest Control**
P.O. Box 7131
Mesa, AZ 85216

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | $80.68 |
|---|---|---|

**AutoZone**
P.O. Box 791409
Baltimore, MD 21279

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | $3,983.55 |
|---|---|---|

**AvidXChange, Inc.**
1210 AvidXChange Ln
Charlotte, NC 28206

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | $16,494.00 |
|---|---|---|

**Aya Healthcare Inc.**
P.O. Box 674907
Dallas, TX 75267-4907

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | $39,443.85 |
|---|---|---|

**AZ Assoc of Community Health Centers**
P.O. Box 28650
Dept. #8807
Phoenix, AZ 85038-9650

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | $102.00 |
|---|---|---|

**Aztec Alarm, Inc.**
P.O. Box 302
Payson, AZ 85547

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | $3,360.00 |
|---|---|---|

**Bashas' Inc.**
P.O. Box 488
Chandler, AZ 85244

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,204.20 |
|---|---|---|---|

**BenefitEd LLC**
**121 South 13th Street**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.44 |
|---|---|---|---|

**Blue Hills Environmental**
**P.O. Box 175**
**Saint Johns, AZ 85936**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,629.86 |
|---|---|---|---|

**Brightly Software, Inc.**
**4242 Six Forks Road**
**Suite 1400**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,015.07 |
|---|---|---|---|

**Bromberg & Associates, LLC**
**32910 W. Thirteen Mile Road**
**Suite E504**
**Farmington, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.00 |
|---|---|---|---|

**Bug Emergency**
**P.O. Box 21687**
**Bullhead City, AZ 86439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.12 |
|---|---|---|---|

**Canyon State Enterprises LLC**
**2959 Rhoades Ave**
**Kingman, AZ 86409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,314.26 |
|---|---|---|---|

**Cardin Courier**
**P.O. Box 26344**
**Prescott Valley, AZ 86312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124,664.51 |
|---|---|---|---|

**Cardinal Health**
7000 Cardinal Place
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,250.00 |
|---|---|---|---|

**CareMessage**
P.O. Box 7307
San Francisco, CA 94120-7307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,189.12 |
|---|---|---|---|

**CDW Government LLC**
75 Remittance Drive, Suite 1515
Chicago, IL 60675-1515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74.02 |
|---|---|---|---|

**Central AZ Supply Inc.**
208 S. Country Club Drive
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,478.95 |
|---|---|---|---|

**Centurylink**
P.O. Box 91155
Seattle, WA 98111-9255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,635.44 |
|---|---|---|---|

**City of Flagstaff**
211 W. Aspen
Flagstaff, AZ 86001-5359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.98 |
|---|---|---|---|

**City of Holbrook**
P.O. Box 970
Holbrook, AZ 86025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __utilities__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **North Country HealthCare, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$554.34**

**City of Show Low**
P.O. Box 1497
Show Low, AZ 85902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,978.01**

**City of Williams**
113 S. 1st St
Williams, AZ 86046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.59**

**City of Winslow**
102 E. 3rd Street
Winslow, AZ 86047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,091.25**

**Clearwater Compliance, LLC**
40 Burton H ills Blvd., Suite 200
Nashville, TN 37215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33.71**

**Clin Path Pathology**
P.O. Box 42210
Phoenix, AZ 85080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,750.00**

**Clinically Speaking LLC**
File 2433
1801 W. Olympic Blvd.
Pasadena, CA 91199-2433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,143.53**

**Cloudmed Solutions LLC**
Attn:  Accounts Payable
P.O. Box 208272
Dallas, TX 75320-8272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Coconino Community College**
**2800 S. Lone Tree Road**
**Flagstaff, AZ 86005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,706.00 |
|---|---|---|---|

**Comp-Ray, Inc.**
**205 W. Deer Valley Road**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,595.16 |
|---|---|---|---|

**Compliatric**
**869 East 4500 South #134**
**Salt Lake City, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,648.82 |
|---|---|---|---|

**Control Solutions, Inc.**
**35851 Industrial Way, Suite D**
**Saint Helens, OR 97051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**Creighton University AZ Health**
**Education Alliance**
**P.O. Box 745068**
**Los Angeles, CA 90074-5068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,489.51 |
|---|---|---|---|

**Crothall Healthcare Inc.**
**13028 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,131.45 |
|---|---|---|---|

**cStor/MicroAge**
**7975 N. Hayden Road, Suite A105**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,748.37 |
| --- | --- | --- | --- |

**CXtec**
P.O. Box 5211 Dept. 116003
Binghamton, NY 13902-5211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,528.17 |
| --- | --- | --- | --- |

**Dandy**
P.O. Box 738550
Dallas, TX 75373-8550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,160.00 |
| --- | --- | --- | --- |

**Debbie Does Dusting**
P.O. Box 2218
Payson, AZ 85541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,292.74 |
| --- | --- | --- | --- |

**Dell Marketing, L.P.**
**c/o Dell USA LP**
P.O. Box 802816
Chicago, IL 60680-2816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,137.50 |
| --- | --- | --- | --- |

**Dentsply Sirona Endodontics**
5100 E. Skelly Drive, Suite 300
Tulsa, OK 74135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147.00 |
| --- | --- | --- | --- |

**Diamond Pure Water**
3485 Boundary Cone Road
Mohave Valley, AZ 86440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,487.35 |
| --- | --- | --- | --- |

**DocuSign**
P.O. Box 735445
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document      Page 39 of 180

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,263.04 |

**DSB Distributing LLC**
**P.O. Box 30878**
**Flagstaff, AZ 86003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,091.25 |

**Dulin, Ward, & DeWald Inc.**
**9921 Dupont Circle Drive West**
**Suite 300**
**Fort Wayne, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $456.73 |

**E3 Diagnostics Inc.**
**3333 N. Kennicott Ave**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,093.04 |

**Elsevier Inc.**
**P.O. Box 9533**
**New York, NY 10087-9533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,732.28 |

**ENA Healthcare Services, LLC**
**P.O. Box 201431**
**Dallas, TX 75320-1431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,996.44 |

**Enterprise**
**P.O. Box 840173**
**Kansas City, MO 64184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,375.98 |

**Entisys360**
**P.O. Box 889426**
**Los Angeles, CA 90088-9426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,798.50 |
|---|---|---|---|

**Estrella Laundry LLC**
**1800 N. Main St.**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,880.89 |
|---|---|---|---|

**Expense Reduction Analysts Inc.**
**P.O. Box 956251**
**Saint Louis, MO 63195-6251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.62 |
|---|---|---|---|

**FedEx**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,100.00 |
|---|---|---|---|

**Fester & Chapman PLLC**
**9019 E. Bahia Drive**
**Suite 100**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Finn Jasper Randolph**
**2819 N. Erin Way**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __scholarship payment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,183.06 |
|---|---|---|---|

**First Impressions Dental Lab**
**700 N. Neely St., #17**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,087.28 |
|---|---|---|---|

**Fix Healthcare Technology LLC**
**51 W End Trail, Suite 245**
**Macungie, PA 18062-0245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,148.00** |
|---|---|---|---|

**Flag Stamp & Engraving LLC**
**2534 E. 7th Avenue**
**Flagstaff, AZ 86004-3719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Flagstaff Equipment**
**3535 E. Industrial Drive**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,887.88** |
|---|---|---|---|

**Flagstaff Medical Center**
**1200 N. Beaver Street**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Flagstaff Photo Studio LLC**
**5725 Tyson Trail**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,967.37** |
|---|---|---|---|

**Flagstaff Surgical Associates**
**77 W. Forest Ave, Suite 201**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,871.00** |
|---|---|---|---|

**Flagtown Prints**
**2532 N. 4th St., Unit 777**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,852.61** |
|---|---|---|---|

**FlexPrint/US Bank Equipment Finance**
**P.O. Box 745035**
**Los Angeles, CA 90074-5035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-12293-DPC   Doc 1   Filed 12/19/25   Entered 12/19/25 13:26:29   Desc
Main Document    Page 42 of 180

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,795.00 |
|---|---|---|---|

**FMC Financial Operations**
**1200 N. Beaver St.**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $840.00 |
|---|---|---|---|

**Foliage Unlimited, Inc.**
**P.O. Box 3687**
**Flagstaff, AZ 86003-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,043.75 |
|---|---|---|---|

**Forvis Mazars LLP**
**P.O. Box 200870**
**Dallas, TX 75320-0870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,599.61 |
|---|---|---|---|

**Freshworks Inc.**
**Dept. 880636**
**P.O. Box 29650**
**Phoenix, AZ 85038-9650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,565.56 |
|---|---|---|---|

**Frontier Communications**
**P.O. Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,485.00 |
|---|---|---|---|

**GE Medical Systems**
**Ultrasound & Primary Care Dia**
**P.O. Box 74008831**
**Chicago, IL 60674-8831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.33 |
|---|---|---|---|

**GE Precision Healthcare, LLC**
**P.O. Box 96483**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,081.44 |
|---|---|---|---|

**Girls on the Run International**
**5540 Centerview Dr., Suite 204**
**PMB 654593**
**Raleigh, NC 27606-8012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.60 |
|---|---|---|---|

**Girls on the Run Northwest Illinois**
**111 Erick St., Suite 115**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.00 |
|---|---|---|---|

**Glidewell Labs**
**4141 MacArthur Blvd.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.91 |
|---|---|---|---|

**Grainger**
**Dept. 882753700**
**P.O. Box 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,556.00 |
|---|---|---|---|

**Great Circle Media**
**1117 W. Route 66**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,065.00 |
|---|---|---|---|

**Gust Rosenfeld PLC**
**One E. Washington St., Suite 1600**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $869.16 |
|---|---|---|---|

**Hampton Show Low**
**1501 E. Woolford Rd**
**Show Low, AZ 85901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$903.31** |
|---|---|---|---|

**Havasu Regional Medical Center**
**101 Civic Center Lane**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,716.65** |
|---|---|---|---|

**Health Equity Wage Works**
**15 W. Scenic Point Drive**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,490.57** |
|---|---|---|---|

**Healthstream**
**P.O. Box 102817**
**Atlanta, GA 30368-2817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108.30** |
|---|---|---|---|

**Heidi Bird**
**790 W. On the Greens BLvd.**
**Cottonwood, AZ 86326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __scholarship payment__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$506.38** |
|---|---|---|---|

**Hematology Oncology Assoc. of NJ LLC**
**1225 Hancock Road, Suites 204 & 205**
**Bullhead City, AZ 86442-5962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,811.08** |
|---|---|---|---|

**Henry Schein Inc.**
**135 Duryea Rd**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |
|---|---|---|---|

**Hopi Tribe Economic Development Corp.**
**5200 E. Cortland Blvd., Suites E200-7**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.05**

**Hurst Firestone & Auto Care**
**2740 E. Route 66**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,569.35**

**Indeed Inc.**
**Mail Code 5160**
**P.O. Box 660367**
**Dallas, TX 75266-0367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,100.00**

**InDxLogic, Inc.**
**P.O. Box 71**
**Visalia, CA 93279-0071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,204.68**

**Inovalon Provider Inc.**
**P.O. Box 856015**
**Minneapolis, MN 55485-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,947.78**

**Intelas Health Inc.**
**1550 Liberty Ridge Drive**
**Suite 110**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,116.12**

**Iron Mountain Record**
**P.O. Box 601002**
**Pasadena, CA 91189-1002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,600.00**

**JDXpert**
**801 Corporate Center Drive**
**Suite 130**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$992.00** |

**JHTG Inc dba Orkin Pest Control**
**8230 E. Pecos Drive**
**Prescott Valley, AZ 86314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,708.50** |

**JobTarget LLC**
**P.O. Box 411602**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157,427.56** |

**JPMorgan Chase Bank NA**
**P.O. Box 15918**
**Mail Suite DE11-1404**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **9/27/2025 through 10/27/2025**

Basis for the claim:  **credit card**

Last 4 digits of account number  **6889**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |

**Karrington Remiro**
**P.O. Box 1112**
**Pinon, AZ 86510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **scholarship payment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$895.22** |

**Keeping It Kleen**
**715 W. Main St., Suite C**
**Kingman, AZ 86401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |

**Killum Pest Control**
**P.O. Box 223**
**Concho, AZ 85924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,023.32** |

**Kingman Regional Medical Center GME-8060**
**Sheri Glass: Graduate Medical Education**
**3801 Santa Rosa Road**
**Kingman, AZ 86401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,381.84 |
|---|---|---|---|

**Kingman Regional Medical Ctr Foundation**
**3269 Stockton Hill Road**
**Kingman, AZ 86409**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272.84 |
|---|---|---|---|

**KRMC Physician Services**
**3801 Santa Rosa Dr., #400**
**Kingman, AZ 86401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**Kyli Sells**
**997 E. Pine Knoll Dr., Apt. #826**
**Flagstaff, AZ 86001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **scholarship payment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,586.97 |
|---|---|---|---|

**LabCorp**
**P.O. Box 12140**
**Burlington, NC 27216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,291.14 |
|---|---|---|---|

**Labor Systems Temporary Services**
**P.O. Box 31001-3160**
**Pasadena, CA 91110-3160**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,068.82 |
|---|---|---|---|

**Laboratory Corp of America Holdings**
**P.O. Box 2240**
**Burlington, NC 27216-2240**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Lake Havasu Area Chamber of Commerce**
**314 London Bridge Road**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.01 |

**Lake Havasu City**
P.O. Box 5131
Boone, IA 50950-0131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __utilities__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,216.00 |

**Lancaster Leadership/Consulting**
3220 W. Dannielle Dr
Flagstaff, AZ 86001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |

**Law Offices of Brelje and Assoc. PC**
3080 N. Litchfield Road
Goodyear, AZ 85395

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $334.32 |

**Liberty Software**
P.O. Box 1105
Grapevine, TX 76099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,415.70 |

**Life Insurance Company of North America**
P.O. Box 782447
Philadelphia, PA 19178-2447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.35 |

**Lily Howard**
2925 Harrison Drive
Chino Valley, AZ 86323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __patient refund__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,487.06 |

**Linde Gas & Equipment, Inc.**
Dept. 0812
P.O. Box 120812
Dallas, TX 75312-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,127.00 |
|---|---|---|---|

**Lovitt & Touche Marsh & McLennan Agency**
**P.O. Box 741259**
**Los Angeles, CA 90074-1259**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,633.10 |
|---|---|---|---|

**Marlin Leasing Corporation/PEAC Sol**
**P.O. Box 13604**
**Philadelphia, PA 19101-3604**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,494,940.42 |
|---|---|---|---|

**McKesson Medical-Surgical Inc.**
**P.O. Box 51020**
**Los Angeles, CA 90051-5320**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $883.90 |
|---|---|---|---|

**Mesa Laboratories**
**12100 W 6th Avenue**
**Denver, CO 80228**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,604.99 |
|---|---|---|---|

**Messages and More, LLC**
**P.O. Box 22087**
**Flagstaff, AZ 86002-2087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,170.00 |
|---|---|---|---|

**Micks Tree Service LLC**
**2345 E. Hemberg Drive**
**Flagstaff, AZ 86004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122.98 |
|---|---|---|---|

**MicroDental Laboratories, Inc.**
**dba Sundance Dental**
**8010 E. McDowell Road, #223**
**Scottsdale, AZ 85257**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,489.60 |
|---|---|---|---|

**Microsoft Corporation**
**One Microsoft Way**
**Redmond, WA 98052-6399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,992.00 |
|---|---|---|---|

**Mirion Technologies, Inc. Dosimetry Serv**
**P.O. Box 101302**
**Pasadena, CA 91189-0005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,573.33 |
|---|---|---|---|

**Mission Linen & Uniform Service**
**Attn:  AR**
**2450 E. Huntington Drive**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,022.80 |
|---|---|---|---|

**MMI Logistics**
**1646 W. Clarendon Avenue**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,996.00 |
|---|---|---|---|

**Modio Health Inc.**
**P.O. Box 735263**
**Dallas, TX 75373-5263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,070.58 |
|---|---|---|---|

**Mohave Electric Cooperative Inc.**
**Payment Processing Center**
**P.O. Box 52091**
**Phoenix, AZ 85072-2091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Mohave Pest Control LLC**
**3880 Stockton Hill Road, #103-431**
**Kingman, AZ 86409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,752.00** |
| | **Mohave Security LHC**<br>**P.O. Box 2397**<br>**Lake Havasu City, AZ 86405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _vendor debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$371.93** |
| | **Mood Media**<br>**P.O. Box 71070**<br>**Charlotte, NC 28272-1070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _vendor debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,905.00** |
| | **Mountain Fresh Cleaning**<br>**3249 W. Lois Lane**<br>**Flagstaff, AZ 86001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _vendor debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,219.00** |
| | **Mountain Mojo Group LLC**<br>**1710 E. Arrowhead Avenue, Suite 1**<br>**Flagstaff, AZ 86004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _vendor debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,950.00** |
| | **Mountain States Employers Council Inc.**<br>**P.O. Box 650823 Dept. 42301**<br>**Dallas, TX 75265-0823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _vendor debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
| | **National Alliance**<br>**1628 Browning Road**<br>**Columbia, SC 29226** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _self-insurance claims payable for employee or employee dependent claims_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$370.00** |
| | **National Resident Matching Program**<br>**P.O. Box 411121**<br>**Boston, MA 02241-1121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _vendor debt_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Navajo-Hopi Observer**
P.O. Box 26564
Prescott Valley, AZ 86312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $764.70 |
|---|---|---|---|

**Navapache Chem-Dry**
P.O. Box 1810
Show Low, AZ 85902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,515.74 |
|---|---|---|---|

**Navapache Electric Cooperative (NEC)**
P.O. Box 70090
Prescott, AZ 86304-7090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $313.93 |
|---|---|---|---|

**Netwrix Corporation**
P.O. Box 103603
Pasadena, CA 91189-3603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,890.00 |
|---|---|---|---|

**New Innovations, Inc.**
3540 Forest Lake Drive
Uniontown, OH 44685

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,195.81 |
|---|---|---|---|

**Northern Arizona Healthcare Corp.**
P.O. Box 743912
Los Angeles, CA 90074-3912

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,412.21 |
|---|---|---|---|

**Northern Arizona Radiology**
77 W. Forest Avenue
Flagstaff, AZ 86001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $107.00 |
|---|---|---|---|

**Nutrition Matters Inc.**
316 North Barstow Street, Suite I
Eau Claire, WI 54703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $98,504.43 |
|---|---|---|---|

**Nuvem**
P.O. Box 8067
Carol Stream, IL 60197-8067

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $285.02 |
|---|---|---|---|

**Old Trails Inc.**
616 AIrport ROad
Williams, AZ 86046

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,544.00 |
|---|---|---|---|

**Open Text, Inc.**
2440 Sand Hill Road, Suite 302
Menlo Park, CA 94025

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Optimum/SuddenLink**
P.O. Box 4019
Carol Stream, IL 60197-4019

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,629.13 |
|---|---|---|---|

**Optum United Behavioral Health**
P.O. Box 885897
Los Angeles, CA 90088-5897

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $400.00 |
|---|---|---|---|

**Painted Desert Media Group/The Tribune**
P.O. Box 278
Winslow, AZ 86047

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-12293-DPC   Doc 1   Filed 12/19/25   Entered 12/19/25 13:26:29   Desc
Main Document     Page 54 of 180

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,056.73 |
|---|---|---|---|

**Paragard Direct**
**12601 Collection Center Drive**
**Chicago, IL 60693-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $543.84 |
|---|---|---|---|

**Pathology Associates of Northern Arizona**
**1200 N. Beaver Street**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149,128.66 |
|---|---|---|---|

**Patterson Dental Supply, Inc.**
**P.O. Box 732865**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $718.10 |
|---|---|---|---|

**Payson Christian Clinic**
**701 S. Ponderosa, Suite D**
**Payson, AZ 85541-6676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,391.15 |
|---|---|---|---|

**Personnel Safety Enterprises**
**3716 N. Eagle Mountain**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,572.23 |
|---|---|---|---|

**Philadelphia Ins Company**
**P.O. Box 70251**
**Philadelphia, PA 19176-0251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $383.40 |
|---|---|---|---|

**Playnetwork, Inc.**
**P.O. Box 21550**
**New York, NY 10087-1550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,291.67** |
|---|---|---|---|

**PracticeMatch**
P.O. Box 783755
Philadelphia, PA 19178-3755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,412.52** |
|---|---|---|---|

**Praesidium**
2225 E. Randol Mill Rd., Suite 630
Arlington, TX 76011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PreCheck, Inc.**
P.O. Box 22658
New York, NY 10087-2658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,695.27** |
|---|---|---|---|

**Press Ganey Associates Inc.**
Box 88335
Milwaukee, WI 53288-0335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,291.94** |
|---|---|---|---|

**Priority Healthcare Dist**
dba CuraScript SD
P.O. Box 978510
Dallas, TX 75397-8510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Proper Connections**
P.O. Box 888
Pine Plains, NY 12567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,215.51** |
|---|---|---|---|

**Propio Language Services LLC**
10801 Mastin Street, Suite 580
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $459.58 |
|---|---|---|---|

**PS Printing**
**P.O. Box 202**
**Flagstaff, AZ 86002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,482.63 |
|---|---|---|---|

**Pueblo Mechanical & Controls, LLC**
**6771 E. Outlook Drive**
**Tucson, AZ 85756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,892.44 |
|---|---|---|---|

**Qgenda Topco, LLC**
**3280 Peachtree Rd, NE, Ste 1400**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,441.06 |
|---|---|---|---|

**Quadient Finance USA, Inc.**
**P.O. Box 6813**
**Carol Stream, IL 60197-6813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.69 |
|---|---|---|---|

**Radiologic Associates of Northwest AZ**
**5330 S. Highway 95**
**Fort Mohave, AZ 86426-9225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,093.34 |
|---|---|---|---|

**RAR Venture No 1 LLC dba Clean Sweep**
**5455 Lindsey Road**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Rebecca Kiener Palm**
**807 N. Pine Cliff Drive**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **scholarship payment**

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,354.38** |
|---|---|---|---|

**Relias LLC**
**P.O. Box 74008620**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$476.50** |
|---|---|---|---|

**Republic Services**
**2011 College Drive**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$487.35** |
|---|---|---|---|

**Rim Country Mechanical, Inc.**
**261 N. 8th ST**
**Show Low, AZ 85901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Rose Wall Counseling & Consulting LLC**
**711 N. Beaver St.**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,550.00** |
|---|---|---|---|

**Salarycom LLC**
**P.O. Box 844048**
**Boston, MA 02284-4048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164,339.15** |
|---|---|---|---|

**Sanofi Pasteur, Inc.**
**12458 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Savage Wellness LLC**
**P.O. Box 3234**
**Lake Havasu City, AZ 86405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286.65 |

**Schendel Pest Services**
P.O. Box 735145
Dallas, TX 75373-5145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,556.00 |

**Script Pro USA Inc.**
P.O. Box 411097
Kansas City, MO 64141-1097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,820.00 |

**Selective Insurance Company of America**
40 Wantage Avenye
Branchville, NJ 07890-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,972.50 |

**Sentry Fire and Welding Supply**
5577 Bear Run Road
Lakeside, AZ 85929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.50 |

**Sharps Compliance Inc.**
P.O. Box 679502
Dallas, TX 75267-9502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

**Shaundina Litson**
P.O. Box A662
Tsaile, AZ 86556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **scholarship payment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.70 |

**Sierra Propane**
3290 W. Snowflake Blvd. AZ-277
Snowflake, AZ 85937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** |

**SIGIS-Special Interest Group**
**IIAS Standards**
**111 Deerwood Road, Suite 200**
**San Ramon, CA 94583**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| | |
|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** |

**SmartDeploy LLC**
**2200 S. Main Street, Suite 200**
**Salt Lake City, UT 84115-2656**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

**$5,017.50**

---

| | |
|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** |

**Smartsheet, Inc.**
**Dept. 3421**
**P.O. Box 123421**
**Dallas, TX 75312-3421**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

**$13,500.00**

---

| | |
|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** |

**SMI Imaging, LLC**
**P.O. Box 53582**
**Phoenix, AZ 85072-3582**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

**$23,713.72**

---

| | |
|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** |

**SmileMakers**
**P.O. Box 2543**
**Spartanburg, SC 29304**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,738.86**

---

| | |
|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** |

**Southwest Alarm Service, Inc.**
**P.O. Box 3582**
**Kingman, AZ 86402**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,685.00**

---

| | |
|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** |

**Southwest Protective Services**
**2710 N. Steves Blvd., Suite B**
**Flagstaff, AZ 86004**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor debt

Is the claim subject to offset? ■ No ☐ Yes

**$15,930.00**

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.70 |
|---|---|---|---|

**Space Mountainers Laboratories**
9129 Lurline Avenue
Chatsworth, CA 91311

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,781.19 |
|---|---|---|---|

**Sparkletts**
P.O. Box 660579
Dallas, TX 75266-0579

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Springerville Eagar Chamber of Commerce**
P.O. Box 3160
Springerville, AZ 85938-0031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,668.49 |
|---|---|---|---|

**Staples Business Advantage**
P.O. Box 660409
Dallas, TX 75266-0409

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,204.31 |
|---|---|---|---|

**Staples Promotional Products**
BIN 150003
P.O. Box 88003
Milwaukee, WI 53288-8003

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.50 |
|---|---|---|---|

**Stephanie Crickon-Stalnaker**
P.O. Box 1836
Grand Canyon, AZ 86023

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __patient refund__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344.00 |
|---|---|---|---|

**Stephanie Fisher**
2044 Lucille Ave
Kingman, AZ 86401

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __patient refund__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.34 |
|---|---|---|

**Summit Healthcare Regional Medical Ctr**
**2200 E. Show Low Lake Road**
**Show Low, AZ 85901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
|---|---|---|

**Survey Monkey Inc.**
**910 Park Place, Suite 300**
**San Mateo, CA 94403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.44 |
|---|---|---|

**Table Top Telephone Co., Inc.**
**P.O. Box 820**
**Ajo, AZ 85321-0820**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|

**The Denture Works LLC**
**161 South 11th St.**
**Show Low, AZ 85901**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|

**The Guidance Center**
**2187 N. Vickey Street**
**Flagstaff, AZ 86004**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,280.00 |
|---|---|---|

**The Medical Protective Company**
**5814 Reed Road**
**Fort Wayne, IN 46835-3568**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,190.37 |
|---|---|---|

**The Vitality Group LLC**
**062278 Collections Center Drive**
**Chicago, IL 60693-0622**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **vendor debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.242** | |

**Nonpriority creditor's name and mailing address**
**Town of Payson**
400 W. Main St
Payson, AZ 85541

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.243**

**Nonpriority creditor's name and mailing address**
**Town of Springerville Water Dept.**
418 E. Main St
Springerville, AZ 85938

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$993.21**

---

**3.244**

**Nonpriority creditor's name and mailing address**
**Trilogy MedWaste West Region**
P.O. Box 670567
Dallas, TX 75267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$10,809.76**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**True North ITG, Inc.**
16504 9th Avenue SE, Suite 203
Bothell, WA 98012

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$189,629.94**

---

**3.246**

**Nonpriority creditor's name and mailing address**
**U-Haul**
2626 E. Indian School Road
Phoenix, AZ 85016

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$349.90**

---

**3.247**

**Nonpriority creditor's name and mailing address**
**U.S. Bank Equipment Finance**
1310 Madrid Street
Marshall, MN 56258

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __past due lease payments__

Is the claim subject to offset? ■ No ☐ Yes

**$23,500.92**

---

**3.248**

**Nonpriority creditor's name and mailing address**
**UL Verification Services Inc.**
62045 Collections Center Drive
Chicago, IL 60693-0620

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

**$13,808.00**

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,979.77** |
|---|---|---|---|

**United of Omaha Life Insurance Company**
**Payment Processing Center**
**P.O. Box 2147**
**Omaha, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **insurance premiums**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,944.00** |
|---|---|---|---|

**University of AZ College of Medicine PHX**
**475 N. 5th Street**
**Attn: Finance**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **vendor debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,465.01** |
|---|---|---|---|

**UpToDate Inc.**
**230 Third Avenue**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **vendor debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,251.38** |
|---|---|---|---|

**US Bank Equipment Finance**
**1310 Madrid St, Suite 101**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **lease payments**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**US Postmaster**
**2400 N. Postal Blvd.**
**Flagstaff, AZ 86004-9998**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **vendor debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**Valley Technology Solutions, LLC**
**2929 N. Power Road, Suite 101**
**Mesa, AZ 85215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **vendor debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Vigilant Global Headquarters**
**7570 Bales Street, Suite 250**
**West Chester, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **vendor debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document    Page 64 of 180

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,777.39 |
|---|---|---|---|

**Vision Service Plan**
**File #73280**
**P.O. Box 60000**
**San Francisco, CA 94160-3280**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,762.12 |
|---|---|---|---|

**Visualizations Inc.**
**7440 Mintwood Lane**
**Spring, TX 77379-1100**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325,082.08 |
|---|---|---|---|

**VVC Holding LLC**
**P.O. Box 840952**
**Dallas, TX 75284-0952**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Walker Service Electric Inc.**
**2540 Wikieup Ave**
**Kingman, AZ 86401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,567.99 |
|---|---|---|---|

**Waste Management**
**1001 Fannin Street**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Wendy L. Guffey**
**P.O. Box 1008**
**Pinedale, AZ 85934-1008**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,022.00 |
|---|---|---|---|

**Western Alarm Services Inc.**
**2029 W. Acoma Blvd., Suite E**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.69 |
|---|---|---|---|

**Western Arizona Regional Medical Center**
**2735 Silver Creek Road**
**Bullhead City, AZ 86442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,704.00 |
|---|---|---|---|

**Western Technologies, Inc.**
**2400 E. Huntington Dr.**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.90 |
|---|---|---|---|

**White Mountain Publishing Co.**
**P.O. Box 1570**
**Show Low, AZ 85902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.05 |
|---|---|---|---|

**White Mountain Radiology**
**P.O. Box 591**
**Columbus, GA 31902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Wipfli LLP**
**P.O. Box 3160**
**Milwaukee, WI 53201-3160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.88 |
|---|---|---|---|

**Xerox Corporation**
**P.O. Box 7405**
**Pasadena, CA 91109-7405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,756.25 |
|---|---|---|---|

**Yoko Consulting LLC**
**8300 Greensboro Dr., Suite 700**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **vendor debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | North Country HealthCare, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,294.80 |
|---|---|---|---|
| | Zoom Video Communications Inc.<br>P.O. Box 888843<br>Los Angeles, CA 90088-8843 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: vendor debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Aaron Thomas Martin<br>Martin Law & Mediation PLLC<br>11811 N. Tatum Blvd., #3031<br>Phoenix, AZ 85028 | Line 2.7<br>☐ Not listed. Explain ____ | _ |
| 4.2 | AYA Healthcare, Inc.<br>5930 Cornerstone Court West<br>Suite 300<br>San Diego, CA 92121 | Line 3.42<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Khaled Tarazi<br>BUCHALTER, P.C.<br>15279 N. Scottsdale Road, #400<br>Scottsdale, AZ 85254 | Line 3.153<br>☐ Not listed. Explain ____ | _ |
| 4.4 | McKesson Pharmaceutical Supplies<br>P.O. Box 848442<br>Dallas, TX 75284-8442 | Line 3.153<br>☐ Not listed. Explain ____ | _ |
| 4.5 | The Vitality Group LLC<br>200 W. Monroe St., Suite 1900<br>Chicago, IL 60606 | Line 3.241<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 7,952,952.44 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 7,952,952.44 |

Fill in this information to identify the case:

Debtor name __**North Country HealthCare, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF ARIZONA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Agreement dated 5/17/2023** | |
| | State the term remaining | | **340B Technologies, Inc.** |
| | List the contract number of any government contract | | **161 Gaither Drive, Suite 201** **Mount Laurel, NJ 08054** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Supplemental Staffing Agreement dated 5/25/2021** | |
| | State the term remaining | | **AB Staffing Solutions** |
| | List the contract number of any government contract | | **3451 S. Mercy Road, Suite 102** **Gilbert, AZ 85297** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Grant Award Agreement to support a focused research study evaluating the clinical, operational, and patient-centered impacts of Point-of-Care Ultrasound (POCUS) in continuity-focused primary care settings Expires 3/31/2027** | |
| | State the term remaining | | **ABFM Foundation,. Inc.** |
| | List the contract number of any government contract | | **1648 McGrathiana Parkway, Suite 550** **Lexington, KY 40511-1342** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Master Services Agreement for MSO Services dated 6/30/2017** | |
| State the term remaining | |
| List the contract number of any government contract | **ACO Partner** **8220 N. 23rd Avenue** **Phoenix, AZ 85021** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Snow Management Agreement dated 8/27/2019** | |
| State the term remaining | |
| List the contract number of any government contract | **Agassiz Landscape Group LLC** **P.O. Box 147** **Flagstaff, AZ 86002** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Grounds Maintenance Agreement dated 8/27/2019** | |
| State the term remaining | |
| List the contract number of any government contract | **Agassiz Landscape Group LLC** **P.O. Box 147** **Flagstaff, AZ 86002** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Substance Use Block Grant (SUBG) HIV Funding Expires 6/30/2026** | |
| State the term remaining | |
| List the contract number of any government contract | **AHCCCS** **150 N. 18th Avenue** **Phoenix, AZ 85007** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Service Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Airgas Puritan Medical** **3737 Worsham Ave** **Long Beach, CA 90808** |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document    Page 69 of 180



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **340 B Progran**<br>**DO NOT HAVE THE CONTRACT FOR THIS PROGRAM; STILL IN PLACE?**<br><br><br><br>**Albertsons L.P., Safeway Inc.**<br>**250 East Parkcenter Blvd.**<br>**Boise, ID 83706** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Client Agreement dated 3/8/2022**<br><br><br><br>**All Medical Personnel**<br>**P.O. Box 931896**<br>**Atlanta, GA 31196-3189** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract**<br><br><br><br>**AmeriGas Propane LP**<br>**P.O. Box 7155**<br>**Pasadena, CA 91109-7155** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Program Letter of Agreemkent**<br>**Expires 10/16/2032**<br><br><br><br>**Apricus Medical Group**<br>**2001 N. 4th St**<br>**Flagstaff, AZ 86004** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Yearly Corporate Agreement**<br>**Expires 12/31/2025**<br><br><br><br>**Aquarius Casino Resort**<br>**1900 South Casino Drive**<br>**Laughlin, NV 89029** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement dated 6/30/2017 for Sublicense for Licensed Products and related services** | |
|---|---|---|---|
| | State the term remaining | | **Arizona Alliance for Comm Health Ctrs** |
| | List the contract number of any government contract | | **3838 N. Central Ave., #1600** **Phoenix, AZ 85012-1950** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Connecting Kids to Coverage (CK2C)/Healthy Kids** | |
|---|---|---|---|
| | State the term remaining | | **Arizona Alliance for Comm Health Ctrs** |
| | List the contract number of any government contract | | **3838 N. Central Ave., #1600** **Phoenix, AZ 85012-1950** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Subrecipient Agreement for Cooperative Agreement Funds Grant UEI #E1ZVMLSG3153/Subrecipient UEI: HB6JK7NBTA16 Project Title: Connecting Arizonans to Coverage (CA2C)/Navigator 5 year period of performance: 8/27/2024 to 8/26/2029 and Amendment #2 dated 10/17/2025** | |
|---|---|---|---|
| | State the term remaining | | **Arizona Association of Community Health Centers (AACHC)** |
| | List the contract number of any government contract | | **3838 N. Central Ave., #1600** **Phoenix, AZ 85012-1950** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Girls on the Run Scholarship Support for Mountain View Elementary and Dr. Daniel Bright Elementary**<br>**Expires 5/2026** | |
| | State the term remaining | | **Arizona Community Foundation of Yavapai County**<br>**2201 E Camelback Rd #405B**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Girls on the Run Scholarship Support for Underserved Girls in Flagstaff**<br>**Expires 8/2026** | |
| | State the term remaining | | **Arizona Community Foundation of Flagstaff**<br>**2201 E Camelback Rd #405B**<br>**Phoenix, AZ 85016** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **SubstanceUse Block Grant (SUBG) - HIV** | |
| | State the term remaining | | **Arizona Complete Health**<br>**1850 W. Rio Salado Parkway**<br>**Suite 211**<br>**Tempe, AZ 85281** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Well Woman Healthcheck Progran (WWHP) - Apache County**<br>**Expires 2/25/2026** | |
| | State the term remaining | | **Arizona Department of Health Services**<br>**Office of Procurement**<br>**150 N. 18th Ave., #530**<br>**Phoenix, AZ 85007** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Well Woman Healthcheck Progran (WWHP) - Coconino County**<br>**Expires 2/25/2026** | |
| | State the term remaining | | **Arizona Department of Health Services**<br>**Office of Procurement**<br>**150 N. 18th Ave., #530**<br>**Phoenix, AZ 85007** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.22. State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Well Woman Healthcheck Progran (WWHP) - Gila County Expires: 2/25/2026**<br><br>**Arizona Department of Health Services Office of Procurement 150 N. 18th Ave., #530 Phoenix, AZ 85007** |
| 2.23. State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Well Woman Healthcheck Progran (WWHP) - Navajo County Expires 2/25/2026**<br><br>**Arizona Department of Health Services Office of Procurement 150 N. 18th Ave., #530 Phoenix, AZ 85007** |
| 2.24. State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Health Start Home Visiting Program RFGA2025-013-008 Federal Awards Number ORG3616 BWCH-MIECHFOR-Mat ernal, Infant and Early Childhood Homevisiting Grand Program ENDS: 2609 Period of performance 10/1/25 to 9/30/2030**<br><br>**Arizona Department of Health Services Office of Procurement 150 N. 18th Ave., #530 Phoenix, AZ 85007** |
| 2.25. State what the contract or lease is for and the nature of the debtor's interest<br><br>    State the term remaining<br><br>    List the contract number of any government contract | **Well Woman Healthcheck Program (WWHP) - Mohave County Expires 2/24/2029**<br><br>**Arizona Department of Health Services Office of Procurement 150 N. 18th Ave., #530 Phoenix, AZ 85007** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract for Ryan White HIV/AIDS Program Part B & Ending the HIV Epidemic Services RFGA-2024-005-04 Expires 2/28/2026**<br><br>**Arizona Department of Health Services Office of Procurement 150 N. 18th Ave., #530 Phoenix, AZ 85007** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Program Letter of Agreement dated 5/1/2021 Expires 5/1/2031**<br><br>**Arizona Vein Specialist 16421 N. Tatum Blvd., #121 Phoenix, AZ 85032** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Professional Services Agreement dated 10/28/2024 Expires: 10/28/2027**<br><br>**Ascend Management Inc. Ascend Healthcare PLLC 8222 S. 48th St., #200 Phoenix, AZ 85044** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract**<br><br>**ASD Healthcare Amerisource Bergen P.O. Box 100741 Pasadena, CA 91189-0741** |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Services Agreement dated 12/30/2020**<br><br>**AvidXChange, Inc. 1210 AvidXChange Ln Charlotte, NC 28206** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Aya Healthcare Inc.**<br>**P.O. Box 674907**<br>**Dallas, TX 75267-4907** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Business Associate Agreement effective 6/30/2017** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Azara Healthcare, LLC**<br>**70 Blanchard Road, Suite 401**<br>**Burlington, MA 01803** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement Expires 6/20/2028** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Banner Health**<br>**1400 S. Dobson Road**<br>**Mesa, AZ 85202** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement dated 12/13/2023 Expires 12/13/2028** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Banner Health**<br>**1400 S. Dobson Road**<br>**Mesa, AZ 85202** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement Expires 6/2/2033** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Barnet Dulaney Perkins Eye Center**<br>**350 N. Switzer Canyon Drive**<br>**Flagstaff, AZ 86001** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.36.**   State what the contract or lease is for and the nature of the debtor's interest    **Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **BenefitEd LLC**<br>**121 S. 13th St.**<br>**Suite 201**<br>**Lincoln, NE 68508** |
| **2.37.**   State what the contract or lease is for and the nature of the debtor's interest    **HIPAA Business Associate Agreement dated 11/18/2025** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Bromberg & Associates, LLC**<br>**32910 W. 13 Mile Road, #E-504**<br>**Farmington, MI 48334** |
| **2.38.**   State what the contract or lease is for and the nature of the debtor's interest    **Language Services Agreement dated 11/18/2025** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Bromberg & Associates, LLC**<br>**32910 W. 13 Mile Road, #E-504**<br>**Farmington, MI 48334** |
| **2.39.**   State what the contract or lease is for and the nature of the debtor's interest    **Video Remote Interpreting Services Agreement dated 5/26/2016** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Bromberg & Associates, LLC**<br>**32910 W. 13 Mile Road, #E-504**<br>**Farmington, MI 48334** |
| **2.40.**   State what the contract or lease is for and the nature of the debtor's interest    **Agreement dated 12/20/2022** <br><br> State the term remaining <br><br> List the contract number of any government contract | **CareMessage**<br>**P.O. Box 7307**<br>**San Francisco, CA 94120-7307** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of space at 1120 W. University Avenue, Suite 101, Flagstaff, AZ 86001**<br>**Expires 10/31/2025**<br>**$7,152/month** | |
|---|---|---|---|
| | State the term remaining | **EXPIRED?** | |
| | List the contract number of any government contract | | **CB Professional Building, LLC**<br>**1120 W. University Avenue, Suite 200**<br>**Flagstaff, AZ 86001** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Aruba Wifi Subscription license and 78 Aruba Wifi devides**<br>**Expires 12/6/2028** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **CDW G LLC**<br>**200 N. Wilwaukee Avenue**<br>**Vernon Hills, IL 60061** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Month to Month Integrated Services Digital Network Primary Rate Service, Digital Switched Service with Advanced Trunks and/or Uniform Access Solution Service Bulk Rated Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Century Link-Lumen Technologies**<br>**100 Centurylink Drive**<br>**Monroe, LA 71203** |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document    Page 77 of 180

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Opened 7/18/2025 UCC-1 Financing Statement Voluson Expert 18 BT25 USA, Convex Array Probe with GE Highest Perf XDClear, RAB6D RT 4D Convexprobe, RIC59D Real Time 4D Micro Probe, Wi-Fi Bluetooth USB Stick, B/W Printer, Viewpoint Modality LIC (leased) | |
|---|---|---|---|
| | State the term remaining | | **ChoiceHealth Finance** |
| | List the contract number of any government contract | | **1310 Madrid Street** **Marshall, MN 56258** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Program Letter of Agreement Expires 2/28/2024 | |
|---|---|---|---|
| | State the term remaining | | **Circle the City** |
| | List the contract number of any government contract | | **300 W. Clarendon Ave. #200** **Phoenix, AZ 85013** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | City of Flagstaff ARPA Funds | |
|---|---|---|---|
| | State the term remaining | | **City of Flagstaff** **Housing and Grants Administrator** |
| | List the contract number of any government contract | | **2323 W. Walgreens St., Suite 2** **Flagstaff, AZ 86004** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Ryan White HIV/AIDS Program Part A & Ending the HIV Epidemic Services (OA#461000921) RFQ Number 607247-24 Expires 2/28/2026 | |
|---|---|---|---|
| | State the term remaining | | **Clark County Social Services** |
| | List the contract number of any government contract | | **1600 Pinto Lane** **Las Vegas, NV 89106** |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement dated 3/1/2020 Renewed 5/18/2023** | |
|---|---|---|---|
| | State the term remaining | | **Clearwater Compliance, LLC** |
| | List the contract number of any government contract | | **40 Burton H ills Blvd., Suite 200 Nashville, TN 37215** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Master Hosted Services Agreement dated 4/29/2022** | |
|---|---|---|---|
| | State the term remaining | | **Clinically Speaking LLC** |
| | List the contract number of any government contract | | **File 2433 1801 W. Olympic Blvd. Pasadena, CA 91199-2433** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Facility Use Agreement Expires 2/13/2026** | |
|---|---|---|---|
| | State the term remaining | | **Coconino Community College** |
| | List the contract number of any government contract | | **2800 S. Lone Tree Road Flagstaff, AZ 86005** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Independent Contractor Agreement dated 7/1/2016 to provide dental services to uninsured and AHCCCS adults in Flagstaff, Arizona and surrounding communities** | |
|---|---|---|---|
| | State the term remaining | | **Coconino County Public Health Services** |
| | List the contract number of any government contract | | **District Board of Directors 219 E. Cherry Avenue Flagstaff, AZ 86001** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement Expires 8/27/2030** | |
|---|---|---|---|
| | State the term remaining | | **Colorado Plateau Family and Community** |
| | List the contract number of any government contract | | **Medicine Residency 2920 N. 4th St Flagstaff, AZ 86004** |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document      Page 79 of 180



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement Comprehensive Servie Network Addendum effective 6/30/2009** | |
| | State the term remaining | | **Community Partnership/Southern Arizona** |
| | List the contract number of any government contract | | **535 N. Wilmot Road, Suite 201** **Tucson, AZ 85711** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Software License and Maintenance Agreement effectdive 6/1/2020** **Advanced Access Addendum dated 9/1/2022** | |
| | State the term remaining | | **Compliatric** |
| | List the contract number of any government contract | | **869 East 4500 South #134** **Salt Lake City, UT 84107** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for Medical Imaging Equipment for Grand Canyon location dated 7/27/2023** | |
| | State the term remaining | | **CompRay Medical Imaging** |
| | List the contract number of any government contract | | **205 W. Deer Valley Road** **Phoenix, AZ 85027** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for Medical Imaging Equipment for Williams location dated 7/27/2023** | |
| | State the term remaining | | **CompRay Medical Imaging** |
| | List the contract number of any government contract | | **205 W. Deer Valley Road** **Phoenix, AZ 85027** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **DATIS Agreement dated 9/19/2024** | |
| | State the term remaining | | **Continuum Cloud** |
| | List the contract number of any government contract | | **100 South Ashley Drive, Suite 1500** **Tampa, FL 33602** |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.58.** State what the contract or lease is for and the nature of the debtor's interest | **Secure Cloud Monitoring, End Point Security, Cyber-Threat Prevention, Data Leak Prevention, Regulation and Cyber-Insurance Compliance, SUpport, and Cybersecurity Insurance Dated 11/5/2021 Additional licenses added 12/28/2021** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Coronet Cyber Security 462 Broadway, NYC HUB New York, NY 10013** |
| **2.59.** State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment to Service Agreement dated 4/1/2025 Expires 3/31/2026**<br><br>**and**<br><br>**HIPAA Business Associate Agreement dated 3/31/2022** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Crothall Healthcare, Inc. 1500 Liberty Ridge Drive, #210 Wayne, PA 19087** |
| **2.60.** State what the contract or lease is for and the nature of the debtor's interest | **Pharmacy Services Agreement dated 5/4/2017** | |
| State the term remaining | | |
| List the contract number of any government contract | | **CVS Pharmacy, Inc. 1 CVS Drive Woonsocket, RI 02895** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises at 2585 Miracle Mile, Suites south 1/2 of 112, 113, 114, 115, 116 and 117, Bullhead City, AZ 86442**<br>**Expires: 4/30/2025**<br>**$8,838/month** | |
|---|---|---|---|
| | State the term remaining | | **D&B Tuition LLC**<br>**2580 Highway 95, Suite 215**<br>**Bullhead City, AZ 86442** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement renewed 11/27/2023** | |
|---|---|---|---|
| | State the term remaining | | **Dashlane USA, Inc.**<br>**44 W. 18th St., 4th Floor**<br>**New York, NY 10011** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Grant Agreement dated 12/27/2022**<br>**Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Direct Relief**<br>**6100 Wallace Becknell Road**<br>**Santa Barbara, CA 93117** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **DocuSign Business Pro Edition**<br>**Dated 5/22/2024** | |
|---|---|---|---|
| | State the term remaining | | **DocuSign, Inc.**<br>**221 Main Street, Suite 1550**<br>**San Francisco, CA 94105** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement**<br>**Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **DoubleTree by Hilton**<br>**1175 W Route 66**<br>**Flagstaff, AZ 86001** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.66.** State what the contract or lease is for and the nature of the debtor's interest

**Doximity Dialer Enterprise Subscription and Business Associate Agreement dated 5/30/2025**

State the term remaining

List the contract number of any government contract

**Doximity Inc.**
**P.O. Box 103269**
**Pasadena, CA 91189-3269**

---

**2.67.** State what the contract or lease is for and the nature of the debtor's interest

**Service Contract dated 5/30/2025**

State the term remaining

List the contract number of any government contract

**DWD Technology Group**
**9921 Dupont Drive West**
**Suite 300**
**Fort Wayne, IN 46825**

---

**2.68.** State what the contract or lease is for and the nature of the debtor's interest

**Unified Master Service Agreement dated 5/28/2021**
**Customer Extension Agreement dated 3/2/2023**

State the term remaining

List the contract number of any government contract

**ENA Healthcare Services, LLC**
**P.O. Box 201431**
**Dallas, TX 75320-1431**

---

**2.69.** State what the contract or lease is for and the nature of the debtor's interest

**Vigilant MVDR Managed Vulnerability Detection and Response services Dated 7/18/2023**

State the term remaining

List the contract number of any government contract

**Entisys360**
**P.O. Box 889426**
**Los Angeles, CA 90088-9426**

---

**2.70.** State what the contract or lease is for and the nature of the debtor's interest

**FOCUS2-24 Grant Award dated 11/20/2024 Expires 5/27/2026**

State the term remaining

List the contract number of any government contract

**Exact Sciences Corporation**
**1 Exact Lane**
**Madison, WI 53719**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.71.** State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement dated 8/8/2023** |
| State the term remaining | |
| List the contract number of any government contract | **Expense Reduction Analysts**<br>**1934 E. Camelback Road, Suite 120-539**<br>**Phoenix, AZ 85016** |
| **2.72.** State what the contract or lease is for and the nature of the debtor's interest | **2025 Corporate Rate Agreement**<br>**Expires 12/31/2025** |
| State the term remaining | |
| List the contract number of any government contract | **Fairfield by Marriott**<br>**1000 N. Country Club**<br>**Flagstaff, AZ 86004** |
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement for Bond Placement dated 6/17/2025** |
| State the term remaining | |
| List the contract number of any government contract | **Fester & Chapman PLLC**<br>**9019 E. Bahia Drive**<br>**Suite 100**<br>**Scottsdale, AZ 85260** |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest | **Coconino Regional Partnership Council Well Child and Family Care Grant Renewal Amendment**<br>**Grant Number FTF-RC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-01-Y3**<br>**Expires 6/30/2026** |
| State the term remaining | |
| List the contract number of any government contract | **First Things First**<br>**4000 North Central Avenue**<br>**Suite 500**<br>**Phoenix, AZ 85012** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest | **Navajo/Apache Regional Partnership Counsel Oral Health Grant # FTF-RC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-01-Y3 Expires 6/30/2026** |
| State the term remaining | **First Things First 4000 North Central Avenue Suite 500 Phoenix, AZ 85012** |
| List the contract number of any government contract | |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest | **Navajo/Apache Regional Partnership Council Well Child and Family Care Grant #FTF-RC0015-24-0831-01-Y3 Expires 6/30/2026** |
| State the term remaining | **First Things First 4000 North Central Avenue Suite 500 Phoenix, AZ 85012** |
| List the contract number of any government contract | |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest | **Navajo/Apache Regional Partnership Council Well Child and Family Care Grant #FTF-RC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-01-Y3 Expires 6/30/2026** |
| State the term remaining | **First Things First 4000 North Central Avenue Suite 500 Phoenix, AZ 85012** |
| List the contract number of any government contract | |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement dated 10/21/2024 Expires 10/21/2026** |
| State the term remaining | **Flagstaff Medical Center 1200 N. Beaver Street Flagstaff, AZ 86001** |
| List the contract number of any government contract | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliation Agreement for Residency Program Addendum #2 dated 9/18/2020 No expiration date** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flagstaff Medical Center 1200 N. Beaver Street Flagstaff, AZ 86001** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement Expires 2/29/2034** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flagstaff Surgial Associates-Surgery 77 W. Forest Ave., #201 Flagstaff, AZ 86001** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement Expires 6/16/2033** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flagstaff Surgical Associates-ENT 77 W. Forest Ave., #201 Flagstaff, AZ 86001** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Print Plus Program Agreement Dated 7/15/2024** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FlexPrint/US Bank Equipment Finance P.O. Box 745035 Los Angeles, CA 90074-5035** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **FMC Financial Operations 1200 N. Beaver St. Flagstaff, AZ 86001** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement dated 10/13/2025 for Preparing the Medicare cost report for the year ended June 30, 2024 „h Analyzing and updating the Medicare cost report for the year ended June 30, 2023** | |
| | State the term remaining | | **Forvis Mazars, LLP** |
| | List the contract number of any government contract | | **9010 E. St. Louis St** |
| | | | **Springfield, MO 65806** |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for AI scribe platform, monthly subscription and license Dated 8/29/2025** | |
| | State the term remaining | | **Freed Inc.** |
| | List the contract number of any government contract | | **548 Market Street, PMB 95301** |
| | | | **San Francisco, CA 94104** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Freshservice Freshservice-Pro Annual and Freshservice-HIPAA Dated 7/23/2024** | |
| | State the term remaining | | **Freshworks Inc.** |
| | List the contract number of any government contract | | **Dept. 880636** |
| | | | **P.O. Box 29650** |
| | | | **Phoenix, AZ 85038-9650** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Live Recov Protected VM Lics, VSphere Fndtn 8 Lics Subscription renewa; dated 8/19/2024** | |
| | State the term remaining | | **Frontier Technology, LLC dba MicroAge** |
| | List the contract number of any government contract | | **15210 S. 50th Street, Suite 180** |
| | | | **Phoenix, AZ 85044** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.88.**   State what the contract or lease is for and the nature of the debtor's interest

**Mimecast Subscription for Mimecast A1, Mimecast W1, DMARC Analyzer-T3, DMARC Analyzer-SPF Delegation, Premium Protection Cloud Gateway and Advanced Support Dated 10/20/2025**

State the term remaining

List the contract number of any government contract

**Frontier Technology, LLC dba MicroAge**
**15210 S. 50th Street, Suite 180**
**Phoenix, AZ 85044**

---

**2.89.**   State what the contract or lease is for and the nature of the debtor's interest

**Lease of GE Healthcare Voluson Expert 18 60 payments of $1,754.50**

State the term remaining

List the contract number of any government contract

**GE Healthcare Financial Services, LLC**
**500 W. Monroe St., 22nd Floor**
**Chicago, IL 60661**

---

**2.90.**   State what the contract or lease is for and the nature of the debtor's interest

**Affiliate Membership Agreement dated 2/27/2022 Automatic Renewal**

State the term remaining

List the contract number of any government contract

**Girls on the Run International**
**5540 Centerview Dr., Suite 204**
**PMB 654593**
**Raleigh, NC 27606-8012**

---

**2.91.**   State what the contract or lease is for and the nature of the debtor's interest

**Arizona FY 26 Sexual Assault Services Program (SASP) Expires 7/31/2026**

State the term remaining

List the contract number of any government contract

**Governor's Ofc of Youth Faith & Family**
**1700 W Washington St #230**
**Phoenix, AZ 85007**

---

**2.92.**   State what the contract or lease is for and the nature of the debtor's interest

**Corporate Rate Agreement Expires 12/31/2025**

State the term remaining

List the contract number of any government contract

**Hampton Inn & Suites**
**990 N. Country Club**
**Flagstaff, AZ 86004**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Hampton Inn & Suites** |
| | List the contract number of any government contract | | **245 London Bridge Road Lake Havasu City, AZ 86403** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Hampton Inn & Suites** |
| | List the contract number of any government contract | | **1791 Sycamore Ave Kingman, AZ 86409** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Hampton Inn Showlow** |
| | List the contract number of any government contract | | **1501 E. Wooford Rad Show Low, AZ 85901** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Health Choice Provider Agreement (Amendment Eight) Expires: 8/31/2026** | |
|---|---|---|---|
| | State the term remaining | | **Health Choice Arizona, Inc.** |
| | List the contract number of any government contract | | **8220 N. 23rd Avenue Phoenix, AZ 85021** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Network Participation Agreement and Business Associate Agreement dated 10/1/2015** | |
|---|---|---|---|
| | State the term remaining | | **Health Information Network of Arizona** |
| | List the contract number of any government contract | | **3877 N. 7th St., Suite 130 Phoenix, AZ 85022** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **2026 FTCA Deeming** |
| | State the term remaining | **Health Resources and Services Admin Attn: Federal Assistance Management 5600 Fishers Lane Rockville, MD 20857** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Congressionally Directed Spending for Construction Contrazcts Award CE2CS54418 Expires 9/29/2027** |
| | State the term remaining | **Health Resources and Services Admin Attn: Federal Assistance Management 5600 Fishers Lane Rockville, MD 20857** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Health Center Infrastructure Support Award H80CS00651 Expires 12/31/2026** |
| | State the term remaining | **Health Resources and Services Admin Attn: Federal Assistance Management 5600 Fishers Lane Rockville, MD 20857** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **RESP Award H1GRH53352 Expires 8/31/2026** |
| | State the term remaining | **Health Resources and Services Admin Attn: Federal Assistance Management 5600 Fishers Lane Rockville, MD 20857** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Health Center Program Federal 330 Award #C8ECS43740** |
| | State the term remaining | **Health Resources and Services Admin Attn: Federal Assistance Management 5600 Fishers Lane Rockville, MD 20857** |
| | List the contract number of any government contract | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Product and service contract dated 2/21/2024** | |
|---|---|---|---|
| | State the term remaining | | **Healthstream** |
| | List the contract number of any government contract | | **P.O. Box 102817 Atlanta, GA 30368-2817** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Holiday Inn Express** |
| | List the contract number of any government contract | | **151 W. Deuce of Clubs Show Low, AZ 85901** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Holiday Inn Express** |
| | List the contract number of any government contract | | **226 AZ64 Grand Canyon, AZ 86023** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Holiday Inn Express & Suites** |
| | List the contract number of any government contract | | **40 London Bridge ROad Lake Havasu City, AZ 86403** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 5200 E. Cortland Blvd., Suite A 1-6, Flagstaff, AZ 86004 Lease extension dated 7/1/2025; Expires: 6/30/2030** | |
|---|---|---|---|
| | State the term remaining | | **Hopi Tribe Economic Development Corp.** |
| | List the contract number of any government contract | | **5200 E. Cortland Blvd., Suites E200-7 Flagstaff, AZ 86004** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Securelink/Enterprise Access License/Enterprise Access Reporting Module Renewal dated 12/31/31/2023 EXPIRED?** | |
|---|---|---|---|
| | State the term remaining | | **Imprivata 20 CityPoint 480 Totten Pond Rd., 6th Fl Waltham, MA 02451** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **InDxLogic Master Sales and Software License Agreement Dated 7/14/2020** | |
|---|---|---|---|
| | State the term remaining | | **InDxLogic, Inc. P.O. Box 71 Visalia, CA 93279-0071** |
| | List the contract number of any government contract | | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **IT Research and Advisory Service Agreement Dated 3/27/2023** | |
|---|---|---|---|
| | State the term remaining | | **Info-Tech Research Group 3960 Howard Hughes Parkway, #500 Las Vegas, NV 89169** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription and Service Agreement Expires 9/24/2026** | |
|---|---|---|---|
| | State the term remaining | | **JDXpert 801 Corporate Center Drive Suite 130 Raleigh, NC 27607** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement dated 5/1/2021 Expires 5/1/2031** | |
|---|---|---|---|
| | State the term remaining | | **Kingman Regional Medical Center GME-8060 Sheri Glass: Graduate Medical Education 3801 Santa Rosa Road Kingman, AZ 86401** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 2090 N. Smoketree Avenue, Lake Havasu City, AZ 86405 Expires 2/28/2029 $9,333/month** | |
|---|---|---|---|
| | State the term remaining | | **LHVC, LLC** |
| | List the contract number of any government contract | | **Attn: Fadi Atassi, MD 2730 Via Palma Lake Havasu City, AZ 86406** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Software** |
| | List the contract number of any government contract | | **P.O. Box 1105 Grapevine, TX 76099** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Life insurance policies** | |
|---|---|---|---|
| | State the term remaining | | **Life Insurance Company of North America** |
| | List the contract number of any government contract | | **P.O. Box 782447 Philadelphia, PA 19178-2447** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to provide level 2 obstetric ultrasound services to patients of Little Colorado Medical Center Effective 7/1/2021 Yearly, renews yearly until terminated** | |
|---|---|---|---|
| | State the term remaining | | **Little Colorado Medical Center** |
| | List the contract number of any government contract | | **1501 N. Williams Avenue Winslow, AZ 86047** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.117.** State what the contract or lease is for and the nature of the debtor's interest | **Grant Agreement No. GR-ARPA-102022-28 Expires 6/30/2026** |
| State the term remaining | |
| List the contract number of any government contract | **Local First Arizona Foundation 407 E. Roosevelt Street Phoenix, AZ 85004** |
| **2.118.** State what the contract or lease is for and the nature of the debtor's interest | **Client Service Agreement Ongoing with no expiration date** |
| State the term remaining | |
| List the contract number of any government contract | **Marsh & McLennan Agency LLC 8605 E. Raintree Dr., #200 Scottsdale, AZ 85260** |
| **2.119.** State what the contract or lease is for and the nature of the debtor's interest | **Supply Agreement dated 10/2/2016** |
| State the term remaining | |
| List the contract number of any government contract | **McKesson Corporation One Post Street, 32nd Floor San Francisco, CA 94104** |
| **2.120.** State what the contract or lease is for and the nature of the debtor's interest | **Prime Vendor Agreement for Pharmaceuticals dated 10/18/2006** |
| State the term remaining | |
| List the contract number of any government contract | **McKesson Corporation One Post Street, 32nd Floor San Francisco, CA 94104** |
| **2.121.** State what the contract or lease is for and the nature of the debtor's interest | **After hours call service contract** |
| State the term remaining | |
| List the contract number of any government contract | **Messages and More, LLC P.O. Box 22087 Flagstaff, AZ 86002-2087** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.122.** State what the contract or lease is for and the nature of the debtor's interest

**Volume Licensing Agreement dated 2/2/2024**

State the term remaining

List the contract number of any government contract

**Microsoft Corporation
Dept. 551, Volume Licensing
6880 Sierra Center Parkway
Reno, NV 89511**

---

**2.123.** State what the contract or lease is for and the nature of the debtor's interest

**Service Contract dated 9/16/2024**

State the term remaining

List the contract number of any government contract

**MIP FA by Community Brands
9620 Executive Center Drive N #200
Saint Petersburg, FL 33702**

---

**2.124.** State what the contract or lease is for and the nature of the debtor's interest

**Rental Services Agreement dated 9/25/2020**

State the term remaining

List the contract number of any government contract

**Mission Linen & Uniform Service
Attn:  AR
2450 E. Huntington Drive
Flagstaff, AZ 86004**

---

**2.125.** State what the contract or lease is for and the nature of the debtor's interest

**Contract**

State the term remaining

List the contract number of any government contract

**MMI Logistics
1646 W. Clarendon Avenue
Phoenix, AZ 85015**

---

**2.126.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of property at 3505 Western Avenue, Suite B, Kingman, AZ 86401**

State the term remaining

List the contract number of any government contract

**Mohave Mental Health
Attn: Dawn Abbott, CEO
3505 Western Avenue
Kingman, AZ 86401**

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document          Page 95 of 180



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Memorandum of Understanding regarding Clinic Space Renovations and Reimbursement dated 9/2009** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mohave Mental Health Clinic, Inc. 3707 N. Stockton Hill Road, Suite B Kingman, AZ 86409** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Memorandum of Understanding regarding Co-Location of MMHC Employees with NCH Facilities at 1510 Stockton Hill Road, Kingman, Arizona Dated 3/11/2010** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mohave Mental Health Clinic, Inc. 3707 N. Stockton Hill Road, Suite B Kingman, AZ 86409** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Guards & Patrol Services Agreement dated 6/24/2025** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mohave Security 2550 N. Kiowa Blvd., #102 Lake Havasu City, AZ 86405** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Cleaning Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mountain Fresh Cleaning 3249 W. Lois Lane Flagstaff, AZ 86001** |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document      Page 96 of 180



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 1501 S. Yale Street, Building 2, Suites 251 and 252, Flagstaff, AZ 86001 Expires: 6/30/2027 $4,455/month** | |
|---|---|---|---|
| | State the term remaining | | **Mountains Without Water, LLC Attn: Glen Austin 2097 W. University Avenue Flagstaff, AZ 86001** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Life Insurance contract** | |
|---|---|---|---|
| | State the term remaining | | **Mutual of Omaha Bank 3333 Farnam Street Omaha, NE 68131** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **HIPAA Business Associate Agreement dated 11/13/2012** | |
|---|---|---|---|
| | State the term remaining | | **Navajo County 100 Code Talkers Drive Holbrook, AZ 86025** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **NCG Hospitality Tru and Home2 Suites Flagstaff 3451 S> Lake Mary ROad   AZ 86005** |
| | List the contract number of any government contract | | |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **CaptureRx 340BNet Pharmacy Network Agreement effective 5/17/2012** | |
|---|---|---|---|
| | State the term remaining | | **NEC Networks LLC dba Capture Rx 10100 Reunion Place Suite 700 San Antonio, TX 78216** |
| | List the contract number of any government contract | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **340B Third Party Administrator Service Agreement dated 7/31/2010** | |
|---|---|---|---|
| | State the term remaining | | **NEC Networks, LLC dba CaptureRx** |
| | List the contract number of any government contract | | **14603 Huebner Road**<br>**Bldg 2**<br>**San Antonio, TX 78230** |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Neon One, LLC** |
| | List the contract number of any government contract | | **4545 N. Ravenswood Avenue**<br>**Chicago, IL 60640** |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **New York Life Group Benefit Solutions** |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement Expires 2/29/2034** | |
|---|---|---|---|
| | State the term remaining | | **Northern Arizona Healthcare Ortho** |
| | List the contract number of any government contract | | **1200 N. Beaver St**<br>**Flagstaff, AZ 86001** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 1 Clinic Road, Grand Canyon, AZ 86023 Expires: 6/30/2025 $0** | |
|---|---|---|---|
| | State the term remaining | | **NPS, IMR - Arizona MABO** |
| | List the contract number of any government contract | | **1824 S. Thompson St., #200**<br>**Flagstaff, AZ 86001-2694** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
| | State the term remaining | | **Nuvem**<br>**P.O. Box 8067**<br>**Carol Stream, IL 60197-8067** |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Affiliation Agreement for Clinical Training of Dental Residents at Non-Provider Based Sites dated 3/23/2022 Renews automatically on an annual basis** | |
| | State the term remaining | | **NYU Langone Hospitals**<br>**550 First Avenue**<br>**New York, NY 10016** |
| | List the contract number of any government contract | | |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Support Services Agreement dated 3/17/2025** | |
| | State the term remaining | | **OpenText Inc.**<br>**Suites 301 & 302**<br>**2440 Sand Hill Road**<br>**Menlo Park, CA 94025** |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement dated 4/20/2023 Expires 4/20/2033** | |
| | State the term remaining | | **Paradigm Anesthesia**<br>**14050 N. 83rd Ave, Unit 290**<br>**Peoria, AZ 85381** |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **VMware Support Services Agreement Dated 8/1/2025** | |
| | State the term remaining | | **Park Place Technologies**<br>**National Customer Engineering Inc.**<br>**1866 Friendship Dr**<br>**El Cajon, CA 92020** |
| | List the contract number of any government contract | | |

Debtor 1  **North Country HealthCare, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.146.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment leases**

    State the term remaining

    List the contract number of any government contract

**Patterson Dental Supply, Inc.**
**P.O. Box 732865**
**Dallas, TX 75373**

---

**2.147.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of property at 126 E. Main St., Suite B, Payson, AZ 85541 Expires: 4/30/2027 (extended for 5 years per Addendum "1") $8,897/month**

    State the term remaining

    List the contract number of any government contract

**Payson Glaser Medical LLC**
**905 S. Lake St., Suite 203**
**Burbank, CA 91502**

---

**2.148.** State what the contract or lease is for and the nature of the debtor's interest — **License Agreement dated 5/11/2023 Expires 5/11/2025**

    State the term remaining

    List the contract number of any government contract

**PracticeMatch**
**P.O. Box 783755**
**Philadelphia, PA 19178-3755**

---

**2.149.** State what the contract or lease is for and the nature of the debtor's interest — **Performance Measurement and Quality Improvement Services Renewal dated 8/1/2022**

    State the term remaining

    List the contract number of any government contract

**Press Ganey Associates Inc.**
**Box 88335**
**Milwaukee, WI 53288-0335**

---

**2.150.** State what the contract or lease is for and the nature of the debtor's interest — **Contract**

    State the term remaining

    List the contract number of any government contract

**Priority Healthcare Dist dba CuraScript SD**
**P.O. Box 978510**
**Dallas, TX 75397-8510**

---

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work for services dated 4/22/2021 and Third Party Authorization Letter** | |
|---|---|---|---|
| | State the term remaining | | **Proper Connections** |
| | List the contract number of any government contract | | **P.O. Box 888** |
| | | | **Pine Plains, NY 12567** |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Language Services Agreement dated 11/24/2024** | |
|---|---|---|---|
| | State the term remaining | | **Propio Language Services LLC** |
| | List the contract number of any government contract | | **10801 Mastin Street, Suite 580** |
| | | | **Overland Park, KS 66210** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement dated 5/12/2025** | |
|---|---|---|---|
| | State the term remaining | | **Pueblo Mechanical & Controls, LLC** |
| | List the contract number of any government contract | | **6771 E. Outlook Drive** |
| | | | **Tucson, AZ 85756** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **QGenda Software Services Agreement Expires 1/31/2026** | |
|---|---|---|---|
| | State the term remaining | | **Qgenda, LLC** |
| | List the contract number of any government contract | | **3280 Peachtree Rd, NE, Ste 1400** |
| | | | **Atlanta, GA 30305** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Rate Agreement Expires 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Red Feather Lodge** |
| | List the contract number of any government contract | | **P.O. Box 1460** |
| | | | **Grand Canyon, AZ 86023** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.156.** State what the contract or lease is for and the nature of the debtor's interest

**Program Letter of Agreement dated 8/28/2024 Expires 8/28/2034**

State the term remaining

List the contract number of any government contract

Rehabilitation Hospital of Northern AZ
1851 N. Gemini Road
Flagstaff, AZ 86001

---

**2.157.** State what the contract or lease is for and the nature of the debtor's interest

**Master Services Agreement dated 4/9/2025**

State the term remaining

List the contract number of any government contract

Relias LLC
P.O. Box 74008620
Chicago, IL 60674

---

**2.158.** State what the contract or lease is for and the nature of the debtor's interest

**Program Letter of Agr4eement Expires 6/16/2033**

State the term remaining

List the contract number of any government contract

Remedy Direct Primary Care
1600 W. University Ave, #112
Flagstaff, AZ 86001

---

**2.159.** State what the contract or lease is for and the nature of the debtor's interest

**Safeway 340B Direct Amended and Restated Contract Pharmacy Services Agreement dated 12/20/2014**

State the term remaining

List the contract number of any government contract

Safeway, Inc.
5918 Stoneridge Mall Road
Pleasanton, CA 94588

---

**2.160.** State what the contract or lease is for and the nature of the debtor's interest

**Subscription Service Renews annually**

State the term remaining

List the contract number of any government contract

Salarycom, LLC
610 Lincoln St.
North Building, #200
Waltham, MA 02451

---



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.161.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract** |
| | Sanofi Pasteur, Inc.<br>12458 Collections Center Drive<br>Chicago, IL 60693 |
| **2.162.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Rental Agreement dated 1/5/2010 and Supplement to Rental Agreement dated 2/14/2018** |
| | Script Pro USA Inc.<br>P.O. Box 411097<br>Kansas City, MO 64141-1097 |
| **2.163.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **HIPAA Business Associate Agreement dated 3/27/2018** |
| | Smart Solutions, Inc.<br>200 River Place, #230<br>Madison, WI 53716 |
| **2.164.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Smart End User Sales Contract and Addendum A to Smart End User Sales Contract dated 2/19/2018** |
| | Smart Solutions, Inc.<br>774 E. 3300 S, Suite 200<br>Salt Lake City, UT 84106 |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document        Page 103 of 180



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Plan Plus Pro Licensing Agreement renewed 6/17/2024 Expires 6/17/2025 HIPAA Business Associate Agreement dated 7/27/2020** | |
|---|---|---|---|
| | State the term remaining | | **Smartsheet, Inc. Dept. 3421 P.O. Box 123421 Dallas, TX 75312-3421** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Laboratory Services Agreement dated 10/7/2025** | |
|---|---|---|---|
| | State the term remaining | | **Sonora Quest Laboratories, LLC 424 S. 56th Street, Suite 100 Phoenix, AZ 85034** |
| | List the contract number of any government contract | | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Site Guard Security Service Contract dated 6/22/2025** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Protective Services 2710 N. Steves Blvd., Suite B Flagstaff, AZ 86004** |
| | List the contract number of any government contract | | |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Security Patrol Service Contracat dated 3/1/2016** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Protective Services 2710 N. Steves Blvd., Suite B Flagstaff, AZ 86004** |
| | List the contract number of any government contract | | |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Alarm Response Service Contract dated 10/1/2017** | |
|---|---|---|---|
| | State the term remaining | | **Southwest Protective Services 2710 N. Steves Blvd., Suite B Flagstaff, AZ 86004** |
| | List the contract number of any government contract | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Staples Business Advantage**<br>**P.O. Box 660409**<br>**Dallas, TX 75266-0409** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Enterprise Power User Bundle and additional Power User Bundle Expires 6/5/2026** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Survey Monkey Inc.**<br>**910 Park Place, Suite 300**<br>**San Mateo, CA 94403** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement dated 1/1/2023 Expires 1/1/2033** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Guidance Center**<br>**2187 N. Vickey Street**<br>**Flagstaff, AZ 86004** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **340B Contract Pharmacy Services Agreement effective 6/20/2017** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Kroger Co.**<br>**1014 Vine Street**<br>**Cincinnati, OH 45202** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement dated 9/1/2023 Expires 9/1/2033** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **The Peaks**<br>**3150 N. Winding Brook Road**<br>**Flagstaff, AZ 86001** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest

**Vitality Master Services Agreement dated 12/22/2021 Renews automatically on a yearly basis**

State the term remaining

List the contract number of any government contract

**The Vitality Group LLC
200 W. Monroe St., Suite 1900
Chicago, IL 60606**

---

**2.176.** State what the contract or lease is for and the nature of the debtor's interest

**Memorandum of Understanding dated 8/28/2020**

State the term remaining

List the contract number of any government contract

**The Wright Center for Graduate Medical Education
501 S. Washington Avenue
Scranton, PA 18505**

---

**2.177.** State what the contract or lease is for and the nature of the debtor's interest

**Service Agreement Dated: 3/1/2023 Effective date: 12/1/2022 (per contract)**

State the term remaining

List the contract number of any government contract

**Trilogy MedWaste Phoenix
3152 N. 34th Drive
Phoenix, AZ 85017**

---

**2.178.** State what the contract or lease is for and the nature of the debtor's interest

**IT Managed Services dated 11/11/2021 Upgraded server dated 12/22/2023**

State the term remaining

List the contract number of any government contract

**True North ITG, Inc.
16504 9th Avenue SE, Suite 203
Bothell, WA 98012**

---

**2.179.** State what the contract or lease is for and the nature of the debtor's interest

**Program Letter of Agreement dated 2/1/2016 No expiration date**

State the term remaining

List the contract number of any government contract

**Tuba City Regional Health Care Corp.
167 Main St
Tuba City, AZ 86045**

---

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc
Main Document      Page 106 of 180

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.180.   State what the contract or lease is for and the nature of the debtor's interest<br><br>      State the term remaining<br><br>      List the contract number of any government contract | **Memorandum of Agreement dated 9/1/2024 Expires 8/31/2026**<br><br>**Tuba City Regional Health Care Corp.**<br>**167 Main St**<br>**P.O. Box 600**<br>**Tuba City, AZ 86045** |
| 2.181.   State what the contract or lease is for and the nature of the debtor's interest<br><br>      State the term remaining<br><br>      List the contract number of any government contract | **Affiliation Agreement dated 12/17/2015 No expiration date**<br><br>**Tuba City Regional Health Care Corp.**<br>**167 Main St**<br>**P.O. Box 600**<br>**Tuba City, AZ 86045** |
| 2.182.   State what the contract or lease is for and the nature of the debtor's interest<br><br>      State the term remaining<br><br>      List the contract number of any government contract | **Lease of Altalink B8155/H2 with office finisher and 1 line fax Dated 2/15/2021 $177.96 per month for 60 months Located at 2090 Smoketree Avenue North, Lake Havasu City, AZ**<br><br>**U.S. Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** |
| 2.183.   State what the contract or lease is for and the nature of the debtor's interest<br><br>      State the term remaining<br><br>      List the contract number of any government contract | **Lease of Altalink B8155/H2 Dated 4/22/2022 $180 per month for 60 months Located at 2650 E. Show Low Lake Road, Showlow, AZ**<br><br>**U.S. Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.184.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of 3 Altalink B8155/H2 $540 per month for 60 months Dated 4/22/2022 One each located at: 620 W. Lee Street, Winslow, AZ; 488 South Mountain Avenue, Springerville, AZ and 2109 Navajo Blvd, Holbrook, AZ**

State the term remaining

List the contract number of any government contract

**U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258**

---

**2.185.** State what the contract or lease is for and the nature of the debtor's interest

**Lease of Altalink C8155/H2 with BR finisher $463.38 per month for 60 months Dated 1/21/2022 Located at 2920 N. 4th St, Flagstaff, AZ**

State the term remaining

List the contract number of any government contract

**U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258**

---

**2.186.** State what the contract or lease is for and the nature of the debtor's interest

**Altalink C8155/H2 with BR Finisher $514.78 per month for 60 months Dated 12/7/2020 Located at 2920 N. 4th Street, Flagstaff, AZ**

State the term remaining

List the contract number of any government contract

**U.S. Bank Equipment Finance 1310 Madrid Street Marshall, MN 56258**

---

**2.187.** State what the contract or lease is for and the nature of the debtor's interest

**Pharmacy Equipment lease**

State the term remaining

List the contract number of any government contract

**U.S. Bank Equipment Finance P.O. Box 790448 Saint Louis, MO 63179**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work Agreement dated 6/14/2023 and renewed 6/17/2025** | |
|---|---|---|---|
| | State the term remaining | | **UL Verification Services Inc.** |
| | List the contract number of any government contract | | **333 Pfingsten Road Northbrook, IL 60062** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Life insurance policy** | |
|---|---|---|---|
| | State the term remaining | | **United of Omaha Life Insurance Company Payment Processing Center P.O. Box 2147 Omaha, NE 68103-2147** |
| | List the contract number of any government contract | | |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Arizona Area Health Education Centers Program Grant** | |
|---|---|---|---|
| | State the term remaining | | **University of Arizona Area Health Education Centers Tucson, AZ 85721** |
| | List the contract number of any government contract | | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Graduate Medical Education Development Program grant Expires 3/1/2027** | |
|---|---|---|---|
| | State the term remaining | | **University of Arizona Area Health Education Centers Tucson, AZ 85721** |
| | List the contract number of any government contract | | |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Cost Reimbursable Subaward for Pacific Aids Education and Training Center dated 8/2025 No. 810923** | |
|---|---|---|---|
| | State the term remaining | | **University of Arizona Banner University Medicine North 3838 N. Campbell Ave., Bldg 2 Tucson, AZ 85719** |
| | List the contract number of any government contract | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Program Letter of Agreement Expires 9/30/2030** | |
|---|---|---|---|
| | State the term remaining | | **University of AZ College of Medicine PHX 475 N. 5th Street Attn: Finance Phoenix, AZ 85004** |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Contract** | |
|---|---|---|---|
| | State the term remaining | | **UpToDate Inc. 230 Third Avenue Waltham, MA 02451** |
| | List the contract number of any government contract | | |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **SNAP Enrollment approved 10/3/2025 Expires 9/30/2026** | |
|---|---|---|---|
| | State the term remaining | | **US Department of Agriculture Farm Service Agency-Marshall County Ofc P.O. Box 420 Britton, SD 57430-0420** |
| | List the contract number of any government contract | | |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Software License and Subscription Agreement dated 8/5/2021** | |
|---|---|---|---|
| | State the term remaining | | **Valley Technology Solutions, LLC 2929 N. Power Road, Suite 101 Mesa, AZ 85215** |
| | List the contract number of any government contract | | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **MRR Subscription Agreement Dated 9/17/2025** | |
|---|---|---|---|
| | State the term remaining | | **Vigilant Global Headquarters 7570 Bales Street, Suite 250 West Chester, OH 45069** |
| | List the contract number of any government contract | | |

Case 3:25-bk-12293-DPC   Doc 1   Filed 12/19/25   Entered 12/19/25 13:26:29   Desc
Main Document   Page 110 of 180

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Services Subscription Addendum Agreement Dated 4/18/2022** | |
|---|---|---|---|
| | State the term remaining | | **Vigilant Global Headquarters 7570 Bales Street, Suite 250 West Chester, OH 45069** |
| | List the contract number of any government contract | | |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Vision care coverage** | |
|---|---|---|---|
| | State the term remaining | | **Vision Service Plan File #73280 P.O. Box 60000 San Francisco, CA 94160-3280** |
| | List the contract number of any government contract | | |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **IT and professional services Dated 12/18/2023** | |
|---|---|---|---|
| | State the term remaining | | **Visualizations Inc. 7440 Mintwood Lane Spring, TX 77379-1100** |
| | List the contract number of any government contract | | |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment and services Agreement dated 4/12/2024** | |
|---|---|---|---|
| | State the term remaining | | **VVC Holding LLC/Virence Health PO Box 840952 Dallas, TX 75284-0952** |
| | List the contract number of any government contract | | |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **340B Contract Pharmacy Services Agreement effective 10/1/2013** | |
|---|---|---|---|
| | State the term remaining | | **Walgreens Co. Attn: 340B Legal 104 Wilmot Road, MS-1446 Deerfield, IL 60015** |
| | List the contract number of any government contract | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **340B Pharmacy Services Agreement/Acknowledgement Agreement dated 5/2/2017** | |
|---|---|---|---|
| | State the term remaining | | **Walmart/Member Pharmacy** |
| | List the contract number of any government contract | | **702 SW 8th Street Bentonville, AR 72716-0860** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **340B Pharmacy Services Agreement dated 10/18/2010** | |
|---|---|---|---|
| | State the term remaining | | **Western United Drug & General Store** |
| | List the contract number of any government contract | | **106 E. Main Street Springerville, AZ 85938** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Community partnerships to increase SNAP Enrollment Program for Fiscal year 2026 Expires 9/30/2026** | |
|---|---|---|---|
| | State the term remaining | | **Wildfire** |
| | List the contract number of any government contract | | **340 E. Palm Lane, Suite 315 Phoenix, AZ 85004** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 1510 Stockton Hill Road, Kingman, AZ 86401 Expires: 8/31/2029 $18,780/month** | |
|---|---|---|---|
| | State the term remaining | | **William E. Shaver Trust of 2000** |
| | List the contract number of any government contract | | **27841 San Canyon Road Canyon Country, CA 91387** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.207.** State what the contract or lease is for and the nature of the debtor's interest | **Cllinic Lease, Management and Operations Agreement regarding land, building and furniture and equipment located at 300 South Sixth Street, Williams, Arizona Expires: 12/31/2032** |
| State the term remaining<br><br>List the contract number of any government contract | **Williams Hospital District Attn: Board of Directors 300 S. 6th St Williams, AZ 86046** |
| **2.208.** State what the contract or lease is for and the nature of the debtor's interest | **Affiliation Agreement dated 2/3/2025 Expires 9/30/2030** |
| State the term remaining<br><br>List the contract number of any government contract | **Winslow Indian Health Care Center Inc. 500 N. Indiana Avenue Winslow, AZ 86047** |
| **2.209.** State what the contract or lease is for and the nature of the debtor's interest | **UpToDate Anywhere Subscription and License Agreement Dated 7/26/2023** |
| State the term remaining<br><br>List the contract number of any government contract | **Wolters Kluwer 230 Third Avenue Waltham, MA 02451** |
| **2.210.** State what the contract or lease is for and the nature of the debtor's interest | **Zoom and Zoom Phone services Subscription Dated 6/27/2023** |
| State the term remaining<br><br>List the contract number of any government contract | **Zoom Video Communications Inc. P.O. Box 888843 Los Angeles, CA 90088-8843** |

Case 3:25-bk-12293-DPC    Doc 1    Filed 12/19/25    Entered 12/19/25 13:26:29    Desc

Debtor name __**North Country HealthCare, Inc.**__

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City  State  Zip Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City  State  Zip Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City  State  Zip Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | City  State  Zip Code | | |

Debtor name  **North Country HealthCare, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **7/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $21,544,350.00 |
| **For prior year:**<br>From **7/01/2024** to **6/30/2025** | ■ Operating a business<br>☐ Other _____ | $67,736,000.00 |
| **For year before that:**<br>From **7/01/2023** to **6/30/2024** | ■ Operating a business<br>☐ Other _____ | $64,348,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **AB Staffing Solutions** 3451 S. Mercy Road, Suite 102 Gilbert, AZ 85297 | last 90 days | $55,680.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Allen Ennis-Ennis Fam Revocable Trust Property Accounting Services** 3820 W. Happy Valley Road 141-445 Glendale, AZ 85310 | last 90 days | $32,720.58 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **APS** P.O. Box 2906 Phoenix, AZ 85062-2906 | last 90 days | $34,548.17 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Avatar Hawthorne Potfolio LLC** 1200 Westlake Avenue N., Suite 1006 Seattle, WA 98109 | last 90 days | $129,616.66 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **BenefitEd LLC** 121 S. 13th St Suite 201 Lincoln, NE 68508 | last 90 days | $67,245.23 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Berkshire Hathaway Homestate Companies** P.O. Box 844501 Los Angeles, CA 90084-4501 | last 90 days | $12,759.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Blue Cross Blue Shield of Arizona, Inc.** P.O. Box 52563 Phoenix, AZ 85072-2563 | last 90 days | $180,019.04 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Brokerage Concepts, Inc.** P.O. Box 742 Blue Bell, PA 19422 | last 90 days | $92,666.54 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Cardinal Health 411, Inc.** **7000 Cardinal Place** **Dublin, OH 43017** | last 90 days | $975,429.86 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. | **Caremessage** **P.O. BOx 7307** **San Francisco, CA 94120-7307** | last 90 days | $25,875.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. | **CB Professional Building, LLC** **1120 W. University Avenue, Suite 200** **Flagstaff, AZ 86001** | last 90 days | $16,454.22 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. | **Datis HR Cloud LLC** **P.O. Box 715019** **Cincinnati, OH 45271-5019** | last 90 days | $32,854.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. | **DisclosedRX** **2 N. Central Ave** **Suite 1800** **Phoenix, AZ 85004** | last 90 days | $429,498.94 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. | **Doximity Inc.** **500 3rd Street, Suite 510** **San Francisco, CA 94107** | last 90 days | $25,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. | **FlexPrint Intermediate LLC** **P.O. Box 745035** **Los Angeles, CA 90074-5035** | last 90 days | $11,551.46 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. | **Hopi Tribe Economic Development Corp.** **5200 E. Cortland Blvd., Suites E200-7** **Flagstaff, AZ 86004** | last 90 days | $22,276.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **InDxLogic, Inc.** P.O. Box 71 Visalia, CA 93279-0071 | last 90 days | $18,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.18. **JPMorgan Chase Bank** P.O. Box 650632 Dallas, TX 75265-0632 | last 90 days | $687,990.22 | ☐■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.19. **LHVC LLC** P.O. Box 3539 Lake Havasu City, AZ 86405-3539 | last 90 days | $33,261.24 | ☐ Secured debt ☐ Unsecured loan repayments ☐■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Mountain Fresh Cleaning** 3249 W. Lois Lane Flagstaff, AZ 86001 | last 90 days | $66,340.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.21. **Mountains Without Water, LLC** 1501 S. Yale, #252 Flagstaff, AZ 86001 | last 90 days | $24,788.34 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐■ Other **Lease payments** |
| 3.22. **National Alliance** 1628 Browning Road Columbia, SC 29226 | last 90 days | $136,779.02 | ☐ Secured debt ☐ Unsecured loan repayments ☐■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. **Payson Glaser Medical LLC** 905 S. Lake St., Suite 203 Burbank, CA 91502 | last 90 days | $31,089.27 | ☐ Secured debt ☐ Unsecured loan repayments ☐■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.24. **Proper Connections** P.O. Box 888 Pine Plains, NY 12567 | last 90 days | $25,000.00 | ☐ Secured debt ☐■ Unsecured loan repayments ☐■ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | North Country HealthCare, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Selective Insurance Co.** **P.O. Box 371468** **Pittsburgh, PA 15250-7468** | last 90 days | $17,202.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **Smartsheet, Inc.** **Dept. 3421** **P.O. Box 123421** **Dallas, TX 75312-3421** | last 90 days | $13,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **The Medical Protective Company** **5814 Reed Road** **Fort Wayne, IN 46835-3568** | last 90 days | $9,400.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **Tokio Marine** **225 TownPark Drive NW** **Suite 350** **Kennesaw, GA 30144** | last 90 days | $167,836.82 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **True North ITG, Inc.** **16504 9th Avenue SE, Suite 203** **Mill Creek, WA 98012** | last 90 days | $98,009.06 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **US Bank Equipment Finance** **P.O. Box 790448** **Saint Louis, MO 63179-0448** | last 90 days | $23,102.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Lease payments** |
| 3.31. **Vantiv Intg** **8500 Governors Hill Drive** **Symmes Township, OH 45249** | last 90 days | $32,485.11 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.32. **Vision Service Plan** **File #73280** **P.O. Box 60000** **San Francisco, CA 94160-3280** | last 90 days | $14,707.82 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.33. **Visualizations Inc.**<br>**7440 Mintwood Lane**<br>**Spring, TX 77379-1100** | **last 90 days** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **VVC Holding LLC**<br>**P.O. Box 840952**<br>**Dallas, TX 75284-0952** | **last 90 days** | **$103,417.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.35. **William E. Shaver Trust of 2000**<br>**27841 San Canyon Road**<br>**Canyon Country, CA 91387** | **last 90 days** | **$58,616.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **lease payments** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Arizona Alliance for Community Health Centers, et. al. v. Arizona Health Care Cost Containment Sytems, et. al.** **21-16262 D.C. No. 4:19-CV-00517-JGZ** | | **US Court of Appeals, Ninth Circuit** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Samanthaa Withers, Eugenia Higley, Tiffany Hull, Gayle Parrish-Walker, Colleen Savage, Brian Savattere, Arlene Sanchez Rodriguez, Suzanne Barrow, Terilyn Brasher, Savanna Spry, Emmalyne Musser, Tatum Carlson vs. North Country Healthcare Incorporated 3:25-cv-08235-MTL** | **791 Labor: ERISA** | **US District Court (Arizona) 401 W. Washington St., Suite 130 SPC1 Phoenix, AZ 85003-2118** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Allen, Jones & Giles, PLC 1850 N. Central Avenue, Suite 1025 Phoenix, AZ 85004 | **Debtor provided a retainer of $115,000. Allen, Jones & Giles, PLC applied $_____ of the retainer to its pre-petition fees and costs, including the Chapter 11 filing fee of $1,738. Allen, Jones & Giles, PLC is holding $_____ in its IOLTA Trust account for post-petition fees and costs.** | **9/23/2025 - $15,000 10/28/2025 - $101,738** | **$115,000.00** |

Email or website address
**pgiles@bkfirmaz.com**

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **22585 W. Oak Street Seligman, AZ 86337** | **1991 to 6-27-2023** |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **North Country Healthcare-Bullhead City 2585 South Miracle Mile, #116 Bullhead City, AZ 86442** | **Family care, family practice services, virtual visits, care managers, HIV/AIDS treatment and services, lactation services, women's health** | **N/A** |

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.
**Athena Practice Medical Records System**

How are records kept?

*Check all that apply:*

■ Electronically
☐ Paper

| | | | |
|---|---|---|---|
| 15.2. | **North Country Healthcare-Flagstaff University 1120 W. University Ave., #101 Flagstaff, AZ 86001** | **Primary care, family practice services, obstetrician/gynecology care services and virtual visits** | **N/A** |

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.
**Athena Practice Medical Records System**

How are records kept?

*Check all that apply:*

■ Electronically
☐ Paper

| | | | |
|---|---|---|---|
| 15.3. | **North Country Healthcare-Flagstaff Pediatric Care 1501 S. Yale, #2521 Flagstaff, AZ 86001** | **Virtual visits, behavioral health, pediatrics, primary care & family practice** | **N/A** |

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.
**Athena Practice Medical Records System**

How are records kept?

*Check all that apply:*

■ Electronically
☐ Paper

| | | | |
|---|---|---|---|
| 15.4. | **North Country Healthcare-Kingman Medical Clinic 1510 Stockton Hill Road Kingman, AZ 86401** | **Primary care, family practice, pharmacy services, virtual visits, care managers, behavioral health, Hepatitis C treatment & services, HIV/ AIDS treatment & services, lactation services** | **N/A** |

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.
**Athena Practice Medical Records System**

How are records kept?

*Check all that apply:*

■ Electronically
☐ Paper

| | | | |
|---|---|---|---|
| 15.5. | **North Country Healthcare-Kingman Integration Clinic 3505 Western Avenue, Suite B Kingman, AZ 86401** | **Primary care and family practice** | **N/A** |

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.
**Athena Practice Medical Records System**

How are records kept?

*Check all that apply:*

■ Electronically
☐ Paper

| | | | |
|---|---|---|---|
| 15.6. | **North Country Healthcare-Lake Havasu City Medical Clinic 2090 North Smoketree Ave Lake Havasu City, AZ 86403** | **Primary care, family practice, pediatrics, behavioral health, virtual visits, care managers, lactation services** | **N/A** |

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.
**Athena Practice Medical Records System**

How are records kept?

*Check all that apply:*

■ Electronically
☐ Paper

| | | | |
|---|---|---|---|
| 15.7. | **North Country Healthcare-Payson Medical Clinic** | **Primary care, family practice, pharmacy services, virtual visits, behavioral health, lactation services, women's health** | **N/A** |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **126 E. Main St., Suite B**<br>**Payson, AZ 85541** | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Athena Practice Medical Records System** | **How are records kept?**<br><br>*Check that apply:*<br><br>■ Electronically<br>☐ Paper |
| 15.8. **North Country Healthcare-Grand Canyon Medical Clinic**<br>**1 Clinic Road**<br>**Grand Canyon, AZ 86023** | **Family practice, urgent care, physical therapy and pharmacy services (Contracted)**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Athena Practice Medical Records System** | **N/A**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |
| 15.9. **North Country Healthcare-Williams Medical Clinic**<br>**300 S. 6th St**<br>**Williams, AZ 86046** | **Primary care, family practice, urgent care, pediatric care, behavioral health, and dental services, and lactation services (Contracted)**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Athena Practice Medical Records System** | **N/A**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |
| 15.10. **North Country Healthcare-Flagstaff**<br>**2920 N. 4th Street**<br>**Flagstaff, AZ 86004** | **Virtual visits, behavioral health, dental services, pediatrics, hepatitis C treatment, HIV/AIDS treatment, lactation services, pregnancy & post-partum adjustment, primary care & family practice, pharmacy, women's health**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Athena Practice Medical Records System** | **N/A**<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |
| 15.11. **North Country Healthcare-Holbrook**<br>**2109 Navajo Blvd.**<br>**Holbrook, AZ 86025** | **Primary care and family practice, lactation services (telehealth), HIV/AIDS treatment and services, behavioral health and virtual visits**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Athena Practice Medical Records System** | **N/A**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |
| 15.12. **North Country Healthcare-Springerville**<br>**488 South Mountain Ave**<br>**Springerville, AZ 85938** | **Primary care and family practice, lactation services (telehealth), HIV/AIDS treatment and services, behavioral health and virtual visits**<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>**Athena Practice Medical Records System** | **N/A**<br><br>**How are records kept?**<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |
| 15.13. **North Country Healthcare-Show Low** | **Primary care and family practice, lactation services (telehealth), HIV/AIDS treatment and services, dental,** | **N/A** |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **2650 E. Show Low Lake Rd, Suite 1 Show Low, AZ 85901** | **behavioral health** | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Athena Practice Medical Records System** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |
| 15.14. **North Country Healthcare-Winslow 620 W. Lee Street Show Low, AZ 85901** | **Primary care and family practice, pediatrics, lactation services (telehealth), dental and behavioral health** | **N/A** |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **Athena Practice Medical Records System** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Debtor has detailed personal information about patients in its electronic health records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1. **North Country Healthcare Foundation**<br>**2920 N. 4th Street**<br>**Flagstaff, AZ 86004** | **Foundation** | **EIN:** **47-2177921**<br><br>**From-To** **11/17/2014 to present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **John Andrews, CFO**<br>**2920 N. 4th Street**<br>**Flagstaff, AZ 86004** | **August 2024 to present** |
| 26a.2. **Karen D'Leon**<br>**2920 N. 4th Street**<br>**Flagstaff, AZ 86004** | **April 2025 to present** |
| 26a.3. **Penelope Scott, Director of Planning**<br>**2920 N. 4th Street**<br>**Flagstaff, AZ 86004** | **November 2023 to present** |
| 26a.4. **Karla Wells, Business Ofc Mgr**<br>**2920 N. 4th Street**<br>**Flagstaff, AZ 86004** | **June 2009 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Fester & Chapman PLLC**<br>**9019 E. Bahia Dr., Suite 100**<br>**Scottsdale, AZ 85260** | **6/30/2024 to present for formal audits** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **JPMorgan Chase Bank**<br>**P.O. Box 33035**<br>**Louisville, KY 40232-9891** |
| 26d.2. | **Avatar Hawthorne Potfolio LLC**<br>**1200 Westlake Avenue N., Suite 1006**<br>**Seattle, WA 98109** |
| 26d.3. | **McKesson Medical-Surgical Inc.**<br>**P.O. Box 51020**<br>**Los Angeles, CA 90051-5320** |
| 26d.4. | **Cardinal Health**<br>**7000 Cardinal Place**<br>**Dublin, OH 43017** |
| 26d.5. | **Onset Financial, Inc.**<br>**274 12300 S**<br>**Draper, UT 84020** |
| 26d.6. | **Arizona Complete Health**<br>**1850 W. Rio Salado Parkway**<br>**Suite 211**<br>**Tempe, AZ 85281** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jon Cook** | **1851 N. Gemini Dr**<br>**Flagstaff, AZ 86004** | **President and Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Crystal Gonzales** | **1838 S. Caboose Ct**<br>**Flagstaff, AZ 86001** | **Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Oxtoby** | **3775 N. Steves Blcd.**<br>**Flagstaff, AZ 86004** | **Treasurer and Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Ferris** | **1900 Iron Horse Drive**<br>**Winslow, AZ 86047** | **Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ross Schaefer** | **3809 E. Whispering Wind Way**<br>**Flagstaff, AZ 86004** | **Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Stephen Nuno-Perez** | **2545 E. Heidi Loop Flagstaff, AZ 86004** | **President Elect and Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Timothy Dodt** | **966 N. Amberwood Street Flagstaff, AZ 86004** | **Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Terri Sherman** | **1838 E. Sagebrush Road Williams, AZ 86046** | **Secretary and Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Walter Phelps** | **2631 Polacca Trail Flagstaff, AZ 86005** | **Board member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Anne Newland, MD** | **119 E. Judy Street Flagstaff, AZ 86005** | **Chief Executive Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **John H. Andrews** | **1740 N. Doral Way Flagstaff, AZ 86004** | **Chief Financial Officer** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Sandi Ernst Perez** | **7035 Whispering Pines Road Flagstaff, AZ 86004** | **Board member** | **9/28/2021 to 12/17/2024** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Joshua Lavar-Butler** | **P.O. Box 30192 Flagstaff, AZ 86004** | **Board member** | **3/23/2022 to 9/23/2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Teresa Bertsch** | **2108 N. Fremont Blvd. Flagstaff, AZ 86001** | **GB CQI Chair and Board member** | **2/27/2024 to 9/23/2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Sarah Benatar** | **4691 Deer Springs Drive Flagstaff, AZ 86001** | **Ex-Officio and Board member** | **1/23/2024 to 10/24/2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Samantha Sabo | 2910 E. Matterhorn Drive Flagstaff, AZ 86004 | Board Member 0% interest | 2/27/2024 to 12/8/2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Anne Newland, MD** **119 E. Judy Street** **Flagstaff, AZ 86005** | **$352,800** | **last 12 months** | **Compensation** |
| | Relationship to debtor **CEO** | | | |
| 30.2. | **John Andrews, CFO** **2920 N. 4th Street** **Flagstaff, AZ 86004** | $200,000 | **last 12 months** | compensation |
| | Relationship to debtor **CFO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 19, 2025**

**/s/ Anne Newland**                                     **Anne Newland**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor  **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re    **North Country HealthCare, Inc.**        Case No. _____

                          Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 19, 2025**            Signature    **/s/ Anne Newland**

                                                     **Anne Newland**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re  **North Country HealthCare, Inc.**

_____
Debtor(s)

Case No. _____
Chapter  **11**  _____

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the CEO of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of  **46**  sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:  **December 19, 2025** _____

**/s/ Anne Newland** _____
**Anne Newland/CEO**
Signer/Title

Date:  **December 19, 2025** _____

**/s/ Philip J. Giles** _____
Signature of Attorney
**Philip J. Giles 30340**
**Allen, Jones & Giles, PLC**
**1850 N. Central Avenue, Suite 1025**
**Phoenix, AZ 85004**
**602-256-6000  Fax: 602-252-4712**

340B TECHNOLOGIES, INC.
161 GAITHER DRIVE, SUITE 201
MOUNT LAUREL NJ 08054


AAF-MCQUAY, INC.
24828 NETWORK PLACE
CHICAGO IL 60673-1248


AARON THOMAS MARTIN
MARTIN LAW & MEDIATION PLLC
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


AB STAFFING SOLUTIONS
3451 S. MERCY ROAD, SUITE 102
GILBERT AZ 85297


ABFM FOUNDATION,. INC.
1648 MCGRATHIANA PARKWAY, SUITE 550
LEXINGTON KY 40511-1342


ABILA
P.O. BOX 737451
DALLAS TX 75373


ACGME
29376 NETWORK PLACE
CHICAGO IL 60673-1293


ACM FLAGSTAFF INK, LLC
DBA MONEY IN THE MAIL
3800 WESTERN DRIVE, SUITE I
COTTONWOOD AZ 86326


ACO PARTNER
8220 N. 23RD AVENUE
PHOENIX AZ 85021

AEGIS SECURITY, INC.
3830 E. HUNTINGTON DRIVE 113
FLAGSTAFF AZ 86004


AFFILIATE MERCHANDISE GROUP DBA GMERCH
108 MADISON STREET
SAINT LOUIS MO 63102


AGASSIZ LANDSCAPE GROUP LLC
P.O. BOX 147
FLAGSTAFF AZ 86002


AGILITI SURGICAL EQUIPMENT REPAIR, INC.
P.O. BOX 856526
MINNEAPOLIS MN 55485-6526


AHCCCS
150 N. 18TH AVENUE
PHOENIX AZ 85007


AIR CONTROL HOME SERVICES
2571 W. KIOWA BLVD.
LAKE HAVASU CITY AZ 86403


AIRGAS PURITAN MEDICAL
3737 WORSHAM AVE
LONG BEACH CA 90808


AIRGAS USA, LLC
P.O. BOX 102289
PASADENA CA 91189-2289


ALBERTSONS L.P., SAFEWAY INC.
250 EAST PARKCENTER BLVD.
BOISE ID 83706

North Country HealthCare, Inc. -

ALD TELECOM
8020 E. GELDING DRIVE, #107
SCOTTSDALE AZ 85260

ALEAN HONIE
P.O. BOX 965
SECOND MESA AZ 86043

ALEX REYES
2578 TOVAR TRAIL, #11
FLAGSTAFF AZ 86005

ALL MEDICAL PERSONNEL
P.O. BOX 931896
ATLANTA GA 31196-3189

ALL STAGES CARPET CARE
901 W. SADDLE LANE
PAYSON AZ 85541

ALSCO UNIFORMS
4707 W. CAMELBADK ROAD
PHOENIX AZ 85031

ALTA LANGUAGE SERVICES, INC.
P.O. BOX 96303
CHARLOTTE NC 28296-0303

AMAZON BUSINESS
410 TERRY AVE NORTH
SEATTLE WA 98109

AMERICAN ASSOCIATION OF TEACHING
HEALTH CENTERS
P.O. BOX 1452
ANNANDALE VA 22003

AMERICAN PROFICIENCY INSTITUTE
DEPT. 9526
P.O. BOX 30516
LANSING MI 48909-8016


AMERICAS PEST CONTROL
1850 PINION TREE DRIVE
LAKE HAVASU CITY AZ 86406


AMERIGAS PROPANE LP
P.O. BOX 7155
PASADENA CA 91109-7155


ANOTHER PLUMBING COMPANY INC.
P.O. BOX 22246
FLAGSTAFF AZ 86002


ANTIGUA ANESTHESIA MANAGEMENT
P.O. BOX 69348
BALTIMORE MD 21264-9348


APRICUS MEDICAL GROUP
2001 N. 4TH ST
FLAGSTAFF AZ 86004


AQUARIUM CENTER
2532 N. 4TH ST., #312
FLAGSTAFF AZ 86004


AQUARIUS CASINO RESORT
1900 SOUTH CASINO DRIVE
LAUGHLIN NV 89029


ARIZONA ACADEMY OF FAMILY PHYSICIANS
P.O. BOX 74235
NEW RIVER AZ 85087

North Country HealthCare, Inc. -

ARIZONA ALLIANCE FOR COMM HEALTH CTRS
3838 N. CENTRAL AVE., #1600
PHOENIX AZ 85012-1950

ARIZONA ASSOCIATION OF COMMUNITY HEALTH
CENTERS, INC.
3838 N. CENTRAL AVE., #1600
PHOENIX AZ 85012-1950

ARIZONA ASSOCIATION OF COMMUNITY HEALTH
CENTERS (AACHC)
3838 N. CENTRAL AVE., #1600
PHOENIX AZ 85012-1950

ARIZONA COMMUNITY FOUNDATION
OF YAVAPAI COUNTY
2201 E CAMELBACK RD #405B
PHOENIX AZ 85016

ARIZONA COMMUNITY FOUNDATION
OF FLAGSTAFF
2201 E CAMELBACK RD #405B
PHOENIX AZ 85016

ARIZONA COMPLETE HEALTH
1850 W. RIO SALADO PARKWAY
SUITE 211
TEMPE AZ 85281

ARIZONA CONTROL SPECIALISTS INC.
1755 E. ROBIN LANE
PHOENIX AZ 85024

ARIZONA DAILY SUN
P.O. BOX 674915
DALLAS TX 75267-4915

ARIZONA DEPARTMENT OF HEALTH SERVICES
OFFICE OF PROCUREMENT
150 N. 18TH AVE., #530
PHOENIX AZ 85007

North Country HealthCare, Inc. -

ARIZONA ONCOLOGY ASSOCIATES PC
P.O. BOX 910221
DALLAS TX 75391-0221


ARIZONA VEIN SPECIALIST
16421 N. TATUM BLVD., #121
PHOENIX AZ 85032


ARLENE SANCHEZ RODRIGUEZ
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


ARMOUR SELF STORAGE
3025 E. INDUSTRIAL DRIVE
0 AZ 86004


ARROWHEAD DENTAL LABORATORIES, INC.
11170 S. STATE STREET
SANDY UT 84070


ASCEND MANAGEMENT INC.
P.O. BOX 8181
CAROL STREAM IL 60197-8181


ASCEND MANAGEMENT INC.
ASCEND HEALTHCARE PLLC
8222 S. 48TH ST., #200
PHOENIX AZ 85044


ASD HEALTHCARE AMERISOURCE BERGEN
P.O. BOX 100741
PASADENA CA 91189-0741


ASSA ABLOY ENTRANCE SYSTEMS US INC.
1900 AIRPORT ROAD
MONROE NC 28110

North Country HealthCare, Inc. -

ASSURED DOCUMENT DESTRUCTION
145 E. WARM SPRINGS ROAD
LAS VEGAS NV 89119

AT STILL UNIVERSITY OF HEALTH SCIENCES
5850 E. CIRCLE DRIVE
MESA AZ 85206

ATOMIC PEST CONTROL
P.O. BOX 7131
MESA AZ 85216

AUTOZONE
P.O. BOX 791409
BALTIMORE MD 21279

AVATAR HAWTHORNE POTFOLIO LLC
1200 WESTLAKE AVENUE N., SUITE 1006
SEATTLE WA 98109

AVIDXCHANGE, INC.
1210 AVIDXCHANGE LN
CHARLOTTE NC 28206

AYA HEALTHCARE INC.
P.O. BOX 674907
DALLAS TX 75267-4907

AYA HEALTHCARE, INC.
5930 CORNERSTONE COURT WEST
SUITE 300
SAN DIEGO CA 92121

AZ ASSOC OF COMMUNITY HEALTH CENTERS
P.O. BOX 28650
DEPT. #8807
PHOENIX AZ 85038-9650

AZARA HEALTHCARE, LLC
70 BLANCHARD ROAD, SUITE 401
BURLINGTON MA 01803


AZTEC ALARM, INC.
P.O. BOX 302
PAYSON AZ 85547


BANNER HEALTH
1400 S. DOBSON ROAD
MESA AZ 85202


BARNET DULANEY PERKINS EYE CENTER
350 N. SWITZER CANYON DRIVE
FLAGSTAFF AZ 86001


BASHAS' INC.
P.O. BOX 488
CHANDLER AZ 85244


BENEFITED LLC
121 SOUTH 13TH STREET
LINCOLN NE 68508


BENEFITED LLC
121 S. 13TH ST.
SUITE 201
LINCOLN NE 68508


BLUE HILLS ENVIRONMENTAL
P.O. BOX 175
SAINT JOHNS AZ 85936


BRIGHTLY SOFTWARE, INC.
4242 SIX FORKS ROAD
SUITE 1400
RALEIGH NC 27609

BROMBERG & ASSOCIATES, LLC
32910 W. THIRTEEN MILE ROAD
SUITE E504
FARMINGTON MI 48334


BROMBERG & ASSOCIATES, LLC
32910 W. 13 MILE ROAD, #E-504
FARMINGTON MI 48334


BUG EMERGENCY
P.O. BOX 21687
BULLHEAD CITY AZ 86439


CANYON STATE ENTERPRISES LLC
2959 RHOADES AVE
KINGMAN AZ 86409


CARDIN COURIER
P.O. BOX 26344
PRESCOTT VALLEY AZ 86312


CARDINAL HEALTH
7000 CARDINAL PLACE
DUBLIN OH 43017


CARDINAL HEALTH 110, LLC
7000 CARDINAL PLACE
DUBLIN OH 43017


CAREMESSAGE
P.O. BOX 7307
SAN FRANCISCO CA 94120-7307


CB PROFESSIONAL BUILDING, LLC
1120 W. UNIVERSITY AVENUE, SUITE 200
FLAGSTAFF AZ 86001

North Country HealthCare, Inc. -

CDW G LLC
200 N. WILWAUKEE AVENUE
VERNON HILLS IL 60061

CDW GOVERNMENT LLC
75 REMITTANCE DRIVE, SUITE 1515
CHICAGO IL 60675-1515

CENTRAL AZ SUPPLY INC.
208 S. COUNTRY CLUB DRIVE
MESA AZ 85210

CENTURY LINK-LUMEN TECHNOLOGIES
100 CENTURYLINK DRIVE
MONROE LA 71203

CENTURYLINK
P.O. BOX 91155
SEATTLE WA 98111-9255

CHOICEHEALTH FINANCE
1310 MADRID STREET
MARSHALL MN 56258

CIRCLE THE CITY
300 W. CLARENDON AVE. #200
PHOENIX AZ 85013

CITY OF FLAGSTAFF
211 W. ASPEN
FLAGSTAFF AZ 86001-5359

CITY OF FLAGSTAFF
HOUSING AND GRANTS ADMINISTRATOR
2323 W. WALGREENS ST., SUITE 2
FLAGSTAFF AZ 86004

CITY OF HOLBROOK
P.O. BOX 970
HOLBROOK AZ 86025


CITY OF SHOW LOW
P.O. BOX 1497
SHOW LOW AZ 85902


CITY OF WILLIAMS
113 S. 1ST ST
WILLIAMS AZ 86046


CITY OF WINSLOW
102 E. 3RD STREET
WINSLOW AZ 86047


CLARK COUNTY SOCIAL SERVICES
1600 PINTO LANE
LAS VEGAS NV 89106


CLEARWATER COMPLIANCE, LLC
40 BURTON H ILLS BLVD., SUITE 200
NASHVILLE TN 37215


CLIN PATH PATHOLOGY
P.O. BOX 42210
PHOENIX AZ 85080


CLINICALLY SPEAKING LLC
FILE 2433
1801 W. OLYMPIC BLVD.
PASADENA CA 91199-2433


CLOUDMED SOLUTIONS LLC
ATTN: ACCOUNTS PAYABLE
P.O. BOX 208272
DALLAS TX 75320-8272

COCONINO COMMUNITY COLLEGE
2800 S. LONE TREE ROAD
FLAGSTAFF AZ 86005


COCONINO COUNTY PUBLIC HEALTH SERVICES
DISTRICT BOARD OF DIRECTORS
219 E. CHERRY AVENUE
FLAGSTAFF AZ 86001


COLLEEN SAVAGE
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


COLORADO PLATEAU FAMILY AND COMMUNITY
MEDICINE RESIDENCY
2920 N. 4TH ST
FLAGSTAFF AZ 86004


COMMUNITY PARTNERSHIP/SOUTHERN ARIZONA
535 N. WILMOT ROAD, SUITE 201
TUCSON AZ 85711


COMP-RAY, INC.
205 W. DEER VALLEY ROAD
PHOENIX AZ 85027


COMPLIATRIC
869 EAST 4500 SOUTH #134
SALT LAKE CITY UT 84107


COMPRAY MEDICAL IMAGING
205 W. DEER VALLEY ROAD
PHOENIX AZ 85027


CONTINUUM CLOUD
100 SOUTH ASHLEY DRIVE, SUITE 1500
TAMPA FL 33602

CONTROL SOLUTIONS, INC.
35851 INDUSTRIAL WAY, SUITE D
SAINT HELENS OR 97051


CORONET CYBER SECURITY
462 BROADWAY, NYC HUB
NEW YORK NY 10013


CREIGHTON UNIVERSITY AZ HEALTH
EDUCATION ALLIANCE
P.O. BOX 745068
LOS ANGELES CA 90074-5068


CROTHALL HEALTHCARE INC.
13028 COLLECTION CENTER DRIVE
CHICAGO IL 60693


CROTHALL HEALTHCARE, INC.
1500 LIBERTY RIDGE DRIVE, #210
WAYNE PA 19087


CSTOR/MICROAGE
7975 N. HAYDEN ROAD, SUITE A105
SCOTTSDALE AZ 85258


CVS PHARMACY, INC.
1 CVS DRIVE
WOONSOCKET RI 02895


CXTEC
P.O. BOX 5211 DEPT. 116003
BINGHAMTON NY 13902-5211


D&B TUITION LLC
2580 HIGHWAY 95, SUITE 215
BULLHEAD CITY AZ 86442

DANDY
P.O. BOX 738550
DALLAS TX 75373-8550


DASHLANE USA, INC.
44 W. 18TH ST., 4TH FLOOR
NEW YORK NY 10011


DEBBIE DOES DUSTING
P.O. BOX 2218
PAYSON AZ 85541


DELL MARKETING, L.P.
C/O DELL USA LP
P.O. BOX 802816
CHICAGO IL 60680-2816


DENTSPLY SIRONA ENDODONTICS
5100 E. SKELLY DRIVE, SUITE 300
TULSA OK 74135


DIAMOND PURE WATER
3485 BOUNDARY CONE ROAD
MOHAVE VALLEY AZ 86440


DIRECT RELIEF
6100 WALLACE BECKNELL ROAD
SANTA BARBARA CA 93117


DOCUSIGN
P.O. BOX 735445
DALLAS TX 75373


DOCUSIGN, INC.
221 MAIN STREET, SUITE 1550
SAN FRANCISCO CA 94105

DOUBLETREE BY HILTON
1175 W ROUTE 66
FLAGSTAFF AZ 86001


DOXIMITY INC.
P.O. BOX 103269
PASADENA CA 91189-3269


DSB DISTRIBUTING LLC
P.O. BOX 30878
FLAGSTAFF AZ 86003


DULIN, WARD, & DEWALD INC.
9921 DUPONT CIRCLE DRIVE WEST
SUITE 300
FORT WAYNE IN 46825


DWD TECHNOLOGY GROUP
9921 DUPONT DRIVE WEST
SUITE 300
FORT WAYNE IN 46825


E3 DIAGNOSTICS INC.
3333 N. KENNICOTT AVE
ARLINGTON HEIGHTS IL 60004


ELSEVIER INC.
P.O. BOX 9533
NEW YORK NY 10087-9533


EMMALYNE MUSSER
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


ENA HEALTHCARE SERVICES, LLC
P.O. BOX 201431
DALLAS TX 75320-1431

ENTERPRISE
P.O. BOX 840173
KANSAS CITY MO 64184


ENTISYS360
P.O. BOX 889426
LOS ANGELES CA 90088-9426


ESTRELLA LAUNDRY LLC
1800 N. MAIN ST.
FLAGSTAFF AZ 86004


EUGENIA HIGLEY
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


EXACT SCIENCES CORPORATION
1 EXACT LANE
MADISON WI 53719


EXPENSE REDUCTION ANALYSTS
1934 E. CAMELBACK ROAD, SUITE 120-539
PHOENIX AZ 85016


EXPENSE REDUCTION ANALYSTS INC.
P.O. BOX 956251
SAINT LOUIS MO 63195-6251


FAIRFIELD BY MARRIOTT
1000 N. COUNTRY CLUB
FLAGSTAFF AZ 86004


FEDEX
P.O. BOX 7221
PASADENA CA 91109-7321

FESTER & CHAPMAN PLLC
9019 E. BAHIA DRIVE
SUITE 100
SCOTTSDALE AZ 85260


FINN JASPER RANDOLPH
2819 N. ERIN WAY
FLAGSTAFF AZ 86001


FIRST IMPRESSIONS DENTAL LAB
700 N. NEELY ST., #17
GILBERT AZ 85233


FIRST THINGS FIRST
4000 NORTH CENTRAL AVENUE
SUITE 500
PHOENIX AZ 85012


FIX HEALTHCARE TECHNOLOGY LLC
51 W END TRAIL, SUITE 245
MACUNGIE PA 18062-0245


FLAG STAMP & ENGRAVING LLC
2534 E. 7TH AVENUE
FLAGSTAFF AZ 86004-3719


FLAGSTAFF EQUIPMENT
3535 E. INDUSTRIAL DRIVE
FLAGSTAFF AZ 86004


FLAGSTAFF MEDICAL CENTER
1200 N. BEAVER STREET
FLAGSTAFF AZ 86001


FLAGSTAFF PHOTO STUDIO LLC
5725 TYSON TRAIL
FLAGSTAFF AZ 86004

FLAGSTAFF SURGIAL ASSOCIATES-SURGERY
77 W. FOREST AVE., #201
FLAGSTAFF AZ 86001


FLAGSTAFF SURGICAL ASSOCIATES
77 W. FOREST AVE, SUITE 201
FLAGSTAFF AZ 86001


FLAGSTAFF SURGICAL ASSOCIATES-ENT
77 W. FOREST AVE., #201
FLAGSTAFF AZ 86001


FLAGTOWN PRINTS
2532 N. 4TH ST., UNIT 777
FLAGSTAFF AZ 86004


FLEXPRINT/US BANK EQUIPMENT FINANCE
P.O. BOX 745035
LOS ANGELES CA 90074-5035


FMC FINANCIAL OPERATIONS
1200 N. BEAVER ST.
FLAGSTAFF AZ 86001


FOLIAGE UNLIMITED, INC.
P.O. BOX 3687
FLAGSTAFF AZ 86003-3687


FORVIS MAZARS LLP
P.O. BOX 200870
DALLAS TX 75320-0870


FORVIS MAZARS, LLP
9010 E. ST. LOUIS ST
SPRINGFIELD MO 65806

FREED INC.
548 MARKET STREET, PMB 95301
SAN FRANCISCO CA 94104


FRESHWORKS INC.
DEPT. 880636
P.O. BOX 29650
PHOENIX AZ 85038-9650


FRONTIER COMMUNICATIONS
P.O. BOX 740407
CINCINNATI OH 45274-0407


FRONTIER TECHNOLOGY, LLC DBA MICROAGE
15210 S. 50TH STREET, SUITE 180
PHOENIX AZ 85044


GAYLE PARRISH-WALKER
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


GE HEALTHCARE FINANCIAL SERVICES, LLC
500 W. MONROE ST., 22ND FLOOR
CHICAGO IL 60661


GE MEDICAL SYSTEMS
ULTRASOUND & PRIMARY CARE DIA
P.O. BOX 74008831
CHICAGO IL 60674-8831


GE PRECISION HEALTHCARE, LLC
P.O. BOX 96483
CHICAGO IL 60693


GIRLS ON THE RUN INTERNATIONAL
5540 CENTERVIEW DR., SUITE 204
PMB 654593
RALEIGH NC 27606-8012

North Country HealthCare, Inc. -

GIRLS ON THE RUN NORTHWEST ILLINOIS
111 ERICK ST., SUITE 115
CRYSTAL LAKE IL 60014


GLIDEWELL LABS
4141 MACARTHUR BLVD.
NEWPORT BEACH CA 92660


GOVERNOR'S OFC OF YOUTH FAITH & FAMILY
1700 W WASHINGTON ST #230
PHOENIX AZ 85007


GRAINGER
DEPT. 882753700
P.O. BOX 419267
KANSAS CITY MO 64141-6267


GREAT CIRCLE MEDIA
1117 W. ROUTE 66
FLAGSTAFF AZ 86001


GUST ROSENFELD PLC
ONE E. WASHINGTON ST., SUITE 1600
PHOENIX AZ 85004


HAMPTON INN & SUITES
990 N. COUNTRY CLUB
FLAGSTAFF AZ 86004


HAMPTON INN & SUITES
245 LONDON BRIDGE ROAD
LAKE HAVASU CITY AZ 86403


HAMPTON INN & SUITES
1791 SYCAMORE AVE
KINGMAN AZ 86409

HAMPTON INN SHOWLOW
1501 E. WOOFORD RAD
SHOW LOW AZ 85901


HAMPTON SHOW LOW
1501 E. WOOLFORD RD
SHOW LOW AZ 85901


HAVASU REGIONAL MEDICAL CENTER
101 CIVIC CENTER LANE
LAKE HAVASU CITY AZ 86403


HEALTH CHOICE ARIZONA, INC.
8220 N. 23RD AVENUE
PHOENIX AZ 85021


HEALTH EQUITY WAGE WORKS
15 W. SCENIC POINT DRIVE
DRAPER UT 84020


HEALTH INFORMATION NETWORK OF ARIZONA
3877 N. 7TH ST., SUITE 130
PHOENIX AZ 85022


HEALTH RESOURCES AND SERVICES ADMIN
ATTN: FEDERAL ASSISTANCE MANAGEMENT
5600 FISHERS LANE
ROCKVILLE MD 20857


HEALTHSTREAM
P.O. BOX 102817
ATLANTA GA 30368-2817


HEIDI BIRD
790 W. ON THE GREENS BLVD.
COTTONWOOD AZ 86326

North Country HealthCare, Inc. -

HEMATOLOGY ONCOLOGY ASSOC. OF NJ LLC
1225 HANCOCK ROAD, SUITES 204 & 205
BULLHEAD CITY AZ 86442-5962

HENRY SCHEIN INC.
135 DURYEA RD
MELVILLE NY 11747

HOLIDAY INN EXPRESS
151 W. DEUCE OF CLUBS
SHOW LOW AZ 85901

HOLIDAY INN EXPRESS
226 AZ64
GRAND CANYON AZ 86023

HOLIDAY INN EXPRESS & SUITES
40 LONDON BRIDGE ROAD
LAKE HAVASU CITY AZ 86403

HOPI TRIBE ECONOMIC DEVELOPMENT CORP.
5200 E. CORTLAND BLVD., SUITES E200-7
FLAGSTAFF AZ 86004

HOPI TRIBE ECONOMIC DEVELOPMENT CORP.
C/O STERLING REAL ESTATE MANAGEMENT
323 W. RIVER RUN RD., SUITE 1
FLAGSTAFF AZ 86001

HURST FIRESTONE & AUTO CARE
2740 E. ROUTE 66
FLAGSTAFF AZ 86004

IMPRIVATA
20 CITYPOINT
480 TOTTEN POND RD., 6TH FL
WALTHAM MA 02451

INDEED INC.
MAIL CODE 5160
P.O. BOX 660367
DALLAS TX 75266-0367


INDXLOGIC, INC.
P.O. BOX 71
VISALIA CA 93279-0071


INFO-TECH RESEARCH GROUP
3960 HOWARD HUGHES PARKWAY, #500
LAS VEGAS NV 89169


INOVALON PROVIDER INC.
P.O. BOX 856015
MINNEAPOLIS MN 55485-6015


INTELAS HEALTH INC.
1550 LIBERTY RIDGE DRIVE
SUITE 110
WAYNE PA 19087


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


IRON MOUNTAIN RECORD
P.O. BOX 601002
PASADENA CA 91189-1002


JDXPERT
801 CORPORATE CENTER DRIVE
SUITE 130
RALEIGH NC 27607


JHTG INC DBA ORKIN PEST CONTROL
8230 E. PECOS DRIVE
PRESCOTT VALLEY AZ 86314

JOBTARGET LLC
P.O. BOX 411602
BOSTON MA 02241


JPMORGAN CHASE BANK
P.O. BOX 33035
LOUISVILLE KY 40232-9891


JPMORGAN CHASE BANK
P.O. BOX 650632
DALLAS TX 75265-0632


JPMORGAN CHASE BANK NA
P.O. BOX 15918
MAIL SUITE DE11-1404
WILMINGTON DE 19850


KARRINGTON REMIRO
P.O. BOX 1112
PINON AZ 86510


KEEPING IT KLEEN
715 W. MAIN ST., SUITE C
KINGMAN AZ 86401


KHALED TARAZI
BUCHALTER, P.C.
15279 N. SCOTTSDALE ROAD, #400
SCOTTSDALE AZ 85254


KILLUM PEST CONTROL
P.O. BOX 223
CONCHO AZ 85924


KINGMAN REGIONAL MEDICAL CENTER GME-8060
SHERI GLASS: GRADUATE MEDICAL EDUCATION
3801 SANTA ROSA ROAD
KINGMAN AZ 86401

North Country HealthCare, Inc. -

KINGMAN REGIONAL MEDICAL CTR FOUNDATION
3269 STOCKTON HILL ROAD
KINGMAN AZ 86409


KRMC PHYSICIAN SERVICES
3801 SANTA ROSA DR., #400
KINGMAN AZ 86401


KYLI SELLS
997 E. PINE KNOLL DR., APT. #826
FLAGSTAFF AZ 86001


LABCORP
P.O. BOX 12140
BURLINGTON NC 27216


LABOR SYSTEMS TEMPORARY SERVICES
P.O. BOX 31001-3160
PASADENA CA 91110-3160


LABORATORY CORP OF AMERICA HOLDINGS
P.O. BOX 2240
BURLINGTON NC 27216-2240


LAKE HAVASU AREA CHAMBER OF COMMERCE
314 LONDON BRIDGE ROAD
LAKE HAVASU CITY AZ 86403


LAKE HAVASU CITY
P.O. BOX 5131
BOONE IA 50950-0131


LANCASTER LEADERSHIP/CONSULTING
3220 W. DANNIELLE DR
FLAGSTAFF AZ 86001

LAW OFFICES OF BRELJE AND ASSOC. PC
3080 N. LITCHFIELD ROAD
GOODYEAR AZ 85395


LHVC, LLC
ATTN: FADI ATASSI, MD
2730 VIA PALMA
LAKE HAVASU CITY AZ 86406


LIBERTY SOFTWARE
P.O. BOX 1105
GRAPEVINE TX 76099


LIFE INSURANCE COMPANY OF NORTH AMERICA
P.O. BOX 782447
PHILADELPHIA PA 19178-2447


LILY HOWARD
2925 HARRISON DRIVE
CHINO VALLEY AZ 86323


LINDE GAS & EQUIPMENT, INC.
DEPT. 0812
P.O. BOX 120812
DALLAS TX 75312-0812


LITTLE COLORADO MEDICAL CENTER
1501 N. WILLIAMS AVENUE
WINSLOW AZ 86047


LOCAL FIRST ARIZONA FOUNDATION
407 E. ROOSEVELT STREET
PHOENIX AZ 85004


LOVITT & TOUCHE MARSH & MCLENNAN AGENCY
P.O. BOX 741259
LOS ANGELES CA 90074-1259

MARLIN LEASING CORPORATION/PEAC SOL
P.O. BOX 13604
PHILADELPHIA PA 19101-3604


MARSH & MCLENNAN AGENCY LLC
8605 E. RAINTREE DR., #200
SCOTTSDALE AZ 85260


MCKESSON CORPORATION
ONE POST STREET, 32ND FLOOR
SAN FRANCISCO CA 94104


MCKESSON MEDICAL-SURGICAL INC.
P.O. BOX 51020
LOS ANGELES CA 90051-5320


MCKESSON PHARMACEUTICAL SUPPLIES
P.O. BOX 848442
DALLAS TX 75284-8442


MESA LABORATORIES
12100 W 6TH AVENUE
DENVER CO 80228


MESSAGES AND MORE, LLC
P.O. BOX 22087
FLAGSTAFF AZ 86002-2087


MICKS TREE SERVICE LLC
2345 E. HEMBERG DRIVE
FLAGSTAFF AZ 86004


MICRODENTAL LABORATORIES, INC.
DBA SUNDANCE DENTAL
8010 E. MCDOWELL ROAD, #223
SCOTTSDALE AZ 85257

MICROSOFT CORPORATION
ONE MICROSOFT WAY
REDMOND WA 98052-6399


MICROSOFT CORPORATION
DEPT. 551, VOLUME LICENSING
6880 SIERRA CENTER PARKWAY
RENO NV 89511


MIP FA BY COMMUNITY BRANDS
9620 EXECUTIVE CENTER DRIVE N
#200
SAINT PETERSBURG FL 33702


MIRION TECHNOLOGIES, INC. DOSIMETRY SERV
P.O. BOX 101302
PASADENA CA 91189-0005


MISSION LINEN & UNIFORM SERVICE
ATTN: AR
2450 E. HUNTINGTON DRIVE
FLAGSTAFF AZ 86004


MMI LOGISTICS
1646 W. CLARENDON AVENUE
PHOENIX AZ 85015


MODIO HEALTH INC.
P.O. BOX 735263
DALLAS TX 75373-5263


MOHAVE ELECTRIC COOPERATIVE INC.
PAYMENT PROCESSING CENTER
P.O. BOX 52091
PHOENIX AZ 85072-2091


MOHAVE MENTAL HEALTH
ATTN: DAWN ABBOTT, CEO
3505 WESTERN AVENUE
KINGMAN AZ 86401

MOHAVE MENTAL HEALTH CLINIC, INC.
3707 N. STOCKTON HILL ROAD, SUITE B
KINGMAN AZ 86409


MOHAVE PEST CONTROL LLC
3880 STOCKTON HILL ROAD, #103-431
KINGMAN AZ 86409


MOHAVE SECURITY
2550 N. KIOWA BLVD., #102
LAKE HAVASU CITY AZ 86405


MOHAVE SECURITY LHC
P.O. BOX 2397
LAKE HAVASU CITY AZ 86405


MOOD MEDIA
P.O. BOX 71070
CHARLOTTE NC 28272-1070


MOUNTAIN FRESH CLEANING
3249 W. LOIS LANE
FLAGSTAFF AZ 86001


MOUNTAIN MOJO GROUP LLC
1710 E. ARROWHEAD AVENUE, SUITE 1
FLAGSTAFF AZ 86004


MOUNTAIN STATES EMPLOYERS COUNCIL INC.
P.O. BOX 650823 DEPT. 42301
DALLAS TX 75265-0823


MOUNTAINS WITHOUT WATER, LLC
ATTN: GLEN AUSTIN
2097 W. UNIVERSITY AVENUE
FLAGSTAFF AZ 86001

North Country HealthCare, Inc. -

MUTUAL OF OMAHA BANK
3333 FARNAM STREET
OMAHA NE 68131

NATIONAL ALLIANCE
1628 BROWNING ROAD
COLUMBIA SC 29226

NATIONAL RESIDENT MATCHING PROGRAM
P.O. BOX 411121
BOSTON MA 02241-1121

NAVAJO COUNTY
100 CODE TALKERS DRIVE
HOLBROOK AZ 86025

NAVAJO-HOPI OBSERVER
P.O. BOX 26564
PRESCOTT VALLEY AZ 86312

NAVAPACHE CHEM-DRY
P.O. BOX 1810
SHOW LOW AZ 85902

NAVOPACHE ELECTRIC COOPERATIVE (NEC)
P.O. BOX 70090
PRESCOTT AZ 86304-7090

NCG HOSPITALITY
TRU AND HOME2 SUITES FLAGSTAFF
3451 S> LAKE MARY ROAD
AZ 86005

NEC NETWORKS LLC DBA CAPTURE RX
10100 REUNION PLACE
SUITE 700
SAN ANTONIO TX 78216

North Country HealthCare, Inc. -

NEC NETWORKS, LLC DBA CAPTURERX
14603 HUEBNER ROAD
BLDG 2
SAN ANTONIO TX 78230

NEON ONE, LLC
4545 N. RAVENSWOOD AVENUE
CHICAGO IL 60640

NETWRIX CORPORATION
P.O. BOX 103603
PASADENA CA 91189-3603

NEW INNOVATIONS, INC.
3540 FOREST LAKE DRIVE
UNIONTOWN OH 44685

NEW YORK LIFE GROUP BENEFIT SOLUTIONS

NORTHERN ARIZONA HEALTHCARE CORP.
P.O. BOX 743912
LOS ANGELES CA 90074-3912

NORTHERN ARIZONA HEALTHCARE ORTHO
1200 N. BEAVER ST
FLAGSTAFF AZ 86001

NORTHERN ARIZONA RADIOLOGY
77 W. FOREST AVENUE
FLAGSTAFF AZ 86001

NPS, IMR - ARIZONA MABO
1824 S. THOMPSON ST., #200
FLAGSTAFF AZ 86001-2694

NUTRITION MATTERS INC.
316 NORTH BARSTOW STREET, SUITE I
EAU CLAIRE WI 54703


NUVEM
P.O. BOX 8067
CAROL STREAM IL 60197-8067


NYU LANGONE HOSPITALS
550 FIRST AVENUE
NEW YORK NY 10016


OLD TRAILS INC.
616 AIRPORT ROAD
WILLIAMS AZ 86046


OPEN TEXT, INC.
2440 SAND HILL ROAD, SUITE 302
MENLO PARK CA 94025


OPENTEXT INC.
SUITES 301 & 302
2440 SAND HILL ROAD
MENLO PARK CA 94025


OPTIMUM/SUDDENLINK
P.O. BOX 4019
CAROL STREAM IL 60197-4019


OPTUM UNITED BEHAVIORAL HEALTH
P.O. BOX 885897
LOS ANGELES CA 90088-5897


PAINTED DESERT MEDIA GROUP/THE TRIBUNE
P.O. BOX 278
WINSLOW AZ 86047

PARADIGM ANESTHESIA
14050 N. 83RD AVE, UNIT 290
PEORIA AZ 85381


PARAGARD DIRECT
12601 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0126


PARK PLACE TECHNOLOGIES
NATIONAL CUSTOMER ENGINEERING INC.
1866 FRIENDSHIP DR
EL CAJON CA 92020


PATHOLOGY ASSOCIATES OF NORTHERN ARIZONA
1200 N. BEAVER STREET
FLAGSTAFF AZ 86001


PATTERSON DENTAL SUPPLY, INC.
P.O. BOX 732865
DALLAS TX 75373


PAYSON CHRISTIAN CLINIC
701 S. PONDEROSA, SUITE D
PAYSON AZ 85541-6676


PAYSON GLASER MEDICAL LLC
905 S. LAKE ST., SUITE 203
BURBANK CA 91502


PERSONNEL SAFETY ENTERPRISES
3716 N. EAGLE MOUNTAIN
FLAGSTAFF AZ 86004


PHILADELPHIA INS COMPANY
P.O. BOX 70251
PHILADELPHIA PA 19176-0251

North Country HealthCare, Inc. -

PLAYNETWORK, INC.
P.O. BOX 21550
NEW YORK NY 10087-1550


PRACTICEMATCH
P.O. BOX 783755
PHILADELPHIA PA 19178-3755


PRAESIDIUM
2225 E. RANDOL MILL RD., SUITE 630
ARLINGTON TX 76011


PRECHECK, INC.
P.O. BOX 22658
NEW YORK NY 10087-2658


PRESS GANEY ASSOCIATES INC.
BOX 88335
MILWAUKEE WI 53288-0335


PRIORITY HEALTHCARE DIST
DBA CURASCRIPT SD
P.O. BOX 978510
DALLAS TX 75397-8510


PROPER CONNECTIONS
P.O. BOX 888
PINE PLAINS NY 12567


PROPIO LANGUAGE SERVICES LLC
10801 MASTIN STREET, SUITE 580
OVERLAND PARK KS 66210


PS PRINTING
P.O. BOX 202
FLAGSTAFF AZ 86002

PUEBLO MECHANICAL & CONTROLS, LLC
6771 E. OUTLOOK DRIVE
TUCSON AZ 85756


QGENDA TOPCO, LLC
3280 PEACHTREE RD, NE, STE 1400
ATLANTA GA 30305


QGENDA, LLC
3280 PEACHTREE RD, NE, STE 1400
ATLANTA GA 30305


QUADIENT FINANCE USA, INC.
P.O. BOX 6813
CAROL STREAM IL 60197-6813


RADIOLOGIC ASSOCIATES OF NORTHWEST AZ
5330 S. HIGHWAY 95
FORT MOHAVE AZ 86426-9225


RAR VENTURE NO 1 LLC DBA CLEAN SWEEP
5455 LINDSEY ROAD
FLAGSTAFF AZ 86004


REBECCA KIENER PALM
807 N. PINE CLIFF DRIVE
FLAGSTAFF AZ 86001


RED FEATHER LODGE
P.O. BOX 1460
GRAND CANYON AZ 86023


REHABILITATION HOSPITAL OF NORTHERN AZ
1851 N. GEMINI ROAD
FLAGSTAFF AZ 86001

RELIAS LLC
P.O. BOX 74008620
CHICAGO IL 60674

REMEDY DIRECT PRIMARY CARE
1600 W. UNIVERSITY AVE, #112
FLAGSTAFF AZ 86001

REPUBLIC SERVICES
2011 COLLEGE DRIVE
LAKE HAVASU CITY AZ 86403

RIM COUNTRY MECHANICAL, INC.
261 N. 8TH ST
SHOW LOW AZ 85901

ROSE WALL COUNSELING & CONSULTING LLC
711 N. BEAVER ST.
FLAGSTAFF AZ 86001

SAFEWAY, INC.
5918 STONERIDGE MALL ROAD
PLEASANTON CA 94588

SALARYCOM LLC
P.O. BOX 844048
BOSTON MA 02284-4048

SALARYCOM, LLC
610 LINCOLN ST.
NORTH BUILDING, #200
WALTHAM MA 02451

SAM COPPERSMITH (WILLIAMS HOSPITAL DIST)
COPPERSMITH BROCKELMAN PLC
2800 N. CENTRAL AVE., #1900
PHOENIX AZ 85004

North Country HealthCare, Inc. -

SAMANTHA WITHERS
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


SANOFI PASTEUR, INC.
12458 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693


SAVAGE WELLNESS LLC
P.O. BOX 3234
LAKE HAVASU CITY AZ 86405


SAVANNA SPRY
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


SCHENDEL PEST SERVICES
P.O. BOX 735145
DALLAS TX 75373-5145


SCRIPT PRO USA INC.
P.O. BOX 411097
KANSAS CITY MO 64141-1097


SELECTIVE INSURANCE COMPANY OF AMERICA
40 WANTAGE AVENYE
BRANCHVILLE NJ 07890-1000


SENTRY FIRE AND WELDING SUPPLY
5577 BEAR RUN ROAD
LAKESIDE AZ 85929


SHARPS COMPLIANCE INC.
P.O. BOX 679502
DALLAS TX 75267-9502

SHAUNDINA LITSON
P.O. BOX A662
TSAILE AZ 86556


SIERRA PROPANE
3290 W. SNOWFLAKE BLVD. AZ-277
SNOWFLAKE AZ 85937


SIGIS-SPECIAL INTEREST GROUP
IIAS STANDARDS
111 DEERWOOD ROAD, SUITE 200
SAN RAMON CA 94583


SMART SOLUTIONS, INC.
200 RIVER PLACE, #230
MADISON WI 53716


SMART SOLUTIONS, INC.
774 E. 3300 S, SUITE 200
SALT LAKE CITY UT 84106


SMARTDEPLOY LLC
2200 S. MAIN STREET, SUITE 200
SALT LAKE CITY UT 84115-2656


SMARTSHEET, INC.
DEPT. 3421
P.O. BOX 123421
DALLAS TX 75312-3421


SMI IMAGING, LLC
P.O. BOX 53582
PHOENIX AZ 85072-3582


SMILEMAKERS
P.O. BOX 2543
SPARTANBURG SC 29304

North Country HealthCare, Inc. -

SONORA QUEST LABORATORIES, LLC
424 S. 56TH STREET, SUITE 100
PHOENIX AZ 85034

SOUTHWEST ALARM SERVICE, INC.
P.O. BOX 3582
KINGMAN AZ 86402

SOUTHWEST PROTECTIVE SERVICES
2710 N. STEVES BLVD., SUITE B
FLAGSTAFF AZ 86004

SPACE MOUNTAINERS LABORATORIES
9129 LURLINE AVENUE
CHATSWORTH CA 91311

SPARKLETTS
P.O. BOX 660579
DALLAS TX 75266-0579

SPRINGERVILLE EAGAR CHAMBER OF COMMERCE
P.O. BOX 3160
SPRINGERVILLE AZ 85938-0031

STAPLES BUSINESS ADVANTAGE
P.O. BOX 660409
DALLAS TX 75266-0409

STAPLES PROMOTIONAL PRODUCTS
BIN 150003
P.O. BOX 88003
MILWAUKEE WI 53288-8003

STEPHANIE CRICKON-STALNAKER
P.O. BOX 1836
GRAND CANYON AZ 86023

STEPHANIE FISHER
2044 LUCILLE AVE
KINGMAN AZ 86401


SUMMIT HEALTHCARE REGIONAL MEDICAL CTR
2200 E. SHOW LOW LAKE ROAD
SHOW LOW AZ 85901


SURVEY MONKEY INC.
910 PARK PLACE, SUITE 300
SAN MATEO CA 94403


SYZANNE BARROW
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


TABLE TOP TELEPHONE CO., INC.
P.O. BOX 820
AJO AZ 85321-0820


TATUM CARLSON
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


TERILYN BRASHER
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


THE DENTURE WORKS LLC
161 SOUTH 11TH ST.
SHOW LOW AZ 85901


THE GUIDANCE CENTER
2187 N. VICKEY STREET
FLAGSTAFF AZ 86004

THE KROGER CO.
1014 VINE STREET
CINCINNATI OH 45202


THE MEDICAL PROTECTIVE COMPANY
5814 REED ROAD
FORT WAYNE IN 46835-3568


THE PEAKS
3150 N. WINDING BROOK ROAD
FLAGSTAFF AZ 86001


THE VITALITY GROUP LLC
062278 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0622


THE VITALITY GROUP LLC
200 W. MONROE ST., SUITE 1900
CHICAGO IL 60606


THE WRIGHT CENTER FOR GRADUATE
MEDICAL EDUCATION
501 S. WASHINGTON AVENUE
SCRANTON PA 18505


TIFFANY HULL
C/O AARON THOMAS MARTIN
11811 N. TATUM BLVD., #3031
PHOENIX AZ 85028


TOWN OF PAYSON
400 W. MAIN ST
PAYSON AZ 85541


TOWN OF SPRINGERVILLE WATER DEPT.
418 E. MAIN ST
SPRINGERVILLE AZ 85938

TRILOGY MEDWASTE PHOENIX
3152 N. 34TH DRIVE
PHOENIX AZ 85017

TRILOGY MEDWASTE WEST REGION
P.O. BOX 670567
DALLAS TX 75267

TRUE NORTH ITG, INC.
16504 9TH AVENUE SE, SUITE 203
BOTHELL WA 98012

TUBA CITY REGIONAL HEALTH CARE CORP.
167 MAIN ST
TUBA CITY AZ 86045

TUBA CITY REGIONAL HEALTH CARE CORP.
167 MAIN ST
P.O. BOX 600
TUBA CITY AZ 86045

U-HAUL
2626 E. INDIAN SCHOOL ROAD
PHOENIX AZ 85016

U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL MN 56258

U.S. BANK EQUIPMENT FINANCE
P.O. BOX 790448
SAINT LOUIS MO 63179

UL VERIFICATION SERVICES INC.
62045 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0620

UL VERIFICATION SERVICES INC.
333 PFINGSTEN ROAD
NORTHBROOK IL 60062


UNITED OF OMAHA LIFE INSURANCE COMPANY
PAYMENT PROCESSING CENTER
P.O. BOX 2147
OMAHA NE 68103-2147


UNIVERSITY OF ARIZONA
 AREA HEALTH EDUCATION CENTERS
TUCSON AZ 85721


UNIVERSITY OF ARIZONA
AREA HEALTH EDUCATION CENTERS
TUCSON AZ 85721


UNIVERSITY OF ARIZONA
BANNER UNIVERSITY MEDICINE NORTH
3838 N. CAMPBELL AVE., BLDG 2
TUCSON AZ 85719


UNIVERSITY OF AZ COLLEGE OF MEDICINE PHX
475 N. 5TH STREET
ATTN: FINANCE
PHOENIX AZ 85004


UPTODATE INC.
230 THIRD AVENUE
WALTHAM MA 02451


US BANK EQUIPMENT FINANCE
1310 MADRID ST, SUITE 101
MARSHALL MN 56258


US DEPARTMENT OF AGRICULTURE
FARM SERVICE AGENCY-MARSHALL COUNTY OFC
P.O. BOX 420
BRITTON SD 57430-0420

North Country HealthCare, Inc. -

US POSTMASTER
2400 N. POSTAL BLVD.
FLAGSTAFF AZ 86004-9998

VALLEY TECHNOLOGY SOLUTIONS, LLC
2929 N. POWER ROAD, SUITE 101
MESA AZ 85215

VIGILANT GLOBAL HEADQUARTERS
7570 BALES STREET, SUITE 250
WEST CHESTER OH 45069

VISION SERVICE PLAN
FILE #73280
P.O. BOX 60000
SAN FRANCISCO CA 94160-3280

VISUALIZATIONS INC.
7440 MINTWOOD LANE
SPRING TX 77379-1100

VVC HOLDING LLC
P.O. BOX 840952
DALLAS TX 75284-0952

VVC HOLDING LLC/VIRENCE HEALTH
PO BOX 840952
DALLAS TX 75284-0952

WALGREENS CO.
ATTN: 340B LEGAL
104 WILMOT ROAD, MS-1446
DEERFIELD IL 60015

WALKER SERVICE ELECTRIC INC.
2540 WIKIEUP AVE
KINGMAN AZ 86401

WALMART/MEMBER PHARMACY
702 SW 8TH STREET
BENTONVILLE AR 72716-0860


WASTE MANAGEMENT
1001 FANNIN STREET
HOUSTON TX 77002


WENDY L. GUFFEY
P.O. BOX 1008
PINEDALE AZ 85934-1008


WESTERN ALARM SERVICES INC.
2029 W. ACOMA BLVD., SUITE E
LAKE HAVASU CITY AZ 86403


WESTERN ARIZONA REGIONAL MEDICAL CENTER
2735 SILVER CREEK ROAD
BULLHEAD CITY AZ 86442


WESTERN TECHNOLOGIES, INC.
2400 E. HUNTINGTON DR.
FLAGSTAFF AZ 86004


WESTERN UNITED DRUG & GENERAL STORE
106 E. MAIN STREET
SPRINGERVILLE AZ 85938


WHITE MOUNTAIN PUBLISHING CO.
P.O. BOX 1570
SHOW LOW AZ 85902


WHITE MOUNTAIN RADIOLOGY
P.O. BOX 591
COLUMBUS GA 31902

North Country HealthCare, Inc. -

WILDFIRE
340 E. PALM LANE, SUITE 315
PHOENIX AZ 85004

WILLIAM E. SHAVER TRUST OF 2000
27841 SAN CANYON ROAD
CANYON COUNTRY CA 91387

WILLIAMS HOSPITAL DISTRICT
ATTN: BOARD OF DIRECTORS
300 S. 6TH ST
WILLIAMS AZ 86046

WINSLOW INDIAN HEALTH CARE CENTER INC.
500 N. INDIANA AVENUE
WINSLOW AZ 86047

WIPFLI LLP
P.O. BOX 3160
MILWAUKEE WI 53201-3160

WOLTERS KLUWER
230 THIRD AVENUE
WALTHAM MA 02451

XEROX CORPORATION
P.O. BOX 7405
PASADENA CA 91109-7405

YOKO CONSULTING LLC
8300 GREENSBORO DR., SUITE 700
MC LEAN VA 22102

ZOOM VIDEO COMMUNICATIONS INC.
P.O. BOX 888843
LOS ANGELES CA 90088-8843

# United States Bankruptcy Court
## District of Arizona

In re  **North Country HealthCare, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **North Country HealthCare, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2025**

Date

**/s/ Philip J. Giles**

**Philip J. Giles 30340**

Signature of Attorney or Litigant

Counsel for **North Country HealthCare, Inc.**

**Allen, Jones & Giles, PLC**
**1850 N. Central Avenue, Suite 1025**
**Phoenix, AZ 85004**
**602-256-6000 Fax:602-252-4712**
**pgiles@bkfirmaz.com**