Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
Ryan M. Deutsch, State Bar #38776
**ALLEN, JONES & GILES, PLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@bkfirmaz.com
dnelson@bkfirmaz.com
rdeutsch@bkfirmaz.com

Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH COUNTRY HEALTHCARE, INC., | Case No. 3:25-bk-12293-DPC |
| Debtor. | **MOTION TO APPROVE SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**<br><br>Property: Personal property necessary to continue Debtor's operations and provision of medical services |

North Country HealthCare, Inc. ("Debtor"), by and through undersigned counsel, hereby request the Court enter an order allowing the sale, free and clear of any liens, claims, encumbrances, or interests, of that certain personal property ("Subject Property") identified on **Exhibit A** hereto in accordance with that certain *Letter of Intent*, as amended pursuant to that certain *Letter of Intent Amendment* (collectively, the "LOI") with El Rio Health ("Buyer"), a copy of which is attached hereto as **Exhibit B**. The LOI is subject to an asset purchase agreement ("APA") which, once fully negotiated, will be filed as a supplement to this Motion.

The Debtor is a federally tax exempt non-profit, federally qualified community health center (FQHC) headquartered in Flagstaff, Arizona. Likewise, the Buyer is a tax

exempt non-profit FQHC headquartered in Tucson, Arizona. The Debtor filed for bankruptcy protection for several reasons and is no longer able to continue its operations in its current form. To preserve the Debtor's operations and provision of medical services in rural areas of northern Arizona, Buyer seeks to acquire only the assets necessary to carry on offering the Debtor's services in the Debtor's clinical locations. The proposed sale is in the Debtor's best interest and offers a much-needed mechanism to enable the Buyer to continue offering medical services to the Debtor's patients while the Debtor focuses on maximizing value of its remaining assets to pay creditors. The following Memorandum of Points and Authorities and the *Declaration of Anne Newland* filed concurrently herewith ("Newland Declaration") support this Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. JURISDICTION

1. On December 19, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor continues to operate its business and manage and preserve its property as debtor and debtor-in-possession pursuant to Code §§ 1107(a) and 1108.[1]

3. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

4. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

5. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The relief requested in this Motion is sought pursuant to Code §§ 105, 363(b), 363(f) and 363(m), Rule 6004, and LBR 6004-1.

---

[1] Unless indicated otherwise, (*i*) statutory citations refer to the U.S. Bankruptcy Code ("Code"), 11 U.S.C. §§ 101-1532; (*ii*) rule citations shall refer to the Federal Rules of Bankruptcy Procedure ("Rule"), 1001-9037, and (*iii*) local rule citations shall refer to the Local Rules for the U.S. Bankruptcy Court for the District of Arizona ("LBR").

4926-7560-8958, v. 4

## B.    RELEVANT FACTUAL BACKGROUND[2]

7.    The Debtor is an FQHC with clinics in 10 communities throughout northern Arizona. The Debtor's mission is to provide quality and affordable healthcare to those in the medically underserved rural communities of northern Arizona. The Debtor offers a variety of medical services including family medicine, pediatrics, obstetrics and gynecology, dental care, behavioral health services, telemedicine, health screenings and more.

8.    The Buyer is also a nonprofit with a similar mission to the Debtor's. While Debtor serves northern Arizona, the Buyer serves the Tucson metro area.

9.    In the last two years, the Debtor has suffered significant financial distress. The Debtor's prior CFO submitted erred Medicare Cost Reports that not only caused the Debtor to overestimate revenues and underestimate expenses but also resulted in a $1.2MM liability owed to Medicare. From there, a snowball effect ensued where the Debtor was unable to remain current with its short-term liabilities and it began exhausting its line of credit with JPMorgan Chase Bank, N.A. ("Chase") and took out a bridge loan with Avatar Arizona Med Portfolio, LLC ("Avatar").

10.    To course-correct the organization, NCHC applied and was approved for a $22MM bond. Debtor intended to use the bond funds to pay off the line of credit with Chase and Avatar. However, the investors behind the $22MM bond became concerned with Debtor's fiscal year 2025 loss and changes in Medicaid reimbursements and rescinded the bond. With revenues and incoming cash eclipsed by operational expenses, the Debtor could not continue operating in its current form and the changes necessary to reduce expenses are so drastic that the Debtor is at risk of losing territory, grants, and the community's trust and commitment.

---

[2] Debtors incorporate herein by reference the factual background provided Newland Declaration filed concurrently herewith.

4926-7560-8958, v. 4

11.     Recognizing the risk to its mission to serve those in need, a mission shared by the Buyer and fellow community partners, the Debtor and Buyer, along with The NARBHA Institute and Northern Arizona Healthcare worked collaboratively to develop a path for the Buyer to acquire certain assets necessary to take over the Debtor's operations at its clinics except for the Bullhead City location while leaving behind significant assets for the Debtor to liquidate and pay its creditors.

12.     The result of these efforts is the proposed sale outlined more fully herein and in the LOI.

**C.     SUMMARY OF THE PROPOSED SALE**

13.     The terms of the proposed sale are fully described and set out in the LOI and incorporated herein by this reference.  See Exhibit B.  **Interested parties are encouraged to review the LOI in its entirety, as well as the APA once filed.  In the case of any discrepancy between the LOI, APA, and this Motion, the terms set forth in the APA shall control.**

14.     Pursuant to the LOI, the Buyer will purchase the Subject Property for a price of $250,000.

15.     As outlined in the LOI, the Buyer, after further diligence, will determine which leases and executory contracts it intends to assume, and will work with Debtor to facilitate the assumption process.

16.     The Subject Property, among other property, secures the following debts:[3]

        a.     JPMorgan Chase Bank, N.A., with an estimated claim amount of approximately $4,000,000;

        b.     Avatar Arizona Med Portfolio, LLC, with an estimated aim amount of $7,000,000; and

---

[3] Nothing herein shall be construed as a finding, concession, or determination as to the validity, extent, or priority of the identified liens.

4926-7560-8958, v. 4

1        c.    Cardinal Health 110 LLC, with an estimated aim amount of

2              $400,000.

3        17.    While the amount of secured debt exceeds the sale price, the value of the

4   Subject Property is estimated to be worth $250,000 in liquidation. *See* Exhibit A.  This

5   valuation was obtained by the Buyer's financial advisor, MCA Financial, and the Debtor

6   does not dispute this valuation.

7        18.    The Buyer, a fellow FQHC, will make use of this property to continue

8   providing healthcare services, while the secured creditors would likely liquidate the

9   Subject Property for less than the purchase consideration.

10       19.    The Buyer's offer is the highest and best, in part because the Buyer intends

11  to honor and continue with Debtor's mission in providing medical services to rural and

12  medically underserved areas in northern Arizona.  Unfortunately, there is little to no

13  market for the sale of a nonprofit or the Subject Property.  Other nonprofits the Debtor

14  consulted with directly or indirectly are not in expansion mode or a position to acquire

15  Debtor, giving them little reason to purchase or competitively bid for these assets.

16  Moreover, as government subsidies continue to change in the current political climate,

17  and because any qualified buyer looking to carry on Debtor's operations would have to

18  be HRSA qualified, the pool of potential buyers is empty if not dry. Moreover, there can

19  be geographical restrictions for HRSA qualified FQHCs, further limiting the ability of

20  other FQHCs to be qualified for this transaction. Accordingly, the sale outlined in the

21  APA ensures medical services will continue to be provided though under the control of

22  Buyer, and many significant assets will remain with the Debtor for it to monetize and

23  pay creditors.

24       20.    Pursuant to Code § 363(f), the Subject Property is to be sold to the Buyer

25  free and clear of all claims, liens, adverse interests, and encumbrances, which shall

26

4926-7560-8958, v. 4

automatically attach to the proceeds of the sale in the same effect and priority as they have to the Subject Property.

21.     The Debtor intends to proceed with this sale as a private sale.  The Debtor is not accepting alternative offers on the Subject Property, nor is the Debtor requesting an auction process.

22.     However, in the event the Court orders an auction process, the Buyer shall serve as the stalking horse bidder on the terms outlined in the LOI and all bidding procedures shall be subject to the Buyer's approval.  Additionally, the Buyer will seek approval of a break-up fee in the amount of 3% of the prevailing purchase price and expense reimbursement capped at $120,000.  *See* Exhibit B.  The break-up fee is a material inducement for, and a condition of, the Buyer's offering under the LOI and entry into an APA.

23.     The Buyer has no connection or relation to the Debtor and the Debtor believes the Buyer is a good faith purchaser.

24.     To reduce ongoing expenses for maintaining the Subject Property, the Debtor requests that the fourteen (14) day stay set forth in Rule 6004(h) be waived so the sale of the Subject Property may close at the earliest possible date.

25.     Except as otherwise explicitly agreed in the LOI or APA, the sale of the Subject Property shall be "as is" condition.  The Debtor makes no warranties, implied or expressed, regarding the Subject Property except those explicitly stated in the LOI or APA.

26.     As of this Motion, no party has sought stay relief over the Subject Property.

## D.     LEGAL ANALYSIS

Pursuant to Code § 363(b)(1), a trustee or debtor-in-possession is authorized, after notice and a hearing, to use, sell, or lease property of the estate outside the ordinary

4926-7560-8958, v. 4

course of business.  The decision to sell assets outside the ordinary course is accorded deference by a bankruptcy court where it is supported by reasonable business judgment, and an articulated business justification for the transaction.  *In re Lahijani*, 325 B.R. 282, 289 (B.A.P. 9th Cir. 2005); *In re Chateaugay Corp.*, 973 F.2d 141, 143 (2d Cir. 1992).  A showing of a sound business purpose need not be unduly exhaustive but, rather, a trustee (or debtor-in-possession) is "simply required to justify the proposed disposition with sound business reasons."  *In re Baldwin United Co.*, 43 B.R. 888, 906 (Bankr. S.D. Ohio 1984).

The Debtor has determined that the sale of the Subject Property pursuant to the terms set forth in the LOI is in the Debtor's best interest and in the best interest of the Debtor's estate and community.  The Debtor cannot continue operating in its current form and proceeding with this sale enables the Buyer, a fellow FQHC, to continue the mission in providing medical services to those in medically underserved areas in northern Arizona. If Debtor did not proceed with this sale and was forced to shut down, the Debtor's patients and community would be without these medically necessary services, and hundreds of employees will lose employment. Accordingly, proceeding with this sale preserves the continuation of medical services which is of the most importance to Debtor and Buyer. Proceeding with this sale also provides a home for Debtor's retained employees, as they will be transitioned to the Buyer's employee pool subject to each such employee passing background checks and other requirements for employment by Buyer. Finally, and most important for the estate's creditors, the sale is structured in a way that leaves significant assets behind for the Debtor to monetize and pay creditors. Specifically, among other assets, the Debtor will retain all accounts receivable which it intends to collect to pay creditor claims, as well as the Debtor-owned real property, which the Debtor intends to monetize for the benefit of the estate. Depending on collections and sale prices, the Debtor could provide a substantial return

4926-7560-8958, v. 4

to its creditors.

Pursuant to Code § 363(f), the Debtor requests that the Subject Property sale be free and clear of all claims, liens, adverse interests, and encumbrances, with such claims, liens, and encumbrances attaching to the proceeds of the sale in the same effect and priority as they have to the Subject Property. Finally, the Debtors request that the Buyer be deemed a good faith purchaser and afforded the protections under Code § 363(m).

**WHEREFORE**, the Debtors respectfully request that this Court enter an order: (i) approving the sale of the Subject Property to the Buyer free and clear of liens, claims, and encumbrances, pursuant to the terms set forth in the APA and as set forth herein; (ii) waiving the stay under Rules 6004(h) and 6006(d); (iii) determining that Buyer is entitled to the protections under Code § 363(m) as a good faith purchaser; and (iv) authorizing the Debtor to execute any documents necessary to facilitate selling the Subject Property to the Buyer; and (v) authorizing the Debtor to disburse the sale proceeds to the Secured Creditors upon determination of their respective priority, validity, and extent of their secured liens. A proposed form of order shall be submitted ahead of any hearing on this Motion.

DATED: December 19, 2025

**ALLEN, JONES & GILES, PLC**

*/s/ PJG, #30340*
Philip J. Giles
David B. Nelson
Ryan M. Deutsch
1850 N. Central Ave., Suite 1025
Phoenix, AZ 85004
*Attorneys for Debtor*

**E-FILED** on December 19, 2025, with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

*/s/ Gail Ivey*

4926-7560-8958, v. 4

# Exhibit A

| Equipment Age - Useful Life Plug | More than Half Remaining Useful Life | Less than Half Remaining Useful Life | Less than 10 Years Over Useful Life | More than 10 Years Over Useful Life |
|---|---|---|---|---|
| Percent / Years | 50% | 0 | -10 | |
| Purchase Price | 30% | 5% | 0% | |

| Sys No | Status | Description | Acquisition Date | Est Life (Years) | Age (Years) | Remaining Useful Life (Years) | Remaining Useful Life % | NCHC Acquisition Value | NCHC Accum Depreciation | Net Book Value | Assumed Purchase Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | Active | Dental Operatories | 05/24/2007 | 5 | 18 | -13 | -260% | $ 257,050 | $ 257,050 | $ - | $ - |
| 722 | Active | SDFI Digital Camera System (Telemed) | 06/22/2016 | 5 | 9 | -4 | -80% | $ 125,250 | $ 125,250 | $ - | $ - |
| 98 | Active | Dental equip | 07/15/2003 | 5 | 22 | -17 | -340% | $ 123,703 | $ 123,703 | $ - | $ - |
| NA | Active | 2019 Freightliner MMU van | 07/21/2020 | 5 | 5 | 0 | 0% | $ 110,637 | $ 110,637 | $ - | $ 40,000 |
| 779 | Active | 2018 Freightliner MMU van | 09/21/2018 | 5 | 7 | -2 | -40% | $ 104,477 | $ 104,477 | $ - | $ 40,000 |
| 774 | Active | VE6 Ultrasound | 06/30/2018 | 7 | 7 | 0 | 0% | $ 123,743 | $ 123,743 | $ - | $ 3,949 |
| 691 | Active | Dexis X-Ray system | 10/28/2014 | 8 | 11 | -3 | -38% | $ 68,055 | $ 68,055 | $ - | $ - |
| 901 | Active | 341 Pro 12 O'Clock Duo Intrm + Kit PCB Assy Chair | 07/01/2024 | 7 | 1 | 6 | 86% | $ 60,248 | $ 11,476 | $ 48,772 | $ 18,074 |
| 845 | Active | SL Dental X-Ray | 08/31/2021 | 7 | 4 | 3 | 43% | $ 42,440 | $ 25,262 | $ 17,178 | $ 2,122 |
| 846 | Active | SL Dental Sterilization/Lab | 08/31/2021 | 10 | 4 | 6 | 60% | $ 38,295 | $ 15,956 | $ 22,339 | $ 11,488 |
| 847 | Active | SL Dental Operatory 3 | 08/31/2021 | 15 | 4 | 11 | 73% | $ 35,267 | $ 9,796 | $ 25,471 | $ 10,580 |
| 753 | Active | 4 exam tbls, autoclave, Defib, 5 Diag sys, 2 monitors, etc | 11/20/2015 | 10 | 10 | 0 | 0% | $ 34,689 | $ 34,400 | $ 289 | $ 1,734 |
| 658 | Active | PSS medical equipment | 02/05/2014 | 15 | 11 | 4 | 27% | $ 31,258 | $ 24,485 | $ 6,773 | $ - |
| 753 | Active | Spot Vision Screeners | 08/31/2017 | 7 | 8 | -1 | -14% | $ 29,980 | $ 29,980 | $ - | $ - |
| 838 | Active | Portable Dental Equipment | 12/31/2021 | 7 | 3 | 4 | 57% | $ 29,668 | $ 16,247 | $ 13,421 | $ 8,900 |
| 188 | Active | Equipment - Rnd Valley | 07/15/2003 | 5 | 22 | -17 | -340% | $ 29,149 | $ 29,149 | $ - | $ - |
| 726 | Active | Dexis HSD sensors | 12/30/2016 | 7 | 8 | -1 | -14% | $ 27,085 | $ 27,085 | $ - | $ - |
| 842 | Active | SL Dental Operatory 1 | 08/31/2021 | 15 | 4 | 11 | 73% | $ 26,623 | $ 7,395 | $ 19,228 | $ 7,587 |
| 843 | Active | SL Dental Operatory 2 | 08/31/2021 | 15 | 4 | 11 | 73% | $ 26,623 | $ 7,395 | $ 19,228 | $ 7,587 |
| 434 | Active | Fuji Prima X-Ray machine | 12/22/2010 | 5 | 14 | -9 | -180% | $ 25,134 | $ 25,134 | $ - | $ - |
| 768 | Active | Liberty Rx system | 05/25/2018 | 3 | 7 | -4 | -133% | $ 24,676 | $ 24,676 | $ - | $ - |
| 898 | Active | ORTHOPANTOMOGRAPH OP 3D PAN | 09/30/2024 | 7 | 1 | 6 | 86% | $ 24,388 | $ 3,774 | $ 20,614 | $ 7,317 |
| 456 | Active | Optik-2 Colposcope | 08/01/2010 | 5 | 15 | -10 | -200% | $ 23,445 | $ 23,445 | $ - | $ - |
| 441 | Active | Optik-2 Colposcope | 03/01/2011 | 5 | 14 | -9 | -180% | $ 23,445 | $ 23,445 | $ - | $ - |
| 810 | Active | Retina Cameras | 04/30/2020 | 7 | 5 | 2 | 29% | $ 19,500 | $ 13,464 | $ 6,036 | $ 975 |
| 219 | Active | Ultrasound | 08/18/2006 | 5 | 19 | -14 | -280% | $ 19,000 | $ 19,000 | $ - | $ - |
| 820 | Active | Williams Dental Operating Room 1 | 10/01/2020 | 15 | 5 | 10 | 67% | $ 18,370 | $ 6,225 | $ 12,144 | $ 5,511 |
| 821 | Active | Williams Dental Operating Room 2 | 10/01/2020 | 15 | 5 | 10 | 67% | $ 18,370 | $ 6,225 | $ 12,144 | $ 5,511 |
| 822 | Active | Williams Dental Operating Room 3 | 10/01/2020 | 15 | 5 | 10 | 67% | $ 18,370 | $ 6,225 | $ 12,144 | $ 5,511 |
| 681 | Active | Hysteriscope w/extra scope | 07/28/2014 | 7 | 11 | -4 | -57% | $ 18,326 | $ 18,326 | $ - | $ - |
| 777 | Active | Vis Dental software | 07/01/2018 | 3 | 7 | -4 | -133% | $ 18,113 | $ 18,113 | $ - | $ - |
| 738 | Active | Dental chairs (5) | 06/05/1998 | 5 | 27 | -22 | -440% | $ 17,750 | $ 17,750 | $ - | $ - |
| 736 | Active | Dental chair | 06/07/2017 | 15 | 8 | 7 | 47% | $ 17,598 | $ 9,777 | $ 7,821 | $ 880 |
| 739 | Active | Dental software | 02/01/2009 | 3 | 16 | -13 | -433% | $ 17,268 | $ 17,268 | $ - | $ - |
| 485 | Active | Furniture for room 1231 | 09/14/2011 | 7 | 14 | -7 | -100% | $ 16,474 | $ 16,474 | $ - | $ - |
| 763 | Active | Bison combo vacuum system | 01/26/2018 | 10 | 7 | 3 | 30% | $ 16,421 | $ 12,589 | $ 3,831 | $ 821 |
| 823 | Active | Williams Dental Sterilization/Lab | 10/01/2020 | 10 | 5 | 5 | 50% | $ 16,071 | $ 8,170 | $ 7,902 | $ 4,821 |
| 866 | Active | 411 Dental Chair w/332 Traditional Radius System | 01/01/2022 | 15 | 3 | 12 | 80% | $ 15,711 | $ 2,968 | $ 12,743 | $ 4,713 |
| 773 | Active | POS Retail RP9 machines | 05/07/2018 | 5 | 7 | -2 | -40% | $ 15,710 | $ 15,710 | $ - | $ - |
| 319 | Active | Equip for XM Expansion - deposit | 09/30/2009 | 7 | 16 | -9 | -129% | $ 15,678 | $ 15,678 | $ - | $ - |
| 197 | Active | Chemistry analyzer | 03/15/2006 | 5 | 19 | -14 | -280% | $ 15,000 | $ 15,000 | $ - | $ - |
| 577 | Active | Tanberg C20 telemed syst incl 4 cameras (1080p) in HD and license | 03/22/2012 | 5 | 13 | -8 | -160% | $ 14,996 | $ 14,996 | $ - | $ - |
| 187 | Active | Equipment - Winslow | 04/22/2003 | 5 | 22 | -17 | -340% | $ 14,829 | $ 14,829 | $ - | $ - |
| 190 | Active | Centricity licenses | 09/30/2004 | 5 | 21 | -16 | -320% | $ 14,595 | $ 14,595 | $ - | $ - |
| 169 | Active | Exam tables (10) | 06/20/1998 | 5 | 27 | -22 | -440% | $ 14,195 | $ 14,195 | $ - | $ - |
| 697 | Active | Septichair with case, Nomad Pro 2 handheld | 04/23/2015 | 15 | 10 | 5 | 33% | $ 13,784 | $ 9,649 | $ 4,135 | $ 689 |
| 227 | Active | Laptop system for Halogen Colposcope | 05/01/2009 | 3 | 16 | -13 | -433% | $ 13,177 | $ 13,177 | $ - | $ - |
| 879 | Active | Versana Activea Ultra Sound | 09/01/2023 | 5 | 2 | 3 | 60% | $ 13,603 | $ 5,895 | $ 7,708 | $ 4,081 |
| 819 | Active | Piccolo Xpress | 10/31/2020 | 10 | 5 | 5 | 50% | $ 13,578 | $ 6,789 | $ 6,789 | $ 4,073 |
| 198 | Active | Hemoglobin Analyzer kits | 04/01/2006 | 5 | 19 | -14 | -280% | $ 13,475 | $ 13,475 | $ - | $ - |
| 735 | Active | Jaundice Meter | 06/21/2017 | 5 | 8 | -3 | -60% | $ 12,698 | $ 12,698 | $ - | $ - |
| 124 | Active | ADEC columns (4) | 06/30/1998 | 5 | 27 | -22 | -440% | $ 12,330 | $ 12,330 | $ - | $ - |
| 173 | Active | Central console (2) | 06/30/1998 | 5 | 27 | -22 | -440% | $ 11,998 | $ 11,998 | $ - | $ - |
| 217 | Active | Square console (2) | 06/30/1998 | 5 | 27 | -22 | -440% | $ 11,998 | $ 11,998 | $ - | $ - |
| 874 | Active | Eyecon 9430 | 06/30/2025 | 10 | 2 | 8 | 80% | $ 11,425 | $ 2,761 | $ 8,664 | $ 3,428 |
| 793 | Active | Compressor for Dental pumps | 05/03/2017 | 12 | 8 | 4 | 33% | $ 11,396 | $ 8,072 | $ 3,324 | $ 570 |
| 824 | Active | Williams Dental X-ray | 10/01/2020 | 7 | 5 | 2 | 29% | $ 11,361 | $ 8,250 | $ 3,111 | $ 568 |
| 795 | Active | 4631 Duo Delivery System - OP 3 & 4 | 07/19/2019 | 10 | 6 | 4 | 40% | $ 11,198 | $ 6,999 | $ 4,199 | $ 560 |
| 393 | Active | Script center interface | 04/15/2010 | 3 | 15 | -12 | -400% | $ 11,043 | $ 11,043 | $ - | $ - |
| 826 | Active | Williams Dental Dry Vac | 10/01/2020 | 10 | 5 | 5 | 50% | $ 10,920 | $ 5,551 | $ 5,369 | $ 3,276 |
| 487 | Active | Duet sledbase chairs for waiting rms, exam rooms | 09/20/2011 | 7 | 14 | -7 | -100% | $ 10,740 | $ 10,740 | $ - | $ - |
| 880 | Active | Lennox LRP14GX60 Heating System | 09/30/2023 | 15 | 2 | 13 | 87% | $ 10,740 | $ 1,492 | $ 9,248 | $ 3,222 |
| 166 | Active | Digital Imaging system, Intraoral camera | 12/09/2011 | 5 | 14 | -9 | -180% | $ 10,717 | $ 10,717 | $ - | $ - |
| 159 | Active | Cascade duo chart (3) | 06/05/1998 | 5 | 27 | -22 | -440% | $ 10,650 | $ 10,650 | $ - | $ - |
| 793 | Active | Dental chair for Op 10 | 07/19/2019 | 15 | 6 | 9 | 60% | $ 10,563 | $ 4,403 | $ 6,161 | $ 3,169 |
| 563 | Active | Exam table Base & Top (20x/22x Pebble Gry) | 12/22/2011 | 7 | 14 | -7 | -100% | $ 10,459 | $ 10,459 | $ - | $ - |
| 81 | Active | Office furniture - new bldg | 10/09/2007 | 7 | 18 | -11 | -157% | $ 10,375 | $ 10,375 | $ - | $ - |
| 832 | Active | Residency furniture | 10/01/2020 | 15 | 5 | 10 | 67% | $ 10,308 | $ 3,493 | $ 6,815 | $ 3,092 |
| 81 | Active | wall plaques | 01/06/2009 | 7 | 16 | -9 | -129% | $ 10,227 | $ 10,227 | $ - | $ - |
| 696 | Active | Volk Pictor Plus Retinal Camera | 02/20/2015 | 10 | 10 | 0 | 0% | $ 10,082 | $ 10,082 | $ - | $ 504 |
| 695 | Active | Volk victor Plus Retinal Camera | 08/30/2015 | 5 | 10 | -5 | -100% | $ 10,082 | $ 10,082 | $ - | $ - |
| 528 | Active | 5 - exam tables (base & top) | 08/02/2011 | 5 | 14 | -9 | -180% | $ 9,806 | $ 9,806 | $ - | $ - |
| 523 | Active | Hematology analyzer Coulter ACT | 05/01/2007 | 5 | 18 | -13 | -260% | $ 9,788 | $ 9,788 | $ - | $ - |
| 805 | Active | 47 Cu.ft Sliding Glass Door Upright Pharmacy Refrigerator | 05/01/2005 | 7 | 2 | 3 | 60% | $ 9,755 | $ 697 | $ 9,058 | $ 2,927 |
| 855 | Active | Pharmacy Safety Glass Kingman | 08/29/2022 | 15 | 3 | 12 | 80% | $ 9,541 | $ 2,014 | $ 7,527 | $ 2,862 |
| 439 | Active | MRx monitor and defibrillator | 02/01/2011 | 5 | 14 | -9 | -180% | $ 9,383 | $ 9,383 | $ - | $ - |
| 813 | Active | Sonic Series stacking chairs (45) | 07/06/2011 | 5 | 14 | -9 | -180% | $ 9,181 | $ 9,181 | $ - | $ - |
| 225 | Active | Autoclave Ultraclave | 04/07/2009 | 5 | 16 | -11 | -220% | $ 9,134 | $ 9,134 | $ - | $ - |
| 94 | Active | Office & medical equip | 01/06/2009 | 5 | 16 | -11 | -220% | $ 9,134 | $ 9,134 | $ - | $ - |
| 218 | Active | Ultrasound | 01/01/2000 | 5 | 25 | -20 | -400% | $ 8,999 | $ 8,999 | $ - | $ - |
| 107 | Active | Dental software | 10/01/2008 | 3 | 16 | -13 | -433% | $ 8,634 | $ 8,634 | $ - | $ - |
| 109 | Active | Dental software | 10/01/2008 | 3 | 16 | -13 | -433% | $ 8,634 | $ 8,634 | $ - | $ - |
| 884 | Active | Drager Jaundice Meter JM-105 | 10/02/2023 | 7 | 2 | 5 | 71% | $ 8,588 | $ 2,556 | $ 6,032 | $ 2,577 |
| 698 | Active | central processor | 04/20/2015 | 5 | 10 | -5 | -100% | $ 8,524 | $ 8,524 | $ - | $ - |
| 221 | Active | Dental Cavitron | 02/22/2011 | 7 | 14 | -8 | -107% | $ 8,474 | $ 8,474 | $ - | $ - |
| 888 | Active | Volk Victor Plus Retinal Camera | 05/17/2019 | 5 | 6 | -1 | -20% | $ 8,212 | $ 8,212 | $ - | $ - |
| 794 | Active | Cart for OP 2 | 06/12/2020 | 7 | 5 | 2 | 29% | $ 8,000 | $ 4,952 | $ 3,048 | $ 403 |
| 831 | Active | Pano | 06/12/2020 | 7 | 5 | 2 | 29% | $ 8,000 | $ 4,952 | $ 3,048 | $ 400 |
| 420 | Active | Cubicle sets - records dept | 06/05/1998 | 5 | 27 | -22 | -440% | $ 7,930 | $ 7,930 | $ - | $ - |
| 769 | Active | Eyecon 9420 Filling station | 04/02/2018 | 6 | 7 | -1 | -17% | $ 7,900 | $ 7,900 | $ - | $ - |
| 480 | Active | Paper towel disp, 56 stack chairs, 8' table, 10 chairs, 2 files, 3 metal des | 08/31/2011 | 7 | 14 | -7 | -100% | $ 7,874 | $ 7,874 | $ - | $ - |
| 858 | Active | KAVO IXS Size 2 Round V | 12/10/2021 | 5 | 4 | 1 | 20% | $ 7,775 | $ 6,090 | $ 1,685 | $ 389 |
| 813 | Active | Williams Dental Air Compressor | 10/01/2020 | 12 | 5 | 7 | 58% | $ 7,742 | $ 3,279 | $ 4,462 | $ 2,322 |
| 391 | Active | Wizard Voice Broadcasting | 05/18/2010 | 3 | 15 | -12 | -400% | $ 7,635 | $ 7,635 | $ - | $ - |
| 815 | Active | Sonic Series stacking chairs (45) | 07/06/2011 | 7 | 16 | -9 | -129% | $ 7,631 | $ 7,631 | $ - | $ - |
| 225 | Active | Autoclave Ultraclave | 01/17/2007 | 5 | 18 | -13 | -260% | $ 7,577 | $ 7,577 | $ - | $ - |
| 105 | Active | X-ray machine | 09/01/2005 | 5 | 20 | -15 | -300% | $ 7,525 | $ 7,525 | $ - | $ - |
| 737 | Active | Used furniture | 06/12/2017 | 7 | 8 | -1 | -14% | $ 7,500 | $ 7,500 | $ - | $ - |
| 738 | Active | Used medical equipment | 06/12/2017 | 7 | 8 | -1 | -14% | $ 7,500 | $ 7,500 | $ - | $ - |
| 844 | Active | SL Dental Mobile Equipment for Operatories | 08/31/2021 | 15 | 4 | 11 | 73% | $ 7,300 | $ 2,029 | $ 5,417 | $ 2,250 |
| 176 | Active | Mount light (4) | 06/30/1998 | 5 | 27 | -22 | -440% | $ 7,400 | $ 7,400 | $ - | $ - |
| 829 | Active | Winslow Dental G4 Water System | 10/31/2020 | 10 | 5 | 5 | 50% | $ 7,347 | $ 3,674 | $ 3,674 | $ 2,204 |
| 827 | Active | Williams Dental G4 Water System | 10/31/2020 | 10 | 5 | 5 | 50% | $ 7,347 | $ 3,674 | $ 3,674 | $ 2,204 |
| 834 | Active | Flagstaff RO Water System | 12/31/2020 | 10 | 5 | 5 | 50% | $ 7,203 | $ 3,481 | $ 3,722 | $ 2,161 |
| 890 | Active | Colposcope #985 Zoom Seiler | 06/10/2019 | 8 | 6 | 2 | 25% | $ 7,008 | $ 5,483 | $ 1,517 | $ 350 |
| 805 | Active | KAVO IXS Size 1 - Round | 12/10/2021 | 5 | 4 | 1 | 20% | $ 7,000 | $ 5,483 | $ 1,517 | $ 350 |
| 911 | Active | 8 - Diag sys OTO/OPHTH, wall mounted | 02/01/2013 | 5 | 14 | -9 | -180% | $ 6,842 | $ 6,842 | $ - | $ - |
| 868 | Active | Lexa Sterilzer 110V | 01/01/2022 | 7 | 3 | 4 | 57% | $ 6,842 | $ 6,842 | $ 4,141 | $ 2,046 |
| 739 | Active | Spot Vision Screener | 06/21/2017 | 7 | 8 | -1 | -14% | $ 6,750 | $ 6,750 | $ - | $ - |
| 806 | Active | Air-Star 30 compressor | 06/21/2017 | 12 | 6 | 6 | 50% | $ 6,749 | $ 3,749 | $ 2,999 | $ 2,025 |
| 839 | Active | Lexa Sterilizer - Show Low | 01/01/2022 | 7 | 3 | 4 | 57% | $ 6,632 | $ 3,343 | $ 3,289 | $ 2,006 |
| 558 | Active | Exam table Base & Top (22x Pebble Gry) | 12/22/2011 | 7 | 13 | -6 | -86% | $ 6,433 | $ 6,433 | $ - | $ - |
| 784 | Active | Provider work stations | 02/26/2019 | 15 | 6 | 9 | 60% | $ 6,399 | $ 2,844 | $ 3,555 | $ 1,920 |
| 789 | Active | Electrosurgery Syst, Pro-G + smoke evac | 02/06/2015 | 7 | 10 | -3 | -43% | $ 6,330 | $ 5,879 | $ 451 | $ 315 |
| 635 | Active | Dell Optiplex 3010 PC's | 07/25/2013 | 3 | 12 | -9 | -300% | $ 6,230 | $ 6,230 | $ - | $ - |
| 165 | Active | Fetal monitor | 06/20/1998 | 5 | 27 | -22 | -440% | $ 6,139 | $ 6,139 | $ - | $ - |
| 816 | Active | X-ray machine - Airtec | 06/30/2011 | 5 | 14 | -9 | -180% | $ 6,139 | $ 6,139 | $ - | $ - |
| 792 | Active | Vaccine Refrig, glass door, 49 Cu Ft | 06/26/2013 | 10 | 12 | -2 | -20% | $ 6,072 | $ 6,072 | $ 3,878 | $ 245 |
| 466 | Active | Immunization refrigerator | 06/26/2013 | 12 | 12 | 0 | 0% | $ 6,042 | $ 6,042 | $ - | $ 306 |
| 161 | Active | Procedure table | 06/20/1998 | 5 | 27 | -22 | -440% | $ 6,042 | $ 6,042 | $ - | $ - |
| 486 | Active | 8' Mahog table, 2 pc Maple desk, 8 chairs, 44 stack chairs | 07/06/2011 | 7 | 14 | -7 | -100% | $ 6,039 | $ 6,039 | $ - | $ - |
| 469 | Active | Exam tables P1/HT/Rec w/ tops 20X/22X | 07/07/2011 | 7 | 14 | -7 | -100% | $ 5,890 | $ 5,890 | $ - | $ - |
| 668 | Active | Operatory chair | 04/25/2014 | 15 | 11 | 4 | 27% | $ 5,712 | $ 4,449 | $ 1,263 | $ - |
| 231 | Active | Otoscope, autoclave | 06/18/2009 | 5 | 16 | -11 | -220% | $ 5,212 | $ 5,212 | $ - | $ - |
| 714 | Active | Exam table | 11/04/2015 | 10 | 10 | 0 | 0% | $ 5,188 | $ 3,886 | $ 1,725 | $ 259 |
| 857 | Active | EKG Machine Flagstaff | 08/10/2021 | 7 | 4 | 3 | 43% | $ 5,143 | $ 5,143 | $ 794 | $ 258 |
| 368 | Active | Exam tables (base + top), Opthalmoscopes, Otoscopes (4 sets) | 01/31/2010 | 5 | 15 | -10 | -200% | $ 5,143 | $ 5,143 | $ - | $ - |
| 561 | Active | Diagnostic System wall mount | 12/22/2011 | 5 | 13 | -8 | -160% | $ 5,131 | $ 5,131 | $ - | $ - |

| # | Status | Description | Date | | | | % | $ | $ | $ | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 770 | Active | Scanners, iPads, monitors | 05/01/2018 | 5 | 7 | -2 | -40% | 5,108 | 5,108 | - | - |
| 873 | Active | Autoclave | 05/30/2023 | 10 | 2 | 8 | 80% | 5,056 | 1,222 | 3,834 | 1,517 |
| 339 | Active | Statim 5000 sterilizer | 11/01/2009 | 5 | 16 | -11 | -220% | 4,895 | 4,895 | - | - |
| 392 | Active | Vital Signs monitors | 04/01/2006 | 5 | 19 | -14 | -280% | 4,887 | 4,887 | - | - |
| 392 | Active | NRX computer system | 05/10/2010 | 5 | 15 | -10 | -200% | 4,854 | 4,854 | - | - |
| 164 | Active | EKG machine | 02/14/2000 | 5 | 25 | -20 | -400% | 4,586 | 4,586 | - | - |
| 530 | Active | Illum vag syst, mayo stand scales, stools, misc small equip | 06/15/2006 | 5 | 14 | -7 | -100% | 4,470 | 4,470 | - | - |
| 372 | Active | Exam table Rec/ST/RF base | 05/20/2010 | 5 | 15 | -10 | -200% | 4,385 | 4,385 | - | - |
| 196 | Active | LEEP system 1000 workstation | 02/17/2006 | 5 | 19 | -14 | -280% | 4,350 | 4,350 | - | - |
| 698 | Active | Autoclave for dental | 06/15/2015 | 10 | 10 | 0 | 0% | 4,316 | 4,316 | - | 216 |
| 594 | Active | Cubical walls & elect outlets in old Records room | 09/24/2012 | 7 | 13 | -6 | -86% | 4,302 | 4,302 | - | - |
| 454 | Active | Illum vag syst, mayo stand, scales, lights, misc small equip | 07/25/2011 | 7 | 14 | -7 | -100% | 4,284 | 4,284 | - | - |
| 526 | Active | 5 - Diag sys OTO/OPHTH, wall-mounted | 05/25/2011 | 5 | 14 | -9 | -180% | 4,276 | 4,276 | - | - |
| 226 | Active | ECG Atria 6000 | 10/17/2007 | 5 | 18 | -13 | -260% | 4,200 | 4,200 | - | - |
| 232 | Active | Autotymp-Audiometer | 06/30/2009 | 5 | 16 | -11 | -220% | 4,100 | 4,100 | - | - |
| 586 | Active | Server for Viewpoint ultrasound machine | 08/27/2012 | 5 | 13 | -8 | -160% | 3,996 | 3,996 | - | - |
| 474 | Active | Cryo, microscope, sm colposcope, lights, stools, cabinets, misc (used) | 07/26/2011 | 5 | 14 | -9 | -180% | 3,960 | 3,960 | - | - |
| 540 | Active | Autoclave ultraclave | 10/28/2011 | 5 | 14 | -9 | -180% | 3,900 | 3,900 | - | - |
| 524 | Active | Autoclave | 08/02/2011 | 5 | 14 | -9 | -180% | 3,899 | 3,899 | - | - |
| 559 | Active | Autoclave Ultraclave 11X18 | 12/22/2011 | 5 | 13 | -8 | -160% | 3,889 | 3,889 | - | - |
| 102 | Active | X-ray machine - Heliodent DS | 05/11/2006 | 5 | 19 | -14 | -280% | 3,889 | 3,889 | - | - |
| 772 | Active | Zebra Printer | 05/01/2018 | 5 | 7 | -2 | -40% | 3,870 | 3,870 | - | - |
| 656 | Active | Midmark M11 Ultraclave | 01/16/2013 | 10 | 12 | -2 | -20% | 3,843 | 3,843 | - | - |
| 230 | Active | Monitor, pdcheck, transducer | 06/18/2009 | 7 | 16 | -9 | -129% | 3,821 | 3,821 | - | - |
| 523 | Active | Hammers, scales, stools, tuning forks, misc small equip | 07/06/2011 | 7 | 14 | -7 | -100% | 3,793 | 3,793 | - | - |
| 105 | Active | Autoclave ultraclave 11x18 | 10/26/2007 | 5 | 18 | -13 | -260% | 3,789 | 3,789 | - | - |
| 451 | Active | Exam table base #222016 plus top | 05/28/2011 | 7 | 14 | -7 | -100% | 3,705 | 3,705 | - | - |
| 449 | Active | Autoclave 11x18 (after $400 Midmark rebate) | 06/06/2011 | 5 | 14 | -9 | -180% | 3,698 | 3,698 | - | - |
| 534 | Active | ECG PCR-100 software & license | 07/27/2011 | 3 | 14 | -11 | -367% | 3,622 | 3,622 | - | - |
| 210 | Active | Dental chair | 09/29/1997 | 5 | 28 | -23 | -460% | 3,595 | 3,595 | - | - |
| 195 | Active | Leiseging Colposcope (used) | 01/23/2006 | 5 | 19 | -14 | -280% | 3,550 | 3,550 | - | - |
| 522 | Active | ECG PCR-100 software & license | 07/06/2011 | 3 | 14 | -11 | -367% | 3,547 | 3,547 | - | - |
| 180 | Active | Monitor - automated | 12/17/2005 | 5 | 20 | -15 | -300% | 3,534 | 3,534 | - | - |
| 405 | Active | Wiring for Rx robotics | 06/09/2010 | 5 | 15 | -10 | -200% | 3,501 | 3,501 | - | - |
| 106 | Active | Dentrix interface - deposit | 08/11/2008 | 3 | 17 | -14 | -467% | 3,500 | 3,500 | - | - |
| 515 | Active | Autoclave (after $400 Midmark rebate) | 07/06/2011 | 5 | 14 | -9 | -180% | 3,499 | 3,499 | - | - |
| 363 | Active | exam table | 12/30/2009 | 5 | 15 | -10 | -200% | 3,470 | 3,470 | - | - |
| 528 | Active | exam table | 12/31/2009 | 5 | 15 | -10 | -200% | 3,470 | 3,470 | - | - |
| 220 | Active | Hearing equip for newborns | 10/19/2006 | 5 | 19 | -14 | -280% | 3,433 | 3,433 | - | - |
| 228 | Active | Video camera adapter | 05/01/2009 | 5 | 16 | -11 | -220% | 3,423 | 3,423 | - | - |
| 517 | Active | 4 - Diag sys OTO/OPHTH, wall-mounted | 05/26/2011 | 5 | 14 | -9 | -180% | 3,421 | 3,421 | - | - |
| 564 | Active | Diagnostic wall sys OTO/POHTH | 12/22/2011 | 5 | 13 | -8 | -160% | 3,421 | 3,421 | - | - |
| 153 | Active | Midmark M9 ultraclave | 06/05/1998 | 5 | 27 | -22 | -440% | 3,395 | 3,395 | - | - |
| 314 | Active | Desk, hutch, 4 peds, 10 task chairs | 07/01/2009 | 7 | 16 | -9 | -129% | 3,394 | 3,394 | - | - |
| 608 | Active | Exam Table & top | 03/26/2013 | 10 | 12 | -2 | -20% | 3,381 | 3,381 | - | - |
| 370 | Active | Exam table PT/HT | 01/31/2010 | 5 | 15 | -10 | -200% | 3,369 | 3,369 | - | - |
| 565 | Active | Jars, Monitor Spot, Mobile stand, 5 leg exam stool (pbl gry) | 12/22/2011 | 7 | 13 | -6 | -86% | 3,347 | 3,347 | - | - |
| 160 | Active | Intra-oral x-ray | 06/05/1998 | 5 | 27 | -22 | -440% | 3,175 | 3,175 | - | - |
| 207 | Active | Matrix Analgesia System | 09/19/1997 | 5 | 28 | -23 | -460% | 3,170 | 3,170 | - | - |
| 171 | Active | Autoclave | 06/20/1998 | 5 | 27 | -22 | -440% | 3,161 | 3,161 | - | - |
| 185 | Active | Cholestech LDX System | 06/01/2001 | 5 | 24 | -19 | -380% | 2,916 | 2,916 | - | - |
| 199 | Active | Dental equip | 09/29/1997 | 5 | 28 | -23 | -460% | 2,759 | 2,759 | - | - |
| 211 | Active | Dual chart | 09/29/1997 | 5 | 28 | -23 | -460% | 2,751 | 2,751 | - | - |
| 91 | Active | Blinds for office windows | 11/13/2008 | 7 | 17 | -10 | -143% | 2,704 | 2,704 | - | - |
| 492 | Active | 26 - Ouray task chairs | 09/30/2011 | 7 | 14 | -7 | -100% | 2,652 | 2,652 | - | - |
| 533 | Active | Illum Vag Sys, monitor spot, mobile stand, 5 leg exam stool (pbl gry) | 12/22/2011 | 7 | 13 | -6 | -86% | 2,630 | 2,630 | - | - |
| 224 | Active | Equipment - Kingman (used) | 10/09/2007 | 3 | 18 | -15 | -500% | 2,625 | 2,625 | - | - |
| 332 | Active | Cavitron Plus 115v | 10/29/2009 | 5 | 16 | -11 | -220% | 2,514 | 2,514 | - | - |
| 201 | Active | Ice machine | 06/15/2006 | 5 | 19 | -14 | -280% | 2,500 | 2,500 | - | - |
| 470 | Active | Exam tables w/lights (used) | 07/26/2011 | 7 | 14 | -7 | -100% | 2,500 | 2,500 | - | - |
| 767 | Active | Hard plumbing for vacuum pump | 04/28/2018 | 10 | 7 | 3 | 30% | 2,500 | 1,875 | 625 | 125 |
| 191 | Active | Sterilizer Steam Auto | 09/27/2004 | 5 | 21 | -16 | -320% | 2,418 | 2,418 | - | - |
| 489 | Active | 38 gal HGTP water receptacle, 2-30 gal open top receptacles + 1 more | 09/21/2011 | 7 | 14 | -7 | -100% | 2,356 | 2,356 | - | - |
| 369 | Active | Dispensers, Mayo stands, stools, transformers for new wing | 01/31/2010 | 5 | 15 | -10 | -200% | 2,347 | 2,347 | - | - |
| 328 | Active | 30 - Duet Sledbase side chairs | 11/08/2011 | 7 | 14 | -7 | -100% | 2,309 | 2,309 | - | - |
| 175 | Active | Wall mount (4) | 06/30/1998 | 5 | 27 | -22 | -440% | 2,276 | 2,276 | - | - |
| 168 | Active | Tympanic | 06/20/1998 | 5 | 27 | -22 | -440% | 2,194 | 2,194 | - | - |
| 156 | Active | Fiber optic handpieces (4) | 06/05/1998 | 5 | 27 | -22 | -440% | 2,157 | 2,157 | - | - |
| 437 | Active | MRx upgrade Q-CPR | 01/18/2011 | 5 | 14 | -9 | -180% | 2,126 | 2,126 | - | - |
| 541 | Active | Wall panels & games for kids' play area | 10/10/2011 | 7 | 14 | -7 | -100% | 2,073 | 2,073 | - | - |
| 527 | Active | 2 - Monitor Spot bg/p/t | 08/02/2011 | 5 | 14 | -9 | -180% | 2,054 | 2,054 | - | - |
| 598 | Active | Spot monitor & stand | 11/30/2012 | 10 | 13 | -3 | -30% | 2,020 | 2,020 | - | - |
| 432 | Active | EKG machine | 11/14/2004 | 5 | 21 | -16 | -320% | 1,924 | 1,924 | - | - |
| 636 | Active | Dell 20 Monitor E2014H | 07/25/2013 | 3 | 12 | -9 | -300% | 1,915 | 1,915 | - | - |
| 74 | Active | Furniture & desk | 09/01/2000 | 7 | 25 | -18 | -257% | 1,825 | 1,825 | - | - |
| 607 | Active | Spot monitor & stand | 03/22/2013 | 8 | 12 | -4 | -50% | 1,777 | 1,777 | - | - |
| 771 | Active | 4 Electrical circuits | 05/01/2018 | 15 | 7 | 8 | 53% | 1,729 | 865 | 864 | 519 |
| 154 | Active | 4 - Thermometer TAT-5000 | 07/06/2011 | 5 | 14 | -9 | -180% | 1,674 | 1,674 | - | - |
| 90 | Active | Reception desk - front ops | 10/22/2008 | 7 | 17 | -10 | -143% | 1,640 | 1,640 | - | - |
| 555 | Active | Defib AED w/CPR pad | 11/16/2011 | 5 | 14 | -9 | -180% | 1,602 | 1,602 | - | - |
| 450 | Active | Defib AED, model 4425 | 05/28/2011 | 5 | 14 | -9 | -180% | 1,600 | 1,600 | - | - |
| 516 | Active | Wall-mounted Defib AED | 07/06/2011 | 5 | 14 | -9 | -180% | 1,600 | 1,600 | - | - |
| 525 | Active | Wall-mounted Defib AED | 08/02/2011 | 5 | 14 | -9 | -180% | 1,600 | 1,600 | - | - |
| 560 | Active | Defib AED+ w/CPR pad, wallmount | 12/22/2011 | 5 | 13 | -8 | -160% | 1,600 | 1,600 | - | - |
| 484 | Active | Desk set w/hutch & credenza (B. Ketter) | 01/18/2011 | 7 | 14 | -7 | -100% | 1,574 | 1,574 | - | - |
| 477 | Active | used Wallach Zoomscope Colposcope | 08/19/2011 | 5 | 14 | -9 | -180% | 1,500 | 1,500 | - | - |
| 475 | Active | Monitor Spot BP/P/T | 07/07/2011 | 5 | 14 | -9 | -180% | 1,500 | 1,500 | - | - |
| 187 | Active | Microscope | 06/20/1998 | 5 | 27 | -22 | -440% | 1,499 | 1,499 | - | - |
| 165 | Active | Pelton crane light | 06/05/1998 | 5 | 27 | -22 | -440% | 1,475 | 1,475 | - | - |
| 637 | Active | LG 22EC33T monitors | 07/22/2013 | 3 | 12 | -9 | -300% | 1,438 | 1,438 | - | - |
| 214 | Active | Rino slow speed (2) | 09/29/1997 | 5 | 28 | -23 | -460% | 1,422 | 1,422 | - | - |
| 212 | Active | Post mounted light | 09/29/1997 | 5 | 28 | -23 | -460% | 1,411 | 1,411 | - | - |
| 114 | Active | Ultra sonic cleaner | 06/05/1998 | 5 | 27 | -22 | -440% | 1,368 | 1,368 | - | - |
| 100 | Active | Install dental chairs | 02/15/2004 | 5 | 21 | -16 | -320% | 1,365 | 1,365 | - | - |
| 667 | Active | Cryogenics system | 04/14/2014 | 10 | 11 | -1 | -10% | 1,335 | 1,335 | - | - |
| 488 | Active | Ouray task chairs (grey) | 09/21/2011 | 7 | 14 | -7 | -100% | 1,325 | 1,325 | - | - |
| 576 | Active | Video access door security system | 11/27/2011 | 7 | 14 | -7 | -100% | 1,325 | 1,325 | - | - |
| 535 | Active | Conference room tables for community room | 01/25/2012 | 7 | 13 | -6 | -86% | 1,309 | 1,309 | - | - |
| 114 | Active | framing of donated artwork | 08/01/2011 | 7 | 14 | -7 | -100% | 1,277 | 1,277 | - | - |
| 531 | Active | framing of donated artwork | 08/01/2011 | 7 | 14 | -7 | -100% | 1,277 | 1,277 | - | - |
| 532 | Active | framing of donated artwork | 08/01/2011 | 7 | 14 | -7 | -100% | 1,277 | 1,277 | - | - |
| 86 | Active | Waiting room chairs | 09/08/2008 | 7 | 17 | -10 | -143% | 1,275 | 1,275 | - | - |
| 467 | Active | Doppler Early Fetal HRT 3Mhz | 07/15/2011 | 5 | 14 | -9 | -180% | 1,244 | 1,244 | - | - |
| 311 | Active | 3 drawer files | 07/01/2009 | 7 | 16 | -9 | -129% | 1,235 | 1,235 | - | - |
| 538 | Active | Corner table, hinged receptacle | 01/18/2011 | 7 | 14 | -7 | -100% | 1,181 | 1,181 | - | - |
| 538 | Active | Mahogany corner table, gray Comfortask stool | 11/17/2011 | 7 | 14 | -7 | -100% | 1,153 | 1,153 | - | - |
| 609 | Active | A/T 2000XR Auto Film Processor & Loader | 03/28/2013 | 8 | 12 | -4 | -50% | 1,139 | 1,139 | - | - |
| 406 | Active | Telepharm scanner & printer | 08/01/2010 | 5 | 15 | -10 | -200% | 1,135 | 1,135 | - | - |
| 486 | Active | 49" bookcase, 2-24wr lat files, 6. 23 gal wastebaskets w/ lids | 09/01/2011 | 7 | 14 | -7 | -100% | 1,113 | 1,113 | - | - |
| 85 | Active | Triage blinds | 09/02/2008 | 7 | 17 | -10 | -143% | 1,057 | 1,057 | - | - |
| 518 | Active | Monitor spot bg/p/t | 07/06/2011 | 5 | 14 | -9 | -180% | 1,027 | 1,027 | - | - |
| 183 | Active | Copocopy machine | 10/05/1999 | 5 | 26 | -21 | -420% | 1,000 | 1,000 | - | - |
| 472 | Active | LEEP (used) | 07/26/2011 | 5 | 14 | -9 | -180% | 1,000 | 1,000 | - | - |
| 710 | Active | Desk & Credenza, 4 file cabinets | 10/09/2015 | 7 | 10 | -3 | -43% | 997 | 997 | - | - |
| 169 | Active | Pulseoximeter | 06/20/1998 | 5 | 27 | -22 | -440% | 968 | 968 | - | - |
| 494 | Active | Exam table & base PT/HT/Rec | 09/19/2011 | 5 | 14 | -9 | -180% | 903 | 903 | - | - |
| 499 | Active | Repair & re-cover exam tables | 09/14/2011 | 5 | 14 | -9 | -180% | 903 | 903 | - | - |
| 522 | Active | Depository safe | 01/01/2009 | 7 | 16 | -9 | -129% | 900 | 900 | - | - |
| 468 | Active | Dell Latitude E5520n | 07/24/2011 | 3 | 14 | -11 | -367% | 862 | 862 | - | - |
| 469 | Active | Dell Latitude E5520n | 07/24/2011 | 5 | 14 | -9 | -180% | 862 | 862 | - | - |
| 491 | Active | Bookshelves & bean bags for kids area | 09/01/2011 | 7 | 14 | -7 | -100% | 775 | 775 | - | - |
| 509 | Active | Duet sledbase side chairs (10) | 10/28/2011 | 7 | 14 | -7 | -100% | 770 | 770 | - | - |
| 182 | Active | Sink | 04/28/1999 | 5 | 26 | -21 | -420% | 770 | 770 | - | - |
| 490 | Active | 33 - 7 gal wastecans (164.67), 1 lg & 1 sm refrig (422.00 & 119.90) | 09/01/2011 | 7 | 14 | -7 | -100% | 707 | 707 | - | - |
| 262 | Active | Fyfrecator | 09/02/1998 | 5 | 27 | -22 | -440% | 681 | 681 | - | - |
| 483 | Active | 2 - ASF 942 chairs | 09/08/2011 | 7 | 14 | -7 | -100% | 678 | 678 | - | - |
| 537 | Active | Corner table, bookcase | 01/18/2011 | 7 | 14 | -7 | -100% | 675 | 675 | - | - |
| 78 | Active | file cabinets | 12/01/2000 | 7 | 25 | -18 | -257% | 672 | 672 | - | - |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | Active | Conversion kit | 08/03/2020 | 5 | 25 | -20 | -400% | $ | 654 | $ | 654 | $ - | $ - |
| 208 | Active | Hemocue machine | 09/19/1997 | 5 | 28 | -23 | -460% | $ | 630 | $ | 630 | $ - | $ - |
| 172 | Active | Hemocue | 06/20/1998 | 5 | 27 | -22 | -440% | $ | 600 | $ | 600 | $ - | $ - |
| 163 | Active | Cast cutter | 06/20/1998 | 5 | 27 | -22 | -440% | $ | 570 | $ | 570 | $ - | $ - |
| 536 | Active | comfortask stool, receptacle | 10/18/2011 | 7 | 14 | -7 | -100% | $ | 567 | $ | 567 | $ - | $ - |
| 512 | Active | Doppler early fetal heart 3 Mhz | 07/25/2011 | 5 | 14 | -9 | -180% | $ | 556 | $ | 556 | $ - | $ - |
| 186 | Active | Pulse Oximeter | 09/27/2001 | 5 | 24 | -19 | -380% | $ | 556 | $ | 556 | $ - | $ - |
| 233 | Active | Ultrasonic scalers | 09/29/1997 | 5 | 28 | -23 | -460% | $ | 532 | $ | 532 | $ - | $ - |
| 180 | Active | Stat kit | 03/19/1999 | 5 | 26 | -21 | -420% | $ | 522 | $ | 522 | $ - | $ - |
| 215 | Active | Fiberoptic handpiece | 09/29/1997 | 5 | 28 | -23 | -460% | $ | 519 | $ | 519 | $ - | $ - |
| 603 | Active | Spot monitor & stand | 12/27/2012 | 8 | 12 | -4 | -50% | $ | 494 | $ | 494 | $ - | $ - |
| 529 | Active | 2 - stand mobile f/spot LXI | 08/02/2011 | 5 | 14 | -9 | -180% | $ | 493 | $ | 493 | $ - | $ - |
| 553 | Active | Receptacle - open top | 11/17/2011 | 7 | 14 | -7 | -100% | $ | 410 | $ | 410 | $ - | $ - |
| 88 | Active | Mahogany desk | 10/16/2008 | 7 | 17 | -10 | -143% | $ | 408 | $ | 408 | $ - | $ - |
| 89 | Active | Mahogany desk | 10/16/2008 | 7 | 17 | -10 | -143% | $ | 408 | $ | 408 | $ - | $ - |
| 640 | Active | Storage cabinet | 11/01/2013 | 15 | 12 | 3 | 20% | $ | 392 | $ | 314 | $ 78 | $ - |
| 499 | Active | Portable exam table - spa aurora | 09/30/2011 | 5 | 14 | -9 | -180% | $ | 332 | $ | 332 | $ - | $ - |
| 513 | Active | Wheelchair 22" | 07/25/2011 | 7 | 14 | -7 | -100% | $ | 219 | $ | 219 | $ - | $ - |
| 521 | Active | Wheelchair 22" | 07/06/2011 | 7 | 14 | -7 | -100% | $ | 219 | $ | 219 | $ - | $ - |
| **Total** | | | | **7** | **14** | **-8** | | **$** | **2,831,923** | **$** | **2,415,624** | **$ 416,299** | **$ 249,403** |

**G/L Asset Account Description**
1-1870  Computers, Monitors & Other Tech Equipment
1-1840  Furniture
1-1850  Medical Equipment
1-1860  Dental Equipment
18-90   Immunization refrigerator

# Exhibit B



December 18, 2025

Anne Newland, M,D, MPH
Chief Executive Officer
North Country HealthCare, Inc.
2920 N. 4th Street
Flagstaff, AZ 86004

Re:     Letter of Intent Amendment

Dear Dr. Newland:

Reference is made to that previously executed Term Sheet dated December 15, 2025 by and between El Rio Santa Cruz Neighborhood Health Center, Inc. dba El Rio Health and/or its affiliates ("El Rio" or "Buyer") and ii) North Country HealthCare ("Debtor"). Capitalized terms used herein and not otherwise defined shall have the same meanings as set forth in the Term Sheet.

Pursuant to additional information received, Buyer proposes this Amendment to Term Sheet as follows:

1)     Section 2, "Consideration", shall be amended as follows: the first bullet point regarding consideration shall be deleted and replaced with the following:

- Consideration for the Acquired Assets of Two Hundred Fifty Thousand Dollars ($250,000.00) (the "Purchase Price").

2)     Section 3," Auction and Bidding Procedures" shall be deleted in its entirety and replaced with the following:

3.     Sale, Auction, Bidding Procedures, & Break-Up Fee.  Debtor intends to pursue approval of the Transaction by the Bankruptcy Court in the Bankruptcy Case pursuant to Bankruptcy Code § 363 as a private sale.  In the event, however, that the Transaction is not approved by the Bankruptcy Court as a private sale under § 363 and instead the Bankruptcy Court requires or otherwise orders a public auction of the Assets (the "Auction"), Buyer shall be the stalking horse bidder at the Auction on the terms set forth in this Term Sheet and the Definitive Agreement and Debtor shall propose sale and bidding procedures for the Auction on terms acceptable by Buyer and approved by the Bankruptcy Code, including the Break-Up Fee and Expense Reimbursement (defined below).  In addition, in consideration of the significant costs and efforts to be expended and the risks assumed by Buyer in negotiating the Transaction described in

this Term Sheet under either a private sale or Auction, the Transaction (and any sale and/or bidding procedures approved by the Bankruptcy Court) shall provide and include a break-up fee paid to Buyer in the amount of 3% of the purchase price of the Assets (including the value of any assumed liabilities) (the "Break-Up Fee") plus reasonable fees and costs incurred by Buyer in connection with its efforts to negotiate and consummate the Transaction capped at $120,000 (the "Expense Reimbursement"), in the event (i) Debtor terminates the Transaction; (ii) Buyer is not the successful buyer at any sale of the Assets (because of a superior bid) and this Transaction is, therefore, not approved by the Bankruptcy Court; (iii) an event of default occurs by Debtor under any debtor-in-possession ("DIP") loan approved by the Bankruptcy Court in the Bankruptcy Case, (iv) the Debtor's Bankruptcy Case is converted to Chapter 7; or (v) a breach by Debtor of a material term of, or failure to timely satisfy a condition to closing that is Debtor's obligation under the Transaction. The Break-Up Fee and Expense Reimbursement shall constitute an administrative expense claims pursuant to § 503(b) of the Bankruptcy Code and shall have priority over all other administrative expense claims. If the Transaction is terminated because Buyer is not the successful buyer at any sale of the Assets (because of a superior bid), then the Breakup Fee and Expense Reimbursement shall be payable from the proceeds of the alternative sale transaction whereby the Assets contemplated to be sold to Buyer are, instead, sold to a third party. Credit bids, if any, by a secured lender shall not impair or otherwise affect Buyer's entitlement or payment to the Break-Up Fee and Expense Reimbursement under any sale or sale procedures order. Any credit bid shall include a cash component sufficient to satisfy in full the Break-Up Fee and Expense Reimbursement.

3.      Except as set forth herein the remainder of the Term Sheet shall remain in full force and effect.

*Signature Page to Follow*

IN WITNESS WHEREOF, the Parties hereto have executed this Amendment to Term Sheet on the dates appearing beneath their respective signatures.

BUYER:
El Rio Health

By: _____
Name:   Clinton Kuntz, DBH
Title:    President and CEO
Date:    December 18, 2025

SELLER:
North Country HealthCare, Inc.

By: _____
Name:   Anne Newland, M.D., MPH
Title:    Chief Executive Officer
Date:    December 18, 2025

450 W. Paseo Redondo | Tucson, AZ 85701 | (520) 620-3709 | elrio.org

# El Rio amendment to term sheet 12.18.25 final

Final Audit Report                                                    2025-12-18

| | |
|---|---|
| Created: | 2025-12-18 |
| By: | Maria Nutile (maria@nutilelaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAEDmzmWhtiKOY9Cq859MQhnCuhBKAS7av |

## "El Rio amendment to term sheet 12.18.25 final" History

📄 Document created by Maria Nutile (maria@nutilelaw.com)
2025-12-18 - 10:12:58 PM GMT

📧 Document emailed to Clint Kuntz (clintonk@elrio.org) for signature
2025-12-18 - 10:13:33 PM GMT

📄 Email viewed by Clint Kuntz (clintonk@elrio.org)
2025-12-18 - 11:24:10 PM GMT

✍️ Document e-signed by Clint Kuntz (clintonk@elrio.org)
Signature Date: 2025-12-18 - 11:24:45 PM GMT - Time Source: server

📧 Document emailed to Anne Newland (anewland@nchcaz.org) for signature
2025-12-18 - 11:24:47 PM GMT

📄 Email viewed by Anne Newland (anewland@nchcaz.org)
2025-12-18 - 11:39:36 PM GMT

✍️ Document e-signed by Anne Newland (anewland@nchcaz.org)
Signature Date: 2025-12-18 - 11:39:58 PM GMT - Time Source: server

✅ Agreement completed.
2025-12-18 - 11:39:58 PM GMT

**Adobe Acrobat Sign**



December 15, 2025

Anne Newland, M,D, MPH
Chief Executive Officer
North Country HealthCare, Inc.
2920 N. 4th Street
Flagstaff, AZ 86004

Re: Letter of Intent of Proposed Transaction

Dear Dr. Newland:

We are pleased to provide our expression of interest in this term sheet ("Term Sheet") regarding a transaction between i) El Rio Santa Cruz Neighborhood Health Center, Inc. dba El Rio Health and/or its affiliates ("El Rio" or "Buyer") and ii) North Country HealthCare ("Debtor"). As a federal tax-exempt nonprofit organization serving underserved communities and already the recipient of HRSA grants, El Rio is positioned to assume Debtor's HRSA grants so healthcare services in the northern Arizona market can continue without interruption.

Based on the preceding, the significant terms of our proposal are as follows:

1.  <u>Definitive Agreement for Asset Purchase</u>.  This Term Sheet is entered effective as of the date set forth below by and between El Rio and Debtor.  Debtor and Buyer are collectively referred to herein as the "Parties".  This Term Sheet when executed by the Parties, will confirm the preliminary agreement for Buyer to acquire by asset purchase certain assets of Debtor through a private sale approved by the U.S. Bankruptcy Court under section 363 of the Bankruptcy Code, such assets to include but not limited to furniture, fixtures, equipment, supplies, and other assets as determined during the due diligence period (the "Acquired Assets").  All accounts receivable for dates of service prior to Closing shall remain the property of Debtor.  The acquisition described in this Term Sheet shall be referred to as the "Transaction".  Such Transaction shall be subject to final approval by the Bankruptcy Court in a Chapter 11 bankruptcy case filed by Debtor and shall be on the terms, and subject to the conditions, described herein.

The Parties shall proceed in good faith toward negotiation and execution of a definitive purchase agreement ("the Definitive Agreement"), which shall provide for the terms of the Transaction and shall contain representations, conditions, and covenants and the like typical in such transactions of this type. Buyer is prepared to initiate the confirmatory due diligence process immediately upon receipt of all requested materials and information.  Without limiting the foregoing, the Definitive Agreement shall provide for the general terms below.

2. <u>Consideration</u>. Based on our review of the information provided to date, the total Transaction cash consideration could reach a maximum value of Two Hundred Fifty Thousand Dollars ($250,000.00) consisting of Purchase Price and Cure Amounts.

The total Transaction consideration will be comprised, as follows:

- Consideration for the Acquired Assets of Two Hundred Ten Thousand Dollars ($230,000.00)[1] (the "Purchase Price"), for the Assets and up to Twenty Thousand Dollars ($20,000.00) to pay amounts required to cure any monetary defaults under Bankruptcy Code § 365(b) for certain real property and/or equipment leases Buyer agrees to assume from and after the Closing ("Cure Amounts");

  - El-Rio or its affiliates designation by the Health Resources and Services Administration ("HRSA") as a federally qualified health center ("FQHC") for the same underserved urban and rural areas currently served by Debtor, not including Bullhead City;

  - The right to transition all HRSA grants associated with the Clinic Locations to Buyer;

  - The right to transition all Clinic licenses and accreditation;

  - The right to transition all ACGME accreditations, grants, and licenses to Buyer;

  - Debtor will lease to Buyer the following Clinic locations for a term of one year, provided, however Buyer may negotiate three (3) two-year options to extend such lease terms; such leases must be at a fair market value rate on commercially reasonable terms:

    - the Flagstaff Medical Clinic (2920 N. 4th St. Flagstaff, AZ)
    - the Show Low Clinic (2650 E. Show Low Lake Road, Show Low, AZ)
    - The Holbrook Medical Clinic (2109 Navajo Blvd., Holbrook, AZ)
    - Round Valley/Springerville488 S. Mountain Ave. Springerville, AZ
    - 620 W. Lee St. Winslow, AZ

  - For each of the following Clinic locations Buyer shall either (i) enter an assignment and assumption agreement from and after Closing provided Buyer and each landlord shall have reached mutually agreeable terms; (ii) enter into a

---

[1] The price for the Acquired Assets may increase to include two mobile units, currently it includes one; provided the amount available to cure any leases would correspondingly decrease.

new lease for the Clinic locations; or (iii) reject such lease but find an alternative location in the same geographic area.:

- 1120 W. University Ave, Ste 101, Flagstaff, AZ
- 2090 N. Smoketree Ave. Lake Havasu, AZ
- Flagstaff Pediatric Care-1501 S Yale St. Bldg 2, Stes 251 and 2, Flagstaff
- 126 E Main St. Ste B Payson
- 1510 Stockton Hill, Kingman

Assignment of the service agreements for the following Clinic locations from an after Closing ("Clinic Service Agreements")

- 300 S 6th St, Williams, AZ
- 1 Clinic Road Grand Canyon

collectively all leased real property from Debtor and each landlord, the "Lease Agreements" and the Clinic Service Agreements will be referred to as the "Clinic Locations". Buyer and Debtor shall agree to a timing and notice procedure regarding any request by the Debtor to assume or reject any lease or service agreement anticipated under this Term Sheet in a form of motion and notice satisfactory to Buyer;

- There will be no assumption of any liabilities unless specifically agreed to by Buyer as set forth in the Definitive Agreement;

- Assignment of all material payor and other agreements that represent the substantial amount of historical revenue;

- Buyer and Debtor acknowledge that the Transaction is subject to final approval of the Bankruptcy Court; and

- The entering of a transition services agreement ("TSA") on terms satisfactory to Buyer pursuant to which Buyer shall be permitted to manage and bill under Debtor's name, numbers and payer agreements from the Closing until such time as all licenses, accreditations FQHC designation is received and HRSA grants are transferred to Buyer; during the transition all licenses and accreditations shall remain in effect and Buyer shall maintain them at Buyer's expense.

- The execution of a Bill of Sale by Debtor and approved by the Bankruptcy Court.

- For the avoidance of doubt Buyer is not acquiring any assets or assuming any operations related to Debtor's Bullhead City, AZ clinic. Debtor shall have completed its reduction in workforce. Debtor's excluded assets shall include but not be limited to all owned real property, accounts receivable for services provided prior to Closing; any reconciliation payments from third party payors and such other assets that are not Acquired Assets and specifically assumed.

3. <u>Auction and Bidding Procedures.</u> Debtor intends to pursue approval of the Transaction by the Bankruptcy Court in the Bankruptcy Case pursuant to Bankruptcy Code § 363 as a private sale free and clear of all liens, encumbrances, claims and interests pursuant to § 363(f). Any sale motion, sale procedure motion, and corresponding order shall be in a form satisfactory by Buyer. In the event, however, that the Transaction is not approved by the Bankruptcy Court as a private sale under § 363 and instead the Bankruptcy Court requires or otherwise orders a public auction of the Assets (the "Auction"), Buyer shall be the stalking horse bidder at the Auction on the terms set forth in this Term Sheet and the Definitive Agreement and Debtor shall propose sale and bidding procedures for the Auction on terms acceptable by Buyer and approved by the Bankruptcy Code, including a break-up fee and expense reimbursement.

4. <u>Access to Due Diligence.</u> As a prerequisite to entering into the Definitive Agreement with respect to this Transaction, Debtor will give Buyer and its representative's full access to any personnel and all properties, documents, contracts, books, records and operations of Debtor relating to its operation of all the Clinics. The Debtor will cooperate in this regard. The Debtor will furnish the Buyer with copies of documents and with such other information as the Buyer may request including, but not limited to, review of historical financial results and detailed provider and managed care information. Buyer is prepared to commit sufficient resources to ensure that such due diligence can be completed in a timely manner

5. <u>Conditions to the Closing.</u> Consummation of the Transaction, and to the extent applicable, this Term Sheet, shall be subject to the following conditions unless waived by Buyer:
- A sufficient number of the providers at each Clinic Location must agree to be employed by El Rio in addition to a sufficient number of administrative staff, in each case as El Rio determines is reasonably necessary to operate the Clinic Locations;
- None of the real property leases for the Clinic Locations have been terminated or rejected under Bankruptcy Code § 365;
- Entering into Agreements (Lease Agreements, Assignment and Assumption Agreements or locating an alternative location) for each Clinic Location;
- The entry of an order of the Bankruptcy Court authorizing the assumption and assignment of any lease agreements under Bankruptcy Code § 365, other than the Lease Agreements, to Buyer in which Buyer deems necessary or desirable for the operation of the Clinic Locations; and for any such lease agreements not assumed and assigned in the Bankruptcy Case to Buyer (and instead deemed rejected under Bankruptcy Code § 365), in which Buyer deems necessary and

desirable for the operation of the Clinics Locations, then Buyer entering into new lease agreements, other than the Lease Agreements, which Buyer deems necessary or desirable for the operation of the Clinic Locations.

- Execution of the Definitive Agreement by all parties;
- Approval of the Transaction pursuant to the Definitive Agreement pursuant to a final, non-appealable order entered by the Bankruptcy Court pursuant to Bankruptcy Code § 363(f), including the transfer of the Assets to be acquired by Buyer to Buyer free and clear of any and all liens, encumbrances, claims, and interests;
- Approval of the Transaction by each Party's Board of Directors;
- Except for the reduction in work force and closure of the Bullhead City location, absence of other material adverse change in the condition (financial, except for the filing of the Bankruptcy petition, or otherwise), business, properties, Assets or prospects of the Debtor specifically, without limitation, Debtor shall not close any other Clinic Location, terminate employees without cause, increase compensation, cease paying benefits to employees, enter into any new agreements, even those in the ordinary course without Buyer's prior consent;
- Reasonable assurance from HRSA that FQHC designation will be granted and that the HRSA grants will be transferred;
- Obtaining all requisite regulatory, administrative or governmental authorizations, if applicable or not waived by Buyer;
- Assignment to Buyer of all material agreements that represent the substantial amount of historical revenue. To the extent any such material agreement constitutes an executory contract under Bankruptcy Code § 365, then the entry of an order of the Bankruptcy Court authorizing the assumption and assignment of any such material agreement to Buyer. For any such material agreement not assumed and assigned in the Bankruptcy Case to Buyer (and instead deemed rejected under Bankruptcy Code § 365), then Buyer entering into a new agreement on terms satisfactory to Buyer;
- Confirmation that the representations and warranties of the Debtor made in the Definitive Agreement are still true and correct as of the Closing;
- Entering into the TSA; and
- Such other terms as may be included in the Definitive Agreement based upon Buyer's due diligence review.

6.     <u>Debtor's Affirmation Actions</u>. Debtor shall agree to commence the implementation of an immediate reduction in workforce which it previously planned and shared with Buyer, and shall also commence the closing of the Bullhead City location. Debtor shall continue to evaluate other expense saving measures to ensure continuity of the Clinic Location operations between now and the Closing; provided, however, any other material changes are subject to approval of Buyer.

7.     <u>Covenants</u>. Pending execution of the Definitive Agreement or the termination of this Term Sheet, Debtor agrees that it will: (i) except as set forth in this Term Sheet or as otherwise mutually agreed

by Buyer, conduct its business only in the ordinary course and except for the filing of a petition in Bankruptcy Court not engage in any extraordinary Transactions without Buyer's prior consent; (ii) not dispose of, or allow the imposition of any new liens on, any assets except in the ordinary course of business; (iii) not increase the compensation of any employee and not grant any unusual or extraordinary bonuses, benefits or other forms of direct or indirect compensation to any employee, officer, director or consultant; or cease payment of benefits; (iv) except for the Bullhead City location, not shut down any Clinic location or terminate any lease; (v) not take prepayment from AHCCCS or any other third-party payor for services to be provided to patients; and (vi) only take grant funds for the months services are provided and not take any grant funds in advance.

8.      Term/Closing. This Term Sheet shall have a term of sixty (60) days and shall automatically terminate on the date of execution by Debtor and Buyer of the Definitive Agreement, or upon notice by Buyer of its termination of this Term Sheet. The Closing of the Transaction shall occur no later than June 30, 2026 unless Buyer has not received FQHC and HRSA approval or as mutually agreed to otherwise by the Parties and subject to the approval of the Bankruptcy Court.

9.      Exclusivity. Subject to approval of the Bankruptcy Court, Debtor agrees that, during the sixty (60) day period following execution of this Term Sheet, it will negotiate exclusively with Buyer and will not, directly or through any agent or representative, provide information, solicit offers, engage in discussions, enter into any letter of intent or enter into any definitive agreements with any other party with regard to the sale of its assets, management or a proposed similar Transaction without Buyer's prior written consent; provided, however, that such written consent shall not be unreasonably withheld if Debtor's discussions with third parties are made in good faith and in accordance with its fiduciary duties as a debtor-in-possession. In the event Debtor receives any unsolicited offer or letter of intent or interest during the Exclusivity period, Seller will immediately inform the Buyer by providing the key details of such offer. Debtor is not currently in any such discussions or negotiations with third parties. Debtor agrees this Term Sheet will not be disclosed to any third party prior to being executed and Debtor having filed a voluntary chapter 11 bankruptcy proceeding. It is further agreed by Debtor that if, despite the good faith effort of the parties, a Definitive Agreement has not been executed by the end of the 60-day exclusivity period then this Term Sheet shall terminate.

10.     Public Disclosure. Except as required by law, no party to this Term Sheet shall make a public announcement that the Parties are considering a business relationship without the prior written consent of the other Party.

11.     Binding Effect. The Parties acknowledge that the execution of this Term Sheet is an initial step in the development of the Definitive Agreement. Except as otherwise provided in Sections 8, 9, 13 and 14 which shall be binding any other legally binding obligation of the Parties with respect to the Transaction shall exist only upon the execution and delivery of the Definitive Agreement, fulfillment of the other conditions stated herein and final approval by the Bankruptcy Court. Neither this Term Sheet nor any past or future conduct by Buyer or Debtor (other than the execution of a formal Agreement) will be deemed to create or constitute a binding or enforceable agreement or understanding, express or implied, to consummate the Transaction or enter into the Agreement. Furthermore, neither this Term Sheet nor any past or future conduct by Buyer or Debtor will be deemed to create or constitute any covenant of good faith and fair dealing on the part of any such party to negotiate formal terms and enter into the Definitive Agreement and consummate the Transaction.

12.      <u>Headings</u>.  The headings contained in this Term Sheet are for convenience only and shall not be considered in the construction or interpretation of any provision hereof.

13.      <u>Expenses</u>.  Each Party to this Term Sheet shall bear its own expenses.

14.      <u>Governing Law</u>.  This Term Sheet shall be governed by the laws of the State of Arizona.

15.      <u>Counterpart</u>.  This Term Sheet may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.  Signatures sent by doc-u-sign or other electronic signature or in PDF format shall be deemed to be originals for all purposes of this Term Sheet.

16.      <u>Timing</u>.  This offer to enter into Term Sheet shall expire at 5:00 pm Arizona time  on December 16, 2025 unless signed by Seller.

*Signature Page to Follow*

IN WITNESS WHEREOF, the Parties hereto have executed this Term Sheet on the dates appearing beneath their respective signatures.

BUYER:
El Rio Health

By: _____
Name:  Clinton Kuntz, DBH
Title:    President and CEO
Date:    December 15, 2025

SELLER:
North Country HealthCare, Inc.

By: _____
Name:  Anne Newland, M.D., MPH
Title:    Chief Executive Officer
Date:  December 15, 2025

# TERM SHEET FINAL 12.15.25

**Final Audit Report**        2025-12-15

| | |
|---|---|
| Created: | 2025-12-15 |
| By: | Maria Nutile (maria@nutilelaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAl7EVeoGn1g3JtuPw3v-BqullguU1eiLZ |

## "TERM SHEET FINAL 12.15.25" History

🗎 Document created by Maria Nutile (maria@nutilelaw.com)
2025-12-15 - 7:09:44 PM GMT

✉ Document emailed to Clint Kuntz (clintonk@elrio.org) for signature
2025-12-15 - 7:10:27 PM GMT

🗎 Email viewed by Clint Kuntz (clintonk@elrio.org)
2025-12-15 - 7:12:28 PM GMT

✍ Document e-signed by Clint Kuntz (clintonk@elrio.org)
Signature Date: 2025-12-15 - 7:14:48 PM GMT - Time Source: server

✉ Document emailed to Anne Newland (anewland@nchcaz.org) for signature
2025-12-15 - 7:14:54 PM GMT

🗎 Email viewed by Anne Newland (anewland@nchcaz.org)
2025-12-15 - 7:22:32 PM GMT

✍ Document e-signed by Anne Newland (anewland@nchcaz.org)
Signature Date: 2025-12-15 - 7:23:08 PM GMT - Time Source: server

✔ Agreement completed.
2025-12-15 - 7:23:08 PM GMT

**Adobe Acrobat Sign**