SO ORDERED.

Dated: December 19, 2025

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH COUNTRY HEALTHCARE, INC., | Case No. 3:25-bk-12293-DPC |
| Debtor. | **ORDER APPROVING EMPLOYMENT OF COUNSEL FOR THE DEBTOR** |

Upon consideration of the Debtor's *Application to Employ Counsel for the Debtor* and *Verified Statement,* and finding that proposed counsel Allen, Jones & Giles, PLC is disinterested, and that employment of such counsel is in the best interest of the estate,

**IT IS HEREBY ORDERED** approving the employment of Allen, Jones & Giles, PLC as counsel for the Debtor as of the date of the Application, pursuant to 11 U.S.C. § 327 effective as of the date of the Application under the terms specified therein, with no payment of compensation or reimbursement of expenses being made except after appropriate application, notice and hearing pursuant to 11 U.S.C. §§ 330 and 331.

**DATED AND SIGNED ABOVE.**