DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
Tel: (520) 322-5000
Fax: (520) 322-5585
Jody A. Corrales (AZ #024869)
jcorrales@dmyl.com

BG LAW LLP
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367
Main: (818) 827 9000
Direct / Text / Fax: (818) 827-9212
Jessica L. Bagdanov (Cal. Bar 281020)
jbagdanov@bg.law
Attorneys for *Avatar Arizona Med Portfolio LLC*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NORTH COUNTRY HEALTHCARE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 3:25-bk-12293-DPC<br><br>**SECURED CREDITOR'S LIMITED OBJECTION AND RESERVATION OF RIGHTS IN RESPONSE TO DEBTOR'S MOTION TO APPROVE SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**<br><br>[Relate to Dkt. No. 14] |

Secured creditor Avatar Arizona Med Portfolio LLC ("Avatar"), by and through the undersigned counsel, hereby files this limited objection and reservation of rights in response to the *Motion to Approve Sale of Personal Property Free and Clear of Liens, Claims, Encumbrances, and Interests* [Doc. 14] (the "Motion"), filed by North Country HealthCare, Inc. (the "Debtor"). In support thereof, Avatar respectfully represents as follows:

**I.      INTRODUCTION**

Avatar is supportive of the Debtor's sale process and does not generally object to the Debtor's attempt to maximize the value of its various assets to keep its various locations in

business. Avatar understands the Debtor's Motion as the first step in a transaction whereby El Rio takes over operations of three of the Debtor's facilities to allow those locations to continue providing healthcare services to the respective local communities. The Motion contemplates the drafting of an Asset Purchase Agreement ("APA"), a transition services agreement, future leases between the Debtor and El Rio, and other documents.

As of the filing of this limited objection, Avatar has not had an opportunity to review the draft documents that are critical to the proposed sale's success, and the Motion does not contain detailed information as to how the sale adequately protects Avatar's secured position. Accordingly, Avatar is not in a position to determine specific terms of sale with which it may have an objection. Counsel for the respective parties have met and conferred prior to the sale hearing, and Avatar believes that draft documents will be circulated to it for comment in the coming days. Avatar intends to work in good faith with the Debtor and El Rio to resolve objections consensually as much as possible under the circumstances, and files this limited objection and reservation of rights in order to preserve its rights to object in the future when specific terms of the deal with El Rio are provided.

## II. LIMITED OBJECTION

On or about December 23, 2024, Avatar provided the Debtor with secured financing in the principal amount of $7,000,000 (the "Loan"). The loan is secured by real property assets of the Debtor and personal property. Relevant to this Motion, Avatar is the secured party under a UCC-1 Financing Statement recorded January 16, 2025 with the Arizona Secretary of State as Document No. 2025-000-6584-5 (the "UCC"). Collateral under the UCC that secures Avatar's lien includes personal property located at 2920 N. Fourth Street, Flagstaff, Arizona, 2650 E. Show Low Lake Road, Show Low, Arizona, and 620 Lee Street, Winslow, Arizona (the "Real Property") – three locations that are the subject of the Debtor's Motion. In other words, the Debtor is proposing to sell the business assets that are critical to its operations to a third party but maintain ownership of the Real Property. Avatar

has not been provided with any information on how this transaction will adequately protect its collateral, which is the Debtor's burden.

Indeed, the Debtor bears the burden of proof on the issue of adequate protection. 11 U.S.C. § 363(p)(1); *see In re AMR Corp.,* 490 B.R. 470, 477 (S.D.N.Y. 2013) ("[W]hen a secured creditor moves for adequate protection pursuant to § 363(e), it need only establish the validity of its interest in the collateral, while 'the Debtor bears the initial burden of proof as to the issue of 'adequate protection.'") (citing *In re Village Green I, GP*, 435 B.R. 525, 530 (Bankr. W.D. Tenn. 2010)).

As noted, the Motion contains no specific discussion of the Debtor's proposed adequate protection of Avatar's interests, and Avatar understands that the documents pertinent to the sale are still in the process of being negotiated. However, the Debtor must meet its burden of proof in showing that the sale transaction adequately protects Avatar, and the Motion does not do so. To the extent that the Debtor cannot address these deficiencies in full at the time of the hearing, Avatar respectfully submits that the hearing on the sale be continued to allow Avatar sufficient time to properly and fully assess this transaction.

## III. RESERVATION OF RIGHTS

Avatar expressly reserves its rights to supplement this Objection and to make such other and further objections and arguments as it may deem necessary or appropriate, including any additional objections related to the issue of adequate protection, the Motion, and any issues with the forthcoming APA, transition services agreement, lease agreements, and proposed form of Sale Order. Further, Avatar reserves all rights related to its secured claim against the Debtor, including any and all amounts attributable to accruing interest, charges, fees, and other costs, including reasonable attorneys' fees and expenses of Avatar.

Page 3 of 6

LIMITED OBJECTION AND RESERVATION OF RIGHTS

Case 3:25-bk-12293-DPC   Doc 77   Filed 01/12/26   Entered 01/12/26 12:57:20   Desc
Main Document      Page 3 of 6

## IV. CONCLUSION

WHEREFORE, Avatar respectfully submits this limited objection and reservation of rights.

DATED this 12th day of January, 2026.

/s/ *Jessica L. Bagdanov*
Jessica L. Bagdanov, Esq.
BG Law LLP
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367
Main: (818) 827 9000
Direct / Text / Fax: (818) 827-9212
jbagdanov@bg.law

DECONCINI MCDONALD YETWIN & LACY, P.C.

By: /s/ *Jody A. Corrales*, #024869
Jody A. Corrales, Esq.
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716-5300
Attorneys for *Avatar Arizona Med Portfolio LLC*

ORIGINAL electronically filed this
12th day of January, 2026, with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
https://ecf.azb.uscourts.gov

COPIES of the foregoing mailed via electronic or
U.S. Mail this 12th day of January, 2026, to:

Philip J Giles
David B. Nelson
ALLEN, JONES & GILES, PLC
1850 N. Central Avenue, Suite 1025
Phoenix, AZ 85004
pgiles@bkfirmaz.com
dnelson@bkfirmaz.com
Attorneys for *Debtor*

Janel M. Glynn
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, AZ 85016
janel@theburgesslawgroup.com
Attorneys for *El Rio Health*

Steven D. Jerome
Emily Gildar Yaron
SNELL & WILMER L.L.P.
1 East Washington, Suite 2700
Phoenix, AZ 85004
sjerome@swlaw.com
eyaron@swlaw.com
Attorneys for *The NARBHA Institute*

Robert P. Harris
QUARLES & BRADY LLP
One Renaissance Square
2 N. Central Avenue
Phoenix, AZ 85004-2391
robert.harris@quarles.com
Attorneys for *Northern Arizona Healthcare*

Gerald L. Shelley
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
gshelley@fclaw.com
Attorneys for *Ascend Healthcare*

Khaled Tarazi
BUCHALTER, A PROFESSIONAL CORPORATION
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254
ktarazi@buchalter.com
Attorneys for *McKesson Corporation*

Aaron Thomas Martin
MARTIN LAW & MEDIATION PLLC
11811 N Tatum Blvd., Suite 3031
Phoenix, AZ 85028
aaron@martinlawandmediation.com
Attorneys for *Savanna Baker, Suzanne Barrow, Lisa Blasko, Elizabeth Bloodsaw, Terilyn Brasher, Denise Buchanan, Tatum Carlson, Barbara Crow, Donna D'Agostino, Allegra Dorotheo, Justin Dorotheo, Mary Edwards, Michael Edwards, Forrest Estep, Christine Guffey, Eugenia Higley, Christopher Hochuli, Tiffany Hull, Danelle Jackson, Nicole Kelly-Gordon, Astrid Lopez, Emmalyne Musser, Gayle Parrish-Walker, Vonceil Sanchez, Arlene Sanchez Rodriguez, Colleen Savage, Brianna Savattere, Mackenzie Scrivner, Savanna Spry, Caitlynn Stevenson, Jane Stevenson, Jeannette Varela, Mark Walsh, and Samantha Withers*

Alan A. Meda
BURCH & CRACCHIOLO PA
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
ameda@bcattorneys.com
Attorneys for *Square Peg Development, LLC*

Samuel G Coppersmith
COPPERSMITH BROCKELMAN
2800 N Central Avenue, Suite 1900
Phoenix, AZ 85258
scoppersmith@cblawyers.com
Attorneys for *Williams Hospital District*

Edward K. Bernatavicius
OFFICE OF UNITED STATES TRUSTEE
230 N 1st Ave, Suite 204
Phoenix, AZ 85003
edward.k.bernatavicius@usdoj.gov
*Attorney for United States Trustee*

By: */s/ Linda D, Vaubel*

DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300