ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
E-mail: Edward.K.Bernatavicius@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NORTH COUNTRY HEALTHCARE, INC.<br><br>Debtor. | In Proceedings under Chapter 11<br><br>Case No. 3:25-bk-12293-DPC<br><br>**UNITED STATES TRUSTEE'S LIMITED OBJECTION AND RESERVATION OF RIGHTS IN RESPONSE TO DEBTOR'S MOTION TO APPROVE SALE OF PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS**<br><br>Hearing Date: January 15, 2026<br>Hearing Time: 3:00 pm<br>Location: 230 N. First Ave.<br>6th Floor, Courtroom, 603 |

The United States Trustee for the District of Arizona, Region 14 ("UST"), by and through her undersigned counsel, hereby files this limited objection and reservation of rights in response to the Motion to Approve Sale of Personal Property Free and Clear of Liens, Claims, Encumbrances, and Interests (Dkt. #. 14) (the "Motion"), filed by North Country HealthCare, Inc. (the "Debtor"). In support of the Limited Objection, the UST states the following:

I. **No Asset Purchase Agreement, Transition Services Agreement or other documents necessary to the Motion have been filed with the Court.**

The UST is supportive of the Debtor's sale process, as filed, and does not object to the general terms of the sale within the Motion. The UST has previously had brief discussions with

the parties and understands that there are certain documents including an Asset Purchase Agreement ("APA"), a Transition Services Agreement ("TSA") and potentially other pertinent documents to the sale that are still be negotiated and need to be filed. The UST, creditors and all parties-in-interest need reasonable and adequate time to review such documents. The UST will work diligently and cooperatively with the other parties to review and work through any issues once the necessary documents are filed, but if the UST, and other parties, are not given reasonable and adequate time for review, then the sale hearing may need to be continued.

II.     **The UST Objects to Any Pre-Approved Break-up Fee**.

The Debtor seeks a private sale at a sale price of $250,000 to El Rio Health ("Buyer"). The Buyer is similar to the Debtor in that they are both tax-exempt, non-profit Federally Qualified Health Centers ("FQHC"). <u>Dkt. # 14, page 1, lines 25-26</u>. Given the unique nature of the Debtor and the Buyer and the mission that all parties are attempting to accomplish through the sale process, which is the continued health services by Buyer to the underserved population in Northern Arizona, the UST does not object to a private sale process and does not seek to have the Court require a public sale.

If the Court requires a public sale, the Buyer is seeking a pre-approved break-up fee of 3% of the ultimate sale price to be capped at $120,000. **Id. page 6, ¶22, lines 6-12**. The UST objects to any pre-approved break-up fee authorized to the Buyer prior to any sale having taken place. The UST supports the Buyer's ability to apply for a cost-reimbursement as an administrative expense should the Buyer not be the successful bidder at a public auction. The Buyer's ability to apply for a cost reimbursement should be subject to the UST's and creditors'

right to review and object. While the UST hopes it is not necessary, the UST is prepared to more fully brief this issue and reserves it rights to more fully do so.

   III. **Preservation of Chapter V and Litigation Claims**.

The UST is aware of potential claims against the Debtor and its insiders, directors and officers regarding employee insurance benefit claims by current and former employees of the Debtor.[1] While the UST has not seen any attempts to diminish or release/exculpate the Debtor or third parties from such claims in the basic terms of the Motion, the UST wants to ensure there is no attempt in the fast-moving, early stages of this case to diminish these claims or release/exculpate the Debtor or its insiders, directors or officers through the Motion, the APA or any other related documents. Any Chapter V claims or litigation claims (particularly the employee insurance benefit claims) against the Debtor and insiders, directors and officers of the Debtor must be preserved.

   IV. **Reservation of Rights**.

The UST expressly reserves its rights to supplement this Objection and to make such other and further objections and arguments as it may deem necessary or appropriate, including any additional objections related to the forthcoming APA, TSA, and any other filed documents related to the Motion. The UST reserves all rights related to any break-up fee should the Court order a public sale of the Debtor's personal property included in the Motion and reserves all

---

[1] The UST received calls from concerned former employee/litigants and was contacted by investigators from the Department of Labor, Employee Benefits Security Administration all of whom are concerned over this issue.

- 3 -

rights to object to any action, through this Motion, which seeks to diminish or extinguish, litigation claims against the Debtor or related third parties.

RESPECTFULLY SUBMITTED this 12th day of January 2026.

ILENE J. LASHINSKY
United States Trustee
District of Arizona

 /s/ EKB (# 024174)
Edward K. Bernatavicius
Trial Attorney

Copy of the foregoing e-mailed
January 12, 2026, to:

Philip J Giles
David B. Nelson
ALLEN, JONES & GILES, PLC
1850 N. Central Avenue,
 Suite 1025
Phoenix, AZ 85004
pgiles@bkfirmaz.com
dnelson@bkfirmaz.com
Attorneys for Debtor

Janel M. Glynn
THE BURGESS LAW GROUP
3131 East Camelback Road,
 Suite 224 Phoenix, AZ 85016
janel@theburgesslawgroup.com
Attorneys for El Rio Health

Steven D. Jerome
Emily Gildar Yaron
SNELL & WILMER L.L.P.
1 East Washington,
Suite 2700 Phoenix, AZ 85004
sjerome@swlaw.com
eyaron@swlaw.com
Attorneys for The NARBHA Institute

Robert P. Harris
QUARLES & BRADY LLP
One Renaissance Square

| | |
|---|---|
| 1 | 2 N. Central Avenue<br>Phoenix, AZ 85004-2391 |
| 2 | robert.harris@quarles.com<br>Attorneys for Northern Arizona Healthcare |
| 3 | |
| 4 | Gerald L. Shelley<br>FENNEMORE CRAIG, P.C. |
| 5 | 2394 E. Camelback Road,<br>Suite 600 Phoenix, AZ 85016-3429 |
| 6 | gshelley@fclaw.com<br>Attorneys for Ascend Healthcare |
| 7 | Khaled Tarazi |
| 8 | BUCHALTER, A PROFESSIONAL CORPORATION<br>15279 North Scottsdale Road, |
| 9 | Suite 400 Scottsdale, AZ 85254<br>ktarazi@buchalter.com |
| 10 | Attorneys for McKesson Corporation |
| 11 | Aaron Thomas Martin<br>MARTIN LAW & MEDIATION PLLC |
| 12 | 11811 N Tatum Blvd., Suite 3031<br>Phoenix, AZ 85028 |
| 13 | aaron@martinlawandmediation.com<br>Attorneys for Savanna Baker, Suzanne Barrow, Lisa Blasko, Elizabeth Bloodsaw, Terilyn Brasher, Denise Buchanan, Tatum Carlson, Barbara Crow, Donna D'Agostino, Allegra Dorotheo, Justin Dorotheo, Mary Edwards, Michael Edwards, Forrest Estep, Christine Guffey, Eugenia Higley, Christopher Hochuli, Tiffany Hull, Danelle Jackson, Nicole Kelly- Gordon, Astrid Lopez, Emmalyne Musser, Gayle Parrish-Walker, Vonceil Sanchez, Arlene Sanchez Rodriguez, Colleen Savage, Brianna Savattere, Mackenzie Scrivner, Savanna Spry Caitlynn Stevenson, Jane Stevenson, Jeannette Varela, Mark Walsh, and Samantha Withers. |
| 14 | |
| 15 | |
| 16 | |
| 17 | Alan A. Meda<br>BURCH & CRACCHIOLO PA |
| 18 | 1850 N. Central Ave.,<br>Suite 1700 |
| 19 | Phoenix, AZ 85004<br>ameda@bcattorneys.com |
| 20 | Attorneys for Square Peg Development, LLC |
| 21 | Samuel G Coppersmith<br>COPPERSMITH BROCKELMAN |
| 22 | 2800 N Central Avenue,<br>Suite 1900 Phoenix, AZ 85258 |
| 23 | scoppersmith@cblawyers.com<br>Attorneys for Williams Hospital District |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |