Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
Ryan M. Deutsch, State Bar #38776
**ALLEN, JONES & GILES, PLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@bkfirmaz.com
dnelson@bkfirmaz.com
rdeutsch@bkfirmaz.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH COUNTRY HEALTHCARE, INC., | Case No. 3:25-bk-12293- |
| Debtor. | **CERTIFICATE OF SERVICE AND NO OBJECTIONS RE: MOTION TO APPROVE PROCEDURES FOR INTERIM COMPENSATION FOR PROFESSIONALS** |

Philip J. Giles, attorney for North Country HealthCare, Inc. ("Debtor"), hereby certifies as follows:

1. On December 19, 2025, Allen, Jones & Giles, PLC served by first class mail, copies of the *Bar Date Notice Re: Motion to Approve Procedures for Interim Compensation for Professionals* [ECF No. 18] (the "Notice") in sealed, postage pre-paid envelopes addressed to all parties on both of the Debtor's Master Mailing Lists, and all parties who have appeared in this case, including the United States Trustee. *See Certificate of Service* [ECF No. 28].

2. Pursuant to the Notice, parties were provided with 21 days within which to object to the *Motion to Approve Procedures for Interim Compensation for Professionals* [ECF No. 17] ("Motion").

///

1       3.     The deadline for parties to object to the Motion, including additional time for mailing, has passed.

      4.     The Debtor has received no objections to the Motion and no objections appear on the Bankruptcy Court docket in this case.

As no party has timely objected to the Motion, the Debtor requests that the Court enter the Stipulated Order approving the Motion.

DATED: January 13, 2026.

      **ALLEN, JONES & GILES, PLC**

*/s/ PJG #30340*
Philip J. Giles
David B. Nelson
Ryan M. Deutsch
1850 N. Central Ave., Suite 1025
Phoenix, AZ 85004
*Attorneys for Debtor*

**E E-FILED** on January 13, 2026 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

Edward K. Bernatavicius
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
edward.k.bernatavicius@usdoj.gov
*U.S. Trustee*

Janel M. Glynn
The Burgess Law Group
3131 E. Camelback Road #224
Phoenix, AZ 85016
janel@theburgesslawgroup.com
dana@theburgesslawgroup.com
angie@theburgesslawgroup.com
*Attorneys for El Rio Health*

Steven D. Jerome
Emily Ildar Yaron
SNELL & WILMER, LLP
1 East Washington, Suite 2700
Phoenix, AZ 85004
sjerome@swlaw.com
eyaron@swlaw.com
pshanahan@swlaw.com
docket@swlaw.com
*Attorneys for The NARBHA Institute*

Scott A. Zuber
CSG LAW
105 Eisenhower Parkway
Roseland, NJ 07068
szuber@csglaw.com
*Attorneys for Cardinal Health*

| | | |
|---|---|---|
| 1 | Khaled Tarazi<br>Buchalter | Robert P. Harris<br>Kaitlyn T. Swift |
| 2 | 15279 N Scottsdale Road, Suite 400<br>Scottsdale, AZ 85254 | Quarles & Brady, LLP<br>Two North Central Avenue, Suite 600 |
| 3 | ktarazi@buchalter.com<br>*Attorney for McKesson Corporation* | Phoenix, AZ 85004<br>robert.harris@quarles.com |
| 4 | | Kaitlyn.swift@quarles.com<br>*Attorneys for Northern Arizona Health* |
| 5 | | |
| 6 | Jody A. Corrales<br>DeConcini McDonald | Jessica Bagdanov<br>BG Law, LLP |
| 7 | Yetwin & Lacy, P.C.<br>2525 East Broadway, Suite 200<br>Tucson, AZ 85716 | 21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>jbagdanov@bg.law |
| 8 | jcorrales@dmyl.com<br>*Attorney for Avatar Arizona Med Portfolio,* | *Pro Hac Vice Counsel for Avatar Arizona Med Portfolio, LLC* |
| 9 | *LLC* | |
| 10 | Alan A. Meda<br>BURCH & CRACCHIOLO, P.A. | Samuel G. Coppersmith<br>Chelsea Sage Gaberdiel |
| 11 | 1850 North Central Avenue, Suite 1700<br>Phoenix, Arizona 85004 | Coppersmith Brockelman PLC<br>2800 N Central Avenue, Suite 1900 |
| 12 | ameda@bcattorneys.com<br>*Attorneys for Square Peg Development,* | Phoenix, AZ 85004-1241<br>scoppersmith@cblawyers.com |
| 13 | *LLC* | cgaberdiel@cblawyers.com<br>*Attorneys for Williams Hospital District* |
| 14 | | |
| 15 | Aaron T. Martin<br>Martin Law & Mediation PLLC | Gerald L. Shelley<br>Stacy Porche |
| 16 | 11811 N. Tatum Blvd., Suite 3031<br>Phoenix, AZ 85028 | Fennemore Craig, PC<br>2394 E. Camelback Rd., Ste. 600<br>Phoenix, AZ 85016-3429 |
| 17 | aaron@martinlawandmediation.com<br>*Attorney for Samantha Withers, Eugenia* | gshelley@fennemorelaw.com |
| 18 | *Higley, Tiffany Hull, Gayle Walker-Parrish, Colleen Savage, Brianna* | sporche@fennemorelaw.com<br>*Attorneys for Ascend Healthcare* |
| 19 | *Savattere, Arlene Sanchez Rodriguez,*<br>*Suzanne Barrow, Terilyn Brasher, Savanna* | |
| 20 | *Spry, Emmalyne Musser, Tatum Carlson,*<br>*Barbara Crow, Denise Buchanan, Savanna* | |
| 21 | *Baker, Mark Walsh, Michael Edwards and*<br>*Mary Edwards, Nicole Kelly-Gordon,* | |
| 22 | *Elizabeth Bloodsaw, Danelle Jackson,*<br>*Donna D'Agostino, Lisa Blasko, Justin* | |
| 23 | *Dorotheo and Allegra Dorotheo,*<br>*Mackenzie Scrivner, Caitlynn Stevenson,* | |
| 24 | *Jane Stevenson, Forrest Estep, Astrid*<br>*Lopez, Vonceil Sanchez, Christopher* | |
| 25 | *Hochuli, Jeannette Varela, and Christine*<br>*Guffey* | |
| 26 | | |

| | | |
|---|---|---|
| 1 | Joseph D. Williams<br>GUST ROSENFELD | Louisa A. Soulard<br>Lydia J. Jines |
| 2 | One South Church Ave<br>Tucson, AZ  85701 | Civil Division<br>U.S. Department of Justice |
| 3 | jwilliams@gustlaw.com<br>*Special Counsel* | P.O. Box 875<br>Ben Franklin Station |
| 4 | | Washington, DC 20044<br>Louisa.soulard@usdoj.gov |
| 5 | | Lydia.jines@usdoj.gov<br>*Attorney for United States* |

7  */s/  Gail Ivey*