Nicole M. Goodwin (AZ Bar No. 024593)
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Fax: (602) 445-8100
Email: Nicole.Goodwin@gtlaw.com

and

Karl Burrer (TX Bar No. 24043584) *(pro hac vice pending)*
**GREENBERG TRAURIG, LLP**
1000 Louisiana, Suite 6700
Houston, TX 77002
Tel.: (713) 374-3500
Fax: (713) 374-3505
Email: Burrerk@gtlaw.com
*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NORTH COUNTRY HEALTHCARE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 3:25-bk-12293-DPC<br><br>**NOTICE OF LODGING PROPOSED ORDER GRANTING PRO HAC VICE APPLICATION OF KARL D. BURRER** |

**PLEASE TAKE NOTICE** that notice is hereby given that JPMorgan Chase Bank, N.A.. ("Chase") has lodged with the Court the *Order Granting Pro Hac Application of Karl D. Burrer,* which is attached hereto as Exhibit A.

Dated: January 13, 2026

                    */s/ Nicole M. Goodwin*
                    Nicole M. Goodwin (AZ Bar No. 024593)
                    GREENBERG TRAURIG, LLP
                    2375 East Camelback Road, Suite 800
                    Phoenix, Arizona 85016
                    Telephone: (602) 445-8000
                    Fax: (602)-445-8100
                    Email: Nicole.Goodwin@gtlaw.com

and

Karl Burrer (TX Bar No. 24043584)
*(pro hac vice pending)*
GREENBERG TRAURIG, LLP
1000 Louisiana, Suite 6700
Houston, TX 77002
Tel.: (713) 374-3500
Fax: (713) 374-3505
Email: burrerk@gtlaw.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

    The foregoing document was electronically filed on the 13th day of January, 2026, with the U.S. Bankruptcy Court and copies served using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants on record.

By:   /s/ Tammy Mowen

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

NORTH COUNTRY HEALTHCARE, INC.,

Debtor.

Chapter 11

Case No. 3:25-bk-12293-DPC

**ORDER GRANTING PRO HAC VICE APPLICATION OF KARL D. BURRER**

This matter coming before the Court on the Pro Hac Vice Application of Karl D. Burrer to appear in this matter on behalf of JPMorgan Chase Bank, N.A., it is hereby ORDERED:

1. Karl D. Burrer is granted appearance pro hac vice on behalf of JPMorgan Chase Bank, N.A.;

2. Karl D. Burrer's name is to be added to the Court's master mailing list; and

3. Karl D. Burrer shall be given notice of all pleadings, notices, and filings to the following email address: burrerk@gtlaw.com

DATED AND SIGNED ABOVE.