# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH COUNTRY HEALTHCARE, INC., | Case No. 3:25-bk-12293-DPC |
| Debtor. | **ORDER PURSUANT TO SECTIONS 331 AND 105 OF THE BANKRUPTCY CODE ESTABLISHING AND AUTHORIZING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS** |

North Country HealthCare, Inc. ("Debtor") in the above-captioned Chapter 11 case has filed a *Motion to Approve Procedures for Interim Compensation for Professionals* [ECF No. 17]. The Court has determined that entry of this Order is in the best interest of the estate and does not prejudice any party or creditor. Therefore, for good cause appearing,

**IT IS HEREBY ORDERED** approving and authorizing the following compensation procedures:

1. Each professional appointed by the Court may apply to the court every 30 days for compensation of services rendered and reimbursement of expenses in accordance with 11 U.S.C. §§ 330 and 331 and Federal Rule of Bankruptcy 2016. Time entries that contain "lump" or "block" billing or "vague" descriptions are not acceptable;

2. The Interim Application shall be filed with the Court and served on all

parties entitled to notice in accordance with Local Bankruptcy Rule 2002-2 and 9013-1 and, as such, subject to a 21-day negative notice period ("<u>Objection Period</u>").

3. If no objections are timely and served within the Objection Period, then 100% of the fees and costs that are requested in the Interim Application shall be allowed on an interim basis, and the Debtor shall be authorized and directed to pay such approved amounts, subject to any cash collateral orders entered in the case.

4. If an objection is timely filed and served, then a hearing will be set, in the normal course, to consider the objection.

5. All the fees and costs that are approved pursuant to the above-described procedures for interim compensation shall be allowed on an interim basis only and shall be subject to further order of the Court pursuant to 11 U.S.C. § 330, and the procedures and guidelines established thereunder.

**DATED AND SIGNED ABOVE**