SO ORDERED.

Dated: January 26, 2026

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NORTH COUNTRY HEALTHCARE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 3:25-bk-12293-DPC<br><br>**ORDER GRANTING APPLICATION TO EMPLOY FORVIS MAZARS AS ACCOUNTANT** |

Upon consideration of the *Application to Employ Forvis Mazars as Accountant* ("Application") filed by North Country Healthcare, Inc. ("Debtor") and it appearing that employment of the proposed accountant Forvis Mazars, LLP ("Forvis") is in the best interest of the estate,

**IT IS HEREBY ORDERED** approving the employment of Forvis as accountant for the Debtor as of the date of the Application, pursuant to 11 U.S.C. § 327(a), under the terms specified therein, with no payment of compensation or reimbursement of expenses being made except after appropriate application, notice and hearing.

Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to

creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**IT IS HEREBY FURTHER ORDERED** based on agreement between the Debtor, Forvis, and the United States Trustee, Forvis shall be deemed to have waived its $21,665 pre-petition claim against the Debtor's estate upon entry of this Order.

**DATED AND SIGNED ABOVE.**