Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
Ryan M. Deutsch, State Bar #38776
**ALLEN, JONES & GILES, PLC**
1850 N. Central Ave., Suite 1025
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@bkfirmaz.com
       dnelson@bkfirmaz.com
       rdeutsch@bkfirmaz.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH COUNTRY HEALTHCARE, INC., | Case No. 3:25-bk-12293- |
| Debtor. | **CERTIFICATE OF SERVICE AND NO OBJECTIONS RE: MOTION TO REJECT COMMERCIAL LEASE** |
| | **Property:** 5200 E. Cortland Blvd. Suites A 1-6 Flagstaff, AZ 86004 |

Philip J. Giles, attorney for North Country HealthCare, Inc. ("Debtor"), hereby certifies as follows:

1. On December 31, 2025, Allen, Jones & Giles, PLC served by first class mail, copies of the *Bar Date Notice Re: Motion to Reject Commercial Lease (5200 E. Cortland Blvd., Suites A 1-6, Flagstaff, AZ 86004)* [ECF No. 54] ("Notice") in sealed, postage pre-paid envelopes addressed to all parties on the Debtor's Master Mailing List, including the Hopi Tribe Economic Corporation ("Lessor"), and all parties who have appeared in this case, including the United States Trustee. *See* Certificate of Service [ECF No. 123].

///

2. Pursuant to the Notice, parties were provided with 21 days within which to object to the *Motion to Reject Commercial Lease (5200 E. Cortland Blvd., Suites A 1-6, Flagstaff, AZ 86004)* [ECF No. 53] ("Motion").

3. The deadline for parties to object to the Motion, including additional time for mailing, has passed.

4. The Debtor has received no objections to the Motion and no objections appear on the Bankruptcy Court docket in this case.

As no party has timely objected to the Motion and the Debtor and Lessor have reached an agreed form of order, the Debtor requests that the Court enter the stipulated order lodged contemporaneously herewith approving the Motion.

DATED: January 26, 2026.

        **ALLEN, JONES & GILES, PLC**

*/s/ PJG #30340*
Philip J. Giles
David B. Nelson
Ryan M. Deutsch
1850 N. Central Ave., Suite 1025
Phoenix, AZ 85004
*Attorneys for Debtor*

**E E-FILED** on January 26, 2026 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

| | |
|---|---|
| Edward K. Bernatavicius<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003<br>edward.k.bernatavicius@usjdoj.gov<br>*U.S. Trustee* | Janel M. Glynn<br>The Burgess Law Group<br>3131 E. Camelback Road #224<br>Phoenix, AZ 85016<br>janel@theburgesslawgroup.com<br>dana@theburgesslawgroup.com<br>angie@theburgesslawgroup.com<br>*Attorneys for El Rio Health* |
| Steven D. Jerome<br>Emily Ildar Yaron<br>SNELL & WILMER, LLP | Scott A. Zuber<br>CSG LAW<br>105 Eisenhower Parkway |

| | | |
|---|---|---|
| 1 | 1 East Washington, Suite 2700<br>Phoenix, AZ 85004 | Roseland, NJ 07068<br>szuber@csglaw.com |
| 2 | sjerome@swlaw.com<br>eyaron@swlaw.com | *Attorneys for Cardinal Health* |
| 3 | pshanahan@swlaw.com<br>docket@swlaw.com | |
| 4 | *Attorneys for The NARBHA Institute* | |
| 5 | Khaled Tarazi | Robert P. Harris |
| 6 | Buchalter<br>15279 N Scottsdale Road, Suite 400 | Kaitlyn T. Swift<br>Quarles & Brady, LLP |
| 7 | Scottsdale, AZ 85254<br>ktarazi@buchalter.com | Two North Central Avenue, Suite 600<br>Phoenix, AZ 85004 |
| 8 | *Attorney for McKesson Corporation* | robert.harris@quarles.com<br>Kaitlyn.swift@quarles.com |
| 9 | | *Attorneys for Northern Arizona Health* |
| 10 | Jody A. Corrales<br>DeConcini McDonald | Jessica Bagdanov<br>BG Law, LLP |
| 11 | Yetwin & Lacy, P.C.<br>2525 East Broadway, Suite 200 | 21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 |
| 12 | Tucson, AZ 85716<br>jcorrales@dmyl.com | jbagdanov@bg.law<br>*Pro Hac Vice Counsel for Avatar Arizona* |
| 13 | *Attorney for Avatar Arizona Med Portfolio, LLC* | *Med Portfolio, LLC* |
| 14 | Alan A. Meda | Samuel G. Coppersmith |
| 15 | BURCH & CRACCHIOLO, P.A.<br>1850 North Central Avenue, Suite 1700 | Chelsea Sage Gaberdiel<br>Coppersmith Brockelman PLC |
| 16 | Phoenix, Arizona 85004<br>ameda@bcattorneys.com | 2800 N Central Avenue, Suite 1900<br>Phoenix, AZ 85004-1241 |
| 17 | *Attorneys for Square Peg Development, LLC* | scoppersmith@cblawyers.com<br>cgaberdiel@cblawyers.com |
| 18 | | *Attorneys for Williams Hospital District* |
| 19 | Aaron T. Martin<br>Martin Law & Mediation PLLC | Gerald L. Shelley<br>Stacy Porche |
| 20 | 11811 N. Tatum Blvd., Suite 3031<br>Phoenix, AZ 85028 | Fennemore Craig, PC<br>2394 E. Camelback Rd., Ste. 600 |
| 21 | aaron@martinlawandmediation.com<br>*Attorney for Samantha Withers, Eugenia* | Phoenix, AZ 85016-3429<br>gshelley@fennemorelaw.com |
| 22 | *Higley, Tiffany Hull, Gayle Walker-Parrish, Colleen Savage, Brianna* | sporche@fennemorelaw.com<br>*Attorneys for Ascend Healthcare* |
| 23 | *Savattere, Arlene Sanchez Rodriguez, Suzanne Barrow, Terilyn Brasher, Savanna* | |
| 24 | *Spry, Emmalyne Musser, Tatum Carlson, Barbara Crow, Denise Buchanan, Savanna* | |
| 25 | *Baker, Mark Walsh, Michael Edwards and Mary Edwards, Nicole Kelly-Gordon,* | |
| 26 | *Elizabeth Bloodsaw, Danelle Jackson, Donna D'Agostino, Lisa Blasko, Justin* | |

| | | |
|---|---|---|
| 1 | *Dorotheo and Allegra Dorotheo, Mackenzie Scrivner, Caitlynn Stevenson, Jane Stevenson, Forrest Estep, Astrid Lopez, Vonceil Sanchez, Christopher Hochuli, Jeannette Varela, and Christine Guffey* | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Joseph D. Williams<br>GUST ROSENFELD<br>One South Church Ave<br>Tucson, AZ 85701<br>jwilliams@gustlaw.com<br>*Special Counsel* | Louisa A. Soulard<br>Lydia J. Jines<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>Louisa.soulard@usdoj.gov<br>Lydia.jines@usdoj.gov<br>*Attorney for United States* |
| 10 | Ronald J. Ellett<br>Ellett Law Offices, PC<br>2999 N 44th Street, Suite 330<br>Phoenix, AZ 85018<br>rjellett@ellettlaw.com<br>*Attorneys for William E. Shaver Trust of 2000* | Karl D. Burrer<br>Greenberg Traurig, LLP<br>1000 Louisiana St., Suite 6700<br>Houston, Texas 77002<br>Burrerk@gtlaw.com<br>*Attorneys for JP Morgan Chase Basnk, NA* |
| 14 | Nicole M. Goodwin<br>Greenberg Traurig, LLP<br>2375 East Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br>Nicole.Goodwin@gtlaw.com<br>Attorneys for JP Morgan Chase Bank, NA | Mark L. Desgrosseilliers<br>CHIPMAN BROWN CICERO & COLE, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>desgross@chipmanbrown.com<br>Attorney for Nuvem Rx, LLC |
| 18 | /s/ Gail Ivey | |